IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONIA POWELL,<br>13400 Daventry Way, Apt. O<br>Germantown, MD 20874<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN RED CROSS,<br>2025 E Street, N.W.<br>Washington, DC 20006<br><br>    Defendant. | Case No. _____ |

## DEFENDANT'S NOTICE OF REMOVAL

The American Red Cross removes to this Court, *Tonia Powell v. American Red Cross* from the Superior Court for the District of Columbia, Civil Division, pursuant to 28 U.S.C. § 1446, *et seq.*, based upon the following grounds:

Upon information and belief, plaintiff Tonia Powell is residing in Maryland and is a United States citizen.

The American Red Cross is a not-for-profit corporation operating under a congressional charter.

The Red Cross' congressional charter is codified at 36 U.S.C. § 300101 *et seq.* (Supp. 1999).

Plaintiff filed a complaint in the Superior Court for the District of Columbia, Civil Division, in June 2006. The Red Cross received a copy of the complaint less than 30 days ago.

DMEAST #9554387 v1

This court has original jurisdiction under 36 U.S.C. § 300105 (Supp. 1999) of any case where the Red Cross is a party. *See American National Red Cross vs. S. G.*, 505 U.S. 247 (1992) (interpreting 36 U.S.C. § 2 which has been recodified at 36 U.S.C. § 300105 (Supp. 1999)).

Copies of process, pleadings and orders served upon the Red Cross are attached as Exhibit A.

Respectfully submitted,

By _____
Constantinos G. Panagopoulos #430932
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, DC 20005
(202) 661-2200 / (Fax) 661-2299

June 26, 2006        Counsel for defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the notice of removal was mailed first-class, postage prepaid, this 26th day of June, 2006 as follows:

>Brian C. Plitt
>1239 C Street, S.E.,
>Suite 4
>Washington, DC 20003
>
>Counsel for plaintiff

_____
Constantinos G. Panagopoulos