IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONIA POWELL,            )<br>                                )<br>    *Plaintiff,*        )<br>                                )<br>    v.                       )<br>                                )<br> AMERICAN RED CROSS,  )<br>                                )<br>    *Defendant.*      )<br>                                ) | Case No. 1:06CV01173<br><br>Judge Ellen Segal Huvelle |

## AMERICAN RED CROSS' STATEMENT OF THE CASE

The American Red Cross ("Red Cross") files this statement of the case pursuant to the Court's order for initial scheduling conference.[1]

Ms. Powell has alleged violations of D.C. Wage and Hour law, 23 D.C. Code 1001, and tortious breach of an implied contract. The Court has jurisdiction of this matter pursuant to 36 U.S.C. § 300105, which grants the Court jurisdiction in any case where the Red Cross is a party.

The Red Cross contends that Ms. Powell's position was an exempt position, which did not necessitate overtime pay. Moreover, the Red Cross is an at-will employer. The Red Cross contends there were no violations of law or policy.

---

[1] Counsel for the parties me via telephone to conduct a Rule 26 conference. Plaintiff's counsel drafted the meet and confer statement which defendant's counsel approved for filing on Friday, July 14, 2006.

DMEAST #9565620 v1

          Respectfully submitted,

                /s/
By_____
Constantinos G. Panagopoulos #430932
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, DC  20005
Tel:    (202) 661-2200
Fax:    (202) 661-2299

*Counsel for Defendant*

July 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Defendant's Statement of the Case was mailed first-class, postage prepaid, this 17th day of July, 2006 as follows:

> Brian C. Plitt
> 1239 C Street, S.E. - Suite 4
> Washington, DC 20003
>
> *Counsel for Plaintiff*

/s/
_____
Constantinos G. Panagopoulos