IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TONIA POWELL**

    v.                              Case No. 1:06-cv-01173-ESH

**AMERICAN RED CROSS**

## MEET AND CONFER STATEMENT

Pursuant to Local Rule 206, the parties have met and conferred and have discussed the matters under section c. of the Rule with the following conclusions:

    (1)<u>Case Tracking</u>:  The Parties agree to the Standard Track.

    (2)<u>Joining parties or amending pleadings</u>:  N/A

    (3)<u>Assigning a Magistrate Judge</u>:  The Parties agree not to tranfer to magistrate judge, at this time

    (4)<u>Settlement</u>:  The Parties discussed the concept of settlement and will continue discussions.

    (5)<u>Use of ADR</u>:  The Parties agree that Discovery should proceed before considering any possibility of ADR

    (6) <u>Summary Judgment</u>:  The Parties believe that discovery should continue.  The Red Cross believes that this case can be resolved by dispositive motion at the end of discovery.

    (7) <u>Disclosures under the Federal Rules</u>:  The Parties to agree to initial disclosures under the agreement that initial disclosures will be exchanged 21 days after filing of this Meet and Confer statement.

    (8) <u>Extent of Discovery</u>:  The Parties agree to the presumptive limits to discovery under the standard track , that there should be time for document requests and interrogatories, and responses followed by depositions.  The parties suggest discovery to take place through Nov. 15, 2006.

    (9) <u>Expert Witness Reports</u>:  The parties agree that the standard timing and disclosure of experts will apply.  The parties will assess the necessity of experts during discovery.

    (10)    <u>Class Actions</u>:  n/a

    (11)    <u>Bifurcation of trial or discovery</u>:  n/a

    (12)    <u>Date for Pretrial conference</u>:  Ms. Powell believes this should be as set by this Honorable Court.  The defendant would request that this date be set after the decision on dispositive motions.

    (13)    <u>Date for Trial</u>:  Plaintiff would request a firm trial date at the first scheduling conference.  Defendant would request that the trial date be set at the pretrial conference.

Plaintiff reserves the right to file an opposition to the Defendants Notice of Removal, should that be deemed to be appropriate, within the time limits of the Federal Rules of Civil Procedure.

A proposed Scheduling Order has also been filed.

<u>Plaintiff's Statement of her Case</u>:  This case was originally filed in DC Superior Court.  Ms. Powell was employed at the Red Cross during 2004-05 and assigned non-exempt tasks from first one position and then, in addition, from two other positions.  Ms. Powell asserts payment for her unpaid overtime wages during Jan.-June 2005, liquidated damages, attorney fees and any other relief under the DC Wage and Hour Law, 32 D.C. Code 1001 <u>et seq</u>.

Ms. Powell opposed this treatment, which she believed to be discriminatory.  The Red Cross then eliminated her position, offered her non-comparable employment (together with the same unpaid additional duties).  When Ms. Powell would not accept these conditions, which she believed to be illegal, retaliatory and discriminatory, the Red Cross terminated her employment on 6-30-05.  Ms. Powell asserts this termination was a violation of the DC Human Rights Act,  1 D.C. Code 2501 et seq.  and D. C. common law against termination in violation of public policy (failure to continue employment that was illegal under the DC Wage and Hour Law, discriminatory and retaliatory). .

In terminating Ms. Powell, the Red Cross falsely represented employment as comparable, which was not comparable, failed to pay Ms. Powell according to its own study, failed to extend her employment or to pay her required severance pay and benefits.  Ms. Powell asserts this was a violation of  an express or implied contract under D.C. common law.

                                                                 Respectfully submitted,

/s/
Brian C. Plitt   #408746
Attorney at Law
1239 C. St., SE  Ste. 4
Washington, DC  20003
 (202) 546-5493
 Attorney for Ms. Tonia Powell

/s/
Constantinos G. Panagopoulos
#430932
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW, Ste. 1000 South
Washington, D.C.  20005
(202) 661-2200/ (Fax) 661-2299