IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TONIA POWELL**

   v.                                    Case No. 1:06-cv-01173-ESH

**AMERICAN RED CROSS**

## SCHEDULING ORDER

Upon consideration of the Initial Conference in this case, it is hereby Ordered, Adjudged and Decreed that the stipulations entered in the Parties' Meet and Confer Statement be accepted. The Case will be set on Standard Track. Discovery may take place through Nov. 15, 2006. Dispositive Motions will be filed by Nov. 29, 2006. Trial Date is set for _____. A Pretrial Hearing date will be set following decision on any dispositive motions.

SO ORDERED, this \_\_\_\_ day of July, 2006.

_____
United States District Court
Judge Ellen Segal Huvelle