IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONIA POWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN RED CROSS, )<br>)<br>Defendant. )<br>) | Case No. 1:06CV1173<br>Judge Ricardo M. Urbina |

## AMERICAN RED CROSS'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF TONIA POWELL

Defendant The American Red Cross (the "Red Cross") moves that this Court issue an order compelling plaintiff Tonia Powell to respond to the Red Cross's discovery requests (attached hereto as Exhibit 1).

Respectfully submitted,

By____/s/_____
Constantinos G. Panagopoulos #430932
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, DC 20005
Tel:   (202) 661-2200
Fax:   (202) 661-2299

*Counsel for Defendant*

October 2, 2006

DMEAST #9618003 v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of The American Red Cross's Motion to Compel Discovery from Plaintiff Tonia Powell was mailed first-class, postage prepaid, this 2nd day of October, 2006 as follows:

> Brian C. Plitt
> 1239 C Street, S.E.,
> Suite 4
> Washington, DC 20003
>
> *Counsel for Plaintiff*

 

                                                   /s/
                                        Constantinos G. Panagopoulos

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONIA POWELL,<br><br>          *Plaintiff,*<br><br>v.<br><br>AMERICAN RED CROSS,<br><br>          *Defendant.* | Case No. 1:06CV1173<br>Judge Ricardo M. Urbina |

### AMERICAN RED CROSS'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM PLAINTIFF TONIA POWELL

Defendant The American Red Cross (the "Red Cross") respectfully requests that this Court grant its Motion to Compel against plaintiff Tonia Powell. In support thereof, the Red Cross states as follows:

On August 4, 2006, the Red Cross served upon plaintiff's counsel its First Set of Interrogatories and First Request for Production of Documents. Plaintiff had until September 5, 2006, to respond to the Red Cross's discovery requests.

Prior to filing this motion, on September 22, 2006, the Red Cross, through its attorneys, contacted plaintiff's counsel to inquire as to the status of plaintiff's discovery responses. Plaintiff's counsel stated that he would provide plaintiff's discovery responses to the Red Cross by September 29, 2006.[1] To date, the Red Cross has not received any responses or documents in

---

[1] Attached hereto as Exhibit 2 is a letter referencing the September 22 conversation with plaintiff's counsel.

response to its requests despite its good faith attempt to facilitate the discovery process.[2] Nor has plaintiff filed a written objections to the discovery requests pursuant to Rules 33(b) or 34(b).

WHEREFORE, the Red Cross requests, pursuant to Rule 37(a), that this Court issue an order compelling plaintiff Tonia Powell to produce immediately any and all responses and documents responsive to the Red Cross's discovery requests.

Respectfully submitted,

By___/s/_____
Constantinos G. Panagopoulos #430932
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, DC  20005
Tel:    (202) 661-2200
Fax:    (202) 661-2299

*Counsel for Defendant*

October 2, 2006

---

[2] Plaintiff's counsel contacted the Red Cross's attorneys on October 2, 2006, and stated that the Red Cross would receive plaintiff's responses by October 4, 2006. However, in light of the fact that plaintiff's responses are already one month overdue, this Motion to Compel is warranted to ensure the plaintiff will no longer stall in responding.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of The American Red Cross's Memorandum in Support of its Motion to Compel Discovery from Plaintiff Tonia Powell was mailed first-class, postage prepaid, this 2nd day of October, 2006 as follows:

> Brian C. Plitt
> 1239 C Street, S.E.,
> Suite 4
> Washington, DC 20003
>
> *Counsel for Plaintiff*

                                          /s/
                                Constantinos G. Panagopoulos

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONIA POWELL,<br><br>        *Plaintiff,*<br><br>v.<br><br>AMERICAN RED CROSS,<br><br>        *Defendant.* | Case No. 1:06CV1173<br>Judge Ricardo M. Urbina |

## **PROPOSED ORDER**

**AND NOW**, this ____ day of _____, 2006, upon consideration of Defendant The American Red Cross's Motion to Compel pursuant to Rule 37(a),

**IT IS HEREBY ORDERED**, that Defendant's motion is granted;

**IT IS FURTHER ORDERED**, that Plaintiff respond immediately to Defendant's First Set of Interrogatories and produce the documents requested in Defendant's First Request for the Production of Documents within three days of the date of this Order;

**IT IS FURTHER ORDERED**, that Plaintiff pay to Defendant the sum of $_____ in fees necessitated by this motion.

_____
Date

_____
Ricardo M. Urbina
United States District Judge

A copy of the foregoing order shall be mailed to:

J Brian C. Plitt
1239 C Street, S.E.,
Suite 4
Washington, DC 20003

Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, DC  20005

DMEAST #9618003 v1