**EXHIBIT 2**

LAW OFFICES
**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

601 13TH STREET, N.W., SUITE 1000 SOUTH
WASHINGTON, D.C. 20005-3807
202-661-2200
FAX: 202-661-2299
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
BETHESDA, MD
DENVER, CO
LAS VEGAS, NV
PHOENIX, AZ
SALT LAKE CITY, UT
VOORHEES, NJ
WILMINGTON, DE

NATHAN A. GUEST
DIRECT DIAL: 202-661-2239
PERSONAL FAX: 202-626-9064
GUESTN@BALLARDSPAHR.COM

September 22, 2006

Brian C. Plitt, Esq.
1239 C Street, S.E.
Suite 4
Washington, DC 20003

Re:  Tonia Powell v. American Red Cross, No. 1:06cv1173

Dear Brian:

Per our phone conversation today, we will expect to receive your overdue discovery responses in the above matter by next week. In the event, we do not receive your responses, we will be forced to file a motion to compel. Please call us with any questions.

Sincerely,

Nathan A. Guest

NAG/