IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONIA POWELL,<br><br>      *Plaintiff,*<br><br>v.<br><br>AMERICAN RED CROSS,<br><br>      *Defendant.* | Case No. 1:06CV1173 (ESH)<br>Judge Ellen S. Huvelle |

## CORPORATE DISCLOSURE STATEMENT OF AMERICAN RED CROSS

Pursuant to FED. R. CIV. P. 7.1, Defendant, American Red Cross, states that it is a non-profit corporation under the laws of the United States. The American Red Cross has no parent corporation, nor does any publicly-held corporation have any ownership interest in it.

    AMERICAN RED CROSS

    By___/s/_____
    Constantinos G. Panagopoulos #430932
    Ballard Spahr Andrews & Ingersoll, LLP
    601 13th Street, N.W., Suite 1000 South
    Washington, DC  20005
    Tel:    (202) 661-2200
    Fax:   (202) 661-2299

    *Counsel for Defendant*

October 2, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Corporate Disclosure Statement of American Red Cross was mailed first-class, postage prepaid, this 2nd day of October, 2006 as follows:

>Brian C. Plitt
>1239 C Street, S.E.,
>Suite 4
>Washington, DC 20003
>
>*Counsel for Plaintiff*

                                            /s/
                                            Constantinos G. Panagopoulos