UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONIA POWELL,<br><br>      Plaintiff,<br><br>      v.<br><br>AMERICAN RED CROSS,<br><br>      Defendant. | Civil Action No. 06-1173 (ESH) |

## ORDER

Before the Court is defendant's Motion to Compel Discovery From Plaintiff. It is this 2nd day of October 2006, hereby

**ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** for failure to comply with paragraph 14 of this Court's Scheduling Order dated July 20, 2006.

**SO ORDERED.**

                                                                s/
                                      **ELLEN SEGAL HUVELLE**
                                      **United States District Judge**

Date: October 2, 2006