IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONIA POWELL,　　　　　)<br>　　　　　)<br>　　　Plaintiff,　　)<br>　　　　　)<br>　v.　　　)<br>　　　　　)<br>AMERICAN RED CROSS,　　)<br>　　　　　)<br>　　　Defendant.　　)<br>　　　　　) | Case No. 1:06CV1173 (ESH) |

## JOINT CONSENT MOTION TO EXTEND DISCOVERY

Plaintiff Tonia Powell and Defendant American Red Cross respectfully request an extension of the discovery deadline to November 24, 2006, solely for the purpose of taking the deposition of the Red Cross's corporate designee.

Respectfully submitted,

/s/
Constantinos G. Panagopoulos #430932
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W. - Suite 1000 South
Washington, DC  20005
Tel:    (202) 661-2200
Fax:    (202) 661-2299

*Counsel for Defendant*

/s/
Brian C. Plitt
1239 C Street, S.E. - Suite 4
Washington, DC  20003

*Counsel for Plaintiff*

November 7, 2006

DMEAST #9657856 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONIA POWELL,<br><br>    *Plaintiff,*<br><br>v.<br><br>AMERICAN RED CROSS,<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>) Case No. 1:06CV1173 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITY**
**FOR JOINT CONSENT MOTION TO EXTEND DISCOVERY**

Pursuant to FED. R. CIV. P. 16(b), plaintiff Tonia Powell ("plaintiff") and defendant American Red Cross (the "Red Cross") respectfully request that this Court grant their motion to extend the discovery deadline until November 24, 2006 solely for purposes of taking the deposition of the Red Cross's corporate designee. In support thereof, the parties state as follows:

As set forth in the Scheduling Order, discovery shall be completed by November 15. Both plaintiff and the Red Cross have served discovery requests to each other and are in the process of responding to the requests. Plaintiff has extended the Red Cross an extension of one week to respond to plaintiff's discovery requests.

Regarding the depositions, plaintiff's deposition is scheduled for November 10. On October 16 the Red Cross noticed plaintiff's deposition for October 30. However, due to plaintiff's scheduling conflicts, plaintiff was unable to attend the deposition on that date. Therefore, the Red Cross agreed to reschedule the deposition for November 10. On October 31, plaintiff noticed a deposition to the Red Cross for November 13. As a result of a hearing that

week, the Red Cross's counsel is unable to attend the deposition any day that week. November 21 is an agreeable date for both parties.

This joint motion is timely made and sets forth good cause to extend the discovery deadline for a limited purpose. *See Olgyay v. Soc'y for Envtl. Graphic Design, Inc.*, 169 F.R.D. 219 (D.D.C. 1996). Accordingly, plaintiff and the Red Cross respectfully request that this Court extend the discovery deadline to November 24 to allow plaintiff to take the deposition of the Red Cross's corporate designee.[1]

Respectfully submitted,

/s/
Constantinos G. Panagopoulos #430932
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W. - Suite 1000 South
Washington, DC  20005
Tel:    (202) 661-2200
Fax:    (202) 661-2299

*Counsel for Defendant*

/s/
Brian C. Plitt
1239 C Street, S.E. - Suite 4
Washington, DC  20003

*Counsel for Plaintiff*

November 7, 2006

---

[1] The parties request that the deadline be extended until November 24 to ensure adequate time to take the deposition in the event the deposition is not concluded on November 21.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tonia Powell,<br><br>    *Plaintiff,*<br><br>v.<br><br>American Red Cross,<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>)   Case No. 1:06CV1173 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

**AND NOW**, this ____ day of _____, 2006, upon consideration of parties Joint Motion to Extend Discovery,

**IT IS HEREBY ORDERED**, that the parties' joint consent motion is granted; and

**IT IS FURTHER ORDERED**, that discovery is extended until November 30, for purposes of taking the deposition of defendant's corporate designee.

_____                    _____
Date                                      United States District Judge

A copy of the foregoing order shall be mailed to:

J Brian C. Plitt                          Constantinos G. Panagopoulos
1239 C Street, S.E. - Suite 4             Ballard Spahr Andrews & Ingersoll, LLP
Washington, DC  20003                     601 13th Street, N.W. - Suite 1000 South
                                          Washington, DC  20005

DMEAST #9657856 v1