IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TONIA POWELL**
    Plaintiff,
    v.                              Case No. 1:06CV1173
                                      Judge Huvelle

**AMERICAN RED CROSS**
    **Defendant.**

CONSENT MOTION FOR ENLARGEMENT OF BRIEFING SCHEDULE

By consent, Ms. Powell moves for a ten day enlargement of the briefing schedule in this case for the following reasons:

1. Ms. Powell's counsel has been called out of town because of family illness.

2. The current briefing schedule for motions is as follows: summary judgment due 2/02/07, response due 3/2/07, reply due 3/19/07.

3. Ms. Powell respectfully requests the briefing schedule be enlarged by ten days: summary judgment due 2/12/07, response due 3/12/07, reply due 3/29/07.

4. Defendant has been consulted and consents to this motion.

WHEREFORE, PREMISES CONSIDERED, Ms. Powell respectfully requests that this motion be granted. A conforming order is attached.

                                                  Respectfully submitted,

January 29, 2006                                    /s/

_____
                                                  Brian C. Plitt, Attorney at Law
                                                  1239 C. St., SE, Ste. 4
                                                  Washington, D.C. 20003
                                                  (202) 546-5493
                                                  Representative for Ms. Powell