```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

**TONIA POWELL**
    Plaintiff,
    v.                                  Case No. 1:06CV1173
                                                            Judge Huvelle

**AMERICAN RED CROSS**
    Defendant.

<u>ORDER</u>

Upon consideration of Ms. Powell's Consent Motion for Enlargement for Briefing Schedule, and a review of the file, it appears that the Motion should be and hereby is GRANTED.

It is hereby ORDERED, ADJUDGED, AND DECREED the Briefing Schedule shall be enlarged as follows: Any Motions shall be submitted by 2/12/07, any responses submitted by 3/12/07, and any replies by 3/29/07.

SO ORDERED.

                                                                           _____
                                                                           Ellen S. Huvelle
                                                                           UNITED STATES DISTRICT COURT JUDGE