HireRight Report to American Red Cross. Subject: Complete Request.                                Page 4 of 4

## Professional Licenses

**License Type:** RN                                                         Complete - Data Verified [1]
**License** RN55566
**State Issued:** DC
**Expiration Date:** 6/30/2006
**License Status:** Active

**Comments:** Note: Elyzabeth McCormick - 21-Oct-2004, 08:54 - Verified by DC Department of Health. {vs}

License Number: RN55566
License Type: REGISTERED NURSE
Issued: 1/1/1989

## National Criminal DB Search

**Comments:**                                                               Complete - No Court Record Found [1]

---

[1] "Complete" indicates that this request has been processed to conclusion. Please review the report details in their entirety to evaluate any potential discrepancies or records related to this request.

**LEGAL NOTES:**
The information provided herein is a consumer report as defined in the federal Fair Credit Reporting Act [15 USC 1681 et.seq.] It contains confidential information on the individual named. It is submitted subject to the express conditions contained in your Subscriber Agreement with HireRight regarding information security and may be used solely as a factor in evaluating the named individual for employment, promotion, reassignment or retention as an employee. HireRight maintains strict procedures designed to insure that the information is complete and up to date, but does not warrant or guarantee the accuracy or depth of the information provided. Proper use of the content of this report and final verification of the named individual's identity is your sole responsibility.