

**American Red Cross**

National Headquarters
2025 E Sreet, N.W.
Washingon, DC 20006

October 29, 2004

Tonia Powell
13400 Daventry Way Apt O
Germantown, MD 20874

Dear Tonia Powell:

Welcome to the American Red Cross Staff! This letter confirms our offer of employment in the position of Occupational Health Nurse which is classified in the job family, HRHWP2/Nurse II, Employee Wellness. Your starting salary will be $57,096 annually, which equates to a biweekly rate of $2,196. Your position is classified as Exempt. Your direct supervisor will be Ken Thiel, and your work location will be ~~431 18th~~ 2025 E Street, NW Street, NW, Washington, DC.

This offer letter is neither a contract of employment nor a guarantee of continuing employment. Both you and the company have the right to end your employment at any time for any reason. In the course of normal business, the company may change pay, benefits plans, and employment policies and practices, which will apply to all staff as appropriate.

Your first day will be November 15, 2004, with benefits starting December 1, 2004. You are eligible for 25 hours of paid time off (PTO) this calendar year (accumulating at 12.67 hours per month). You will be eligible for 152 hours of paid time off for the next full calendar year. During your first year of employment you are eligible to use PTO as it is accrued. Other employee benefits are described in the enclosed Benefits Summary for National Sector Personnel.

To assist in your orientation to the American Red Cross, you have been scheduled to participate in the New Employee and Volunteer Orientation Program on November 15, 2004 in NEL2-077. Badge and employee forms processing will begin at 8:00 A.M. and the program will begin promptly at 9:00 A.M. Please report to the Visitor Center at the American Red Cross National Headquarters, 2025 E Street, NW, Washington, DC 20006.

Please sign the bottom of the offer letter and fax it to me at (202) 303-0019 within 5 business days. Please refer to the enclosed checklist for the forms that you need to complete and the information that you need to bring with you on your first day of employment. Failure to complete your new hire paperwork in a timely manner could jeopardize your employment.

I am looking forward to working with you and having you on the Red Cross team. If you have questions, please do not hesitate to contact me at (202) 303-8109.

Sincerely,

*Barbara A. Hutown for*

Lisa Koch
Technical Recruiter
Staffing and HR Operations

cc: Andrea Longuillo
    1836BR

I accept the appointment as HRHWP2/Nurse II, Employee Wellness.

_Tonia Powell_                    _11/2/04_
Signature                          Date

## *Together, we can save a life*