**AMERICAN RED CROSS**             Effective March 20, 2000

# 100 - Employment

Subject:    **At-Will Employment**            Policy No. 100.00
                                                                                                                        Page No. 1 of 1

I.     **POLICY:**

This manual is not a contract of employment. Nothing contained in this handbook should be read to be a guarantee of continued employment, but rather, employment with the Red Cross is on an at-will basis. This means that the employment relationship may be ended at any time, by either the employee or the Red Cross, for any reason not expressly prohibited by law. Any written or oral statement to the contrary by a supervisor, corporate officer or other agent of the Red Cross is invalid and should not be relied upon by any prospective or existing employee. An employment agreement is only valid if it is in writing and is approved by the President & CEO, or his or her designee, and the employee.