| AMERICAN RED CROSS | Effective, October 22, 2003 |
|---|---|

| Subject: **Severance Pay** | Policy No. 204.00<br>Page No. 1 of 4 |
|---|---|

### I. POLICY:

For the sole purpose of providing a safety net for employees who may be faced with a period of unemployment, Red Cross may provide severance pay to regular full-time and regular part-time paid staff regularly scheduled to work 20 or more hours per work week. Employees are covered under this policy if they are involuntarily terminated under limited circumstances, are not offered a comparable assignment, and sign a release.

(A) Severance packages will not be negotiated as a condition of employment and/or included in any written or verbal contracts under any circumstances without the approval of the Senior Vice President of Human Resources and President/CEO.

(B) Severance pay may be provided only when --

    (1) The employee is involuntarily terminated due to--

- A reduction in force,
- Closing of a facility, or
- Elimination of the employee's position; and

    (2) No comparable new assignment is offered by a Red Cross unit (nationally or non-nationally paid) or a non-Red Cross entity that acquires a Red Cross national sector business unit ("acquiring non-Red Cross entity"). A comparable position is defined as:

- Requiring skills and/or training comparable to the skills and/or training needed in the current position, and
- Providing a base salary within 10% of the individual's current salary, and
- Located within 50 miles of the employee's current home location (except AFES mobile staff); and

    (3) The employee signs a Severance Agreement and General Release; and

    (4) The involuntary termination is recommended by the department head and approved by the respective senior vice president and the senior director of Human Resources Client Services and EEO. Executive-level positions will require the approval of Senior Vice President, Human Resources.

**AMERICAN RED CROSS**                                                          Effective, October 22, 2003

Subject:   **Severance Pay**                                                    Policy No. 204.00
                                                                                 Page No. 2 of 4

(C) Severance payments will cease if--

   (1) The Red Cross determines that the employee committed an act during employment with the Red Cross that could have resulted in involuntary termination for reasons other than listed B (1) above.

   (2) The employee breaches the terms of the Severance Agreement and General Release with the Red Cross.

   (3) While receiving severance payments,

      (a) The regular full-time employee is reemployed as a regular full-time employee within any Red Cross unit, or acquiring non-Red Cross entity or

      (b) The regular part-time employee is reemployed as a regular full-time or part-time employee within any Red Cross unit or acquiring non-Red Cross entity.

(D) Severance pay is based on the number of "continuous years" of service at any American Red Cross unit where there has not been a break in service greater than 12 months and for which the employee has not received severance pay. "Continuous years" of service do not include any time worked in a temporary, per diem, disaster reserve, AFES reserve, or volunteer position.

(E) International Delegates are not eligible for severance due to the short term nature of their assignments, however, they will receive a minimum of 30 days notice (or pay equivalent) at the end of assignment.

(F) Employees who receive severance pay and are then reemployed by a nationally paid unit within 12 months of the date of separation from employment ("separation date"), will have future severance payments adjusted based on previous severance payments to not include the length of service for which severance has already been paid.

(G) Existing medical and dental coverage will remain in effect during the severance period at the normal employee contribution rate.

(H) Short-term and long-term disability, life insurance and additional insurance benefits will discontinue at the last day worked. Individuals will not receive credit for retirement benefits for any period in which severance payments are received.

**AMERICAN RED CROSS**                          Effective, October 22, 2003

Subject: **Severance Pay**                    Policy No. 204.00
                                                                                                                  Page No. 3 of 4

(I) Appropriate taxes will be deducted from each severance check. Voluntary contributions and secondary allocations (such as: retirement, 403(b), 401(k), United Way, car payments, etc.) cease as of the last date of employment.

## II. PROCEDURE:

(A) Covered employees will be provided a minimum of 21 calendar days notice in writing. If it is not possible to provide 21 calendar days notice, the employee will be provided with 21 calendar days of pay in lieu of notice. This amount is in addition to any severance pay to be paid to the employee in accordance with the severance pay formula.

Management reserves the right to release affected staff prior to their original designated separation date. Employees released prior to their designated separation date will be advised that they are not responsible for any work-related activities and may not serve as representatives of the Red Cross.

(B) Severance payments will be issued in accordance with the prevailing payroll schedules for active employees.

(C) Paid time off will stop accumulating as of the effective date of separation. Accumulated but unused paid time off and banked annual leave will be paid to the employee in the paycheck after the separation date or sooner if required by state law, less any amounts owed the Red Cross.

(D) Unemployment compensation is determined by the appropriate local government agency.

(E) Executives are eligible for the greater of 16 weeks of severance allowance or the amount of severance allowance provided in the table below.

**AMERICAN RED CROSS**　　　　　　　　　　　　　　　Effective, October 22, 2003

Subject:　**Severance Pay**　　　　　　　　　　　　　　Policy No. 204.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page No. 4 of 4

Severance Table

| Length of Service | Severance Allowance | Length of Service | Severance Allowance | Length of Service | Severance Allowance |
|---|---|---|---|---|---|
| less than 6 months | 2 weeks pay | 9 years | 11 weeks pay | 18 years | 26 weeks pay |
| 6 months to less than 2 years | 3 | 10 | 12 | 19 | 26 |
| 2 years | 4 | 11 | 13 | 20 | 27 |
| 3 | 4 | 12 | 14 | 21 | 27 |
| 4 | 5 | 13 | 16 | 22 | 27 |
| 5 | 7 | 14 | 18 | 23 | 27 |
| 6 | 8 | 15 | 20 | 24 | 27 |
| 7 | 9 | 16 | 22 | 25+ | 30 |
| 8 | 10 | 17 | 24 | | |

(F)　Executives who are eligible for severance allowance are also eligible for executive level outplacement services as determined by the program the Red Cross is offering at the time of separation.