**AMERICAN RED CROSS**  Effective 1/16/04

Subject:   **Overtime Pay/FLSA**   Policy No. 205.00
                                                                                 Page 1 of 2

**I. POLICY:**

All paid positions in the Red Cross are classified as exempt or nonexempt from the overtime provisions of the Fair Labor Standards Act (FLSA) as administered by the U.S. Department of Labor. Human Resources is responsible for determining the exemption status of all positions. Exempt employees are not eligible for overtime or compensatory time. Provisions of this policy do not apply to exempt employees. The Red Cross maintains records of hours worked by nonexempt employees.

**II. PROCEDURE:**

(A) Nonexempt employees must record their hours on the biweekly time sheet http://crossnet.redcross.org/office/forms/finance_timesheet2.xlt. Nonexempt employees cannot work any period of time beyond the normal starting and ending times unless they have received prior authorization from the director. Hours worked by nonexempt employees in excess of 40 per pay week are paid at one and one-half times the regular hourly rate. The organization will pay overtime consistent with individual state provisions when those regulations are more stringent than the FLSA requirements.

(B) The employee completes the time sheet.

(C) The supervisor reviews the time sheet; verifies the hours worked for that pay period; approves; and forwards the signed, original sheet to Payroll for processing.

 1) Hours paid for holidays, paid time off, annual or sick leave banks, or other forms of leave in the same work week do not count as hours worked for payment of overtime.

 2) Nonexempt staff members who volunteer on a national disaster are not paid overtime.

(D) Nonexempt employees cannot volunteer their services by taking work home, working for other departments/divisions, or working overtime without prior approval. Additionally, nonexempt staff cannot volunteer their time in the same or similar job as their normal Red Cross job.

---

**Human Resources Policy and Procedure Manual**
for Paid and Volunteer Staff in Nationally Paid Units

**AMERICAN RED CROSS**　　　　　　　　　　　　　　　　　　　　Effective 1/16/04

---

Subject:　**Overtime Pay/FLSA**　　　　　　　　　　　Policy No. 205.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 2

(E)　Falsification of timesheets or attendance records will result in disciplinary action, up to and including termination.

**AMERICAN RED CROSS**　　　　　　　　　　　　　　　　　　Effective, April 4, 1996

# APPENDIX

Glossary　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　A-1

### I. APPLICATION OF THE MANUAL

(A)　This manual applies to all American Red Cross paid and volunteer staff in nationally paid units, excluding chapters, Blood Regions, and National Testing Labs.

(B)　For purposes of this manual the "American Red Cross" or "Red Cross" will only pertain to the units as described above.

(C)　The term "staff" will refer to both paid and volunteer staff; "employees" will refer to paid staff only.

(D)　The term "Armed Forces Emergency Services (AFES) field staff" will refer to mobile and nonmobile staff assigned to military installations.

(E)　The phrase "senior management" will refer to staff members at the senior vice president and vice president/general manager levels.

(F)　The phrases "National Chair of Volunteers," "National Office of Volunteers," or "Volunteer Management" will refer as appropriate to instances where volunteer staff are involved. Staffing issues regarding volunteer staff should be addressed to the three offices above.

### II. EMPLOYMENT STATUS

(A)　*Active status*--The status of an individual currently employed by the Red Cross.

(B)　*Inactive status*--The status of an individual who has been separated from the Red Cross either voluntarily or involuntarily.

**AMERICAN RED CROSS**                                          Effective, April 4, 1996

---

### III. EMPLOYMENT CATEGORIES

(A) *Regular Full-Time (RF)*--Individuals who normally work 36.25 hours a week and are not temporary employees. Generally, regular full-time employees are eligible for Red Cross benefits subject to the terms, limitations, and conditions of the benefit program.

(B) *Regular Part-Time (RP)*--Individuals who normally work a minimum of 20 hours, but less than 36.25 hours, a week and are not temporary employees. Regular part-time employees are eligible for some benefits subject to the terms, limitations, and conditions of the benefit program.

(C) *Temporary Full-Time (TF) or Temporary Part-Time (TP)*--Employees who are hired on a full-time or part-time basis to temporarily supplement the workforce. Employment assignments are limited to six months. One six-month extension of a temporary assignment may be awarded. The extension does not change the employment category. Temporary employees may be eligible for retirement, benefits besides the legally mandated benefits of Social Security and Workers' Compensation. Examples include summer interns.

(D) *Per Diem (PD)*--Employees who work on-call and by the hour. A per diem employee's hours can vary from week to week. Per diem employees are eligible for retirement benefits after one year of employment. They also receive the legally mandated benefits of Social Security and Workers' Compensation. Examples include Armed Forces Emergency Service after-hour workers or Health and Safety Services instructors.

(E) *Disaster Reserve (DR)*--On-call, periodic employees who have been approved for national disaster operations. The reservist is employed only for the duration of a disaster assignment or while performing disaster-related duties. Disaster Reserve employees are eligible to receive Red Cross benefits, other than insurance benefits, subject to the terms, limitations, and conditions of the benefit program. (See: ARC 3053 for details)

(F) *Essential employees*--Employees required by management to work non-standard work days or hours. For example, after-hour emergencies, holidays, emergency-condition closings.

(G) *Employees with contracts*--An employee who has an individually negotiated contract by the President or his or her designee with regard to one or more terms of employment. These employees are on the Red Cross payroll.

---

**AMERICAN RED CROSS**  Effective, April 4, 1996

## IV. VOLUNTEERS

Volunteers are "individuals who reach out beyond the confines of their normal responsibilities to contribute time and service to a not-for-profit cause in the belief that their activity is beneficial to others as well as satisfying to themselves" (Volunteer 2000 Study).

## V. NON-RED CROSS STAFF

(A) *Loaned staff*--Employees of an agency of the federal government or other organization lent to the Red Cross for defined periods and/or special assignments. Unless a special arrangement exists, these individuals are paid by and receive benefits from the lending organization.

(B) *Independent contractors*--Individuals providing service through a third party such as a temporary services organization or technical firm; independent consultants providing services to the Red Cross on a contract basis for a specified period of time or for a specific project. These individuals are not on the Red Cross payroll.

## VI. FAIR LABOR STANDARDS EXEMPTION STATUS

(A) *"Exempt" positions*--A term referring to those jobs that are exempt from the overtime provisions of the Fair Labor Standards Act. These groups include executives, professional employees, some administrative employees, and outside sales employees.

(B) *"Nonexempt" positions*--A term referring to jobs that are subject to the minimum wage and OVERTIME PROVISIONS OF THE FAIR LABOR STANDARDS ACT.

## VII. Reemployment

(A) *Rehired staff*--Staff member who has more than a 12-month break in service. When rehired he or she is considered a new hire, except with regard to retirement.

(B) *Reappointed staff*--Staff member who has less than a 12-month break in service. When reappointed he or she is considered to have continuous service, except as specifically provided for with regard to severance.

**AMERICAN RED CROSS** Effective, April 4, 1996

## VIII. SALARY ACTION VARIABLES

(A) *Internal equity*--Comparison of salaries within an organization or job group to determine whether salaries are in a reasonable relationship to the requirements of the job and the work performed by employees.

(B) *External equity*--Comparison of salaries in an organization or job group to salaries of comparable organizations or job groups in the outside market to determine the competitiveness of pay and pay ranges.

(C) *Current information*--Any relevant information effective at the time of salary action.

(D) *Projected data*--Any applicable upcoming changes to the incumbent, peers, superiors, subordinates, department, division, etc.

(E) *Qualifications*--Education and/or experience required to perform a job. A Bona Fide Occupational Qualification (BFOQ) is a characteristic or skill that can be proven to be necessary for performing the job successfully. Qualifications are reviewed for new hires and promotions.

(F) *Performance*--Current performance rating for an incumbent and any other employees identified as possible internal equity concerns, given the proposed salary action.

(G) *Range*--The amount that can be paid for jobs at a given pay grade, defined by a minimum and a maximum salary.

(H) *Midpoint*--The salary midway between the minimum and maximum rates of a salary range. The midpoint usually represents the average market pay for the grade.

## IX. EQUAL EMPLOYMENT OPPORTUNITY (EEO) VERSUS CULTURAL DIVERSITY

(A) *EEO/affirmative action* (legally based)--Addressees antidiscrimination laws enacted to provide a level playing field for all employees and applicants. Ensures compliance with federal laws and regulations for employment. Helps minimize legal risks associated with noncompliance.

Works to eliminate discrimination in hiring and promoting employees based on race or color, religion, national origin, age, sex, veteran status, and disability. Addresses contemporary social justice issues such as equal pay, sexual harassment prevention, prevention of violence in the workplace, and nonhostile work environments.

**AMERICAN RED CROSS**  Effective, April 4, 1996

---

    (B)    *Valuing/managing diversity* (strategically and bottom-line driven)--Focuses on valuing and managing the differences represented in the workforce to increase productivity and enhance the quality of products and services.

           Helps units tap the potential contributions of individuals from various social identity groups, including those of race, ethnicity, gender, age, ability, class, sexual orientation, and religion. Addresses contemporary social diversity issues such as work/family issues, gender differences, cultural/social differences, and the impact of human resource systems on staff from diverse backgrounds.

## X. CONFIDENTIALITY

All Human Resources-related issues pertaining to staff will be maintained in a private manner so that private information will be shared with management and staff on a need-to-know basis only.

## XI. UNIT DESCRIPTIONS

    (A)    *Functional area*--headed by a senior vice president or the equivalent.

    (B)    *Departments*--headed by a vice president or the equivalent.

    (C)    *Office*--headed by a general manager or the equivalent.

    (D)    *Divisions*--headed by a director or the equivalent.

    (E)    *Functional staff*--senior vice presidents, vice presidents, and directors approving or concurring on an action with the senior vice president of National Operations or the vice president of Human Resources.

---