**AMERICAN RED CROSS**                                          Effective November, 15, 2002, revised

# 700 - ARMED FORCES EMERGENCY SERVICES

Subject: **Armed Forces Emergency Services (AFES) Field Staff- General Information**                Policy No. 701.00
Page No. 1 of 2

**I. POLICY:**

It is the policy of the American Red Cross to maintain a workforce that supports the organizational mission on a worldwide scope. This requires staff to work in overseas locations and be subject to special conditions.

(A) AFES positions are designated as mobile or nonmobile. Mobile staff must comply with additional requirements as listed below. AFES staff who are not required to be mobile are hired locally and are not eligible for relocation benefits or allowances. Medical approvals and no-fee passports are not required for such staff. Security clearances may be required based on the specific duties of the job.

(B) AFES mobile staff are required to comply with the AFES mobility policy. (See: AFES Mobility Requirements, No.702.00

(C) Mobile staff must be medically approved prior to departing. Medical approvals are granted by the Wellness Manager at national headquarters after review of the results of recent physical examinations and special tests, if applicable. (See: Health Requirements for AFES Mobile Staff, No. 703.00

(D) Assignments for AFES mobile staff vary based on the location. The conditions of each assignment are provided in the offer letter. Types of assignments may include--

(1) *Accompanied or unaccompanied tours.* Accompanied tours allow eligible family members to join the staff member in the overseas location. Dependents may not join staff members on unaccompanied tours. (See: AFES Mobile Staff Allowances, No. 706.00)

**AMERICAN RED CROSS**  Effective November, 15, 2002, revised

Subject: **Armed Forces Emergency Services (AFES) Field Staff-**  Policy No. 701.00
**General Information**  Page No. 2 of 2

    (2) *Hardship or nonhardship tours*. Hardship tours are tours in locations in which the living and working conditions are considered to be extraordinarily difficult, or in which there are unusual health risks or hardships that are not normally experienced by other mobile staff. All other tours are nonhardship. AFES works with the U.S. military on the designation of hardship assignments. (See: AFES Mobile Staff Allowances, No. 706.00)

    (3) *Tour durations*. AFES works with the U.S. military to determine tour lengths. Generally, hardship tours are shorter in duration than nonhardship tours. (See: AFES Mobile Staff Allowances, No. 706.00) For details on tour lengths, refer to the "AFES Station Guide."

    (4) *Permanent or temporary change of station*. A permanent change of station (PCS) occurs when mobile AFES staff are moved from one station to another for a new tour. Temporary duty (TDY) occurs when a staff member is sent on a temporary assignment and will return to his or her normal duty station.

    (5) *Deployments*. Deployments are a type of TDY in which staff accompany the U.S. military on a military exercise or operation.

(E) AFES staff are not assigned a military rank but are accorded a civil service equivalency grade to provide access to benefits on the military installation.

(F) The continued presence of a staff member on a military installation is at the discretion of the commanding officer. AFES staff are expected to comply with military regulations and customs, including those concerning neatness, proper dress, and acceptable behavior. AFES staff on military installations must comply with site-specific military regulations.

(G) If an AFES staff person is removed from his or her position at the request of the base commanding officer, the Red Cross is not obligated to reassign the employee, and he or she may be involuntarily terminated.

**AMERICAN RED CROSS**  Effective November 15, 2002, revised

Subject: **AFES Mobility Requirements**    Policy No. 702.00
Page No. 1 of 2

**I.  POLICY:**

To support the American Red Cross commitment to maintain a workforce that supports the organizational mission on a worldwide scope, AFES has established a mobility policy for all station management positions.

The mobility policy requires all assistant station managers, station managers, senior station managers, deputy hub managers and hub managers to accept work assignments anywhere in the world, including conflict areas, where the Red Cross is providing service to members of the Armed Forces and their families. Continuing worldwide mobility is a condition of employment and an essential function of these positions.

As a condition of employment, all mobile staff must meet the following criteria:

(A)  Be able to obtain and maintain an acceptable Secret Clearance from the Defense Security Service (DSS);

(B)  Be a United States citizen;

(C)  Sign a statement acknowledging that mobility is a condition of employment as part of the offer letter;

(D)  Successfully meet the health requirements for mobile staff (See: Health Requirements for AFES Mobile Staff, No. 703.00);

(E)  Maintain a current no-fee passport;

(F)  Participate in military field operations and exercises as requested by the organization;

(G)  Maintain an acceptable performance level.

**AMERICAN RED CROSS**                                             Effective November 15, 2002, revised

Subject:    **AFES Mobility Requirements**                         Policy No. 702.00
                                                                   Page No. 2 of 2

II.    **PROCEDURE:**

    (A)    Mobility may be invoked at any time to meet organizational needs, or to ensure the organization's ability to respond appropriately to changing conditions around the world, in the U.S. military, and within the Red Cross.

    (B)    Temporary duty (TDY) and permanent change of station (PCS) assignments will be made at the discretion of AFES management. Staffing decisions will be made to meet business needs and, to the extent possible, personal needs.

    (C)    When assigning staff to new stations and deployments, management will consider issues such as length of time in position or location, time since return from a deployment, other staffing issues at the station, or staff whose overall performance does not meet expectations.

    (D)    Management may grant deferrals that cumulatively do not exceed 12 months in any five (5) year period. Circumstances may include an employee's medical condition, a FML qualifying event (see: Family and Medical Leave Policy No. 319), or personal circumstances requiring the staff members attention. The five (5) year period will begin on the date of the first approved deferral.

| | | |
|---|---|---|
| **AMERICAN RED CROSS** | | Effective November 15, 2002, revised |

Subject:   **Health Requirements for AFES Mobile Staff**         Policy No. 703.00
                                                                  Page No. 1 of 1

I.  **POLICY**

   To support the American Red Cross commitment to maintain a workforce that supports the organizational mission on a worldwide scope, AFES assignments may be physically and mentally arduous with difficult living and working conditions. Assignments may involve hostile or combat situations. In order for AFES to maintain a staff able to perform such assignments, certain health requirements must be met in order for a staff member to be certified as mobile.

   Health requirements have been established for mobile staff in order to ensure, to the greatest extent possible, that mobile staff are physically and mentally able to endure conditions on assignments that pose significant difficulty and hardship. These requirements are developed by the wellness manager and AFES management. Full health requirement details are available in the "AFES Station Guide" or from the wellness manager.

   Mobile staff are required to obtain a full examination prior to employment and every two years, or as otherwise directed.

II. **PROCEDURE:**

   (A)   For preemployment examinations, completed physical examination results are returned within two (2) weeks to the wellness manager for review. The cost for the preemployment exam is reimbursed by AFES.

   (B)   The wellness manager will notify mobile staff within a six-week period to complete their biennial exam at the military medical facility.

   (C)   The wellness manager will determine if the examination results meet the health and functional requirements for mobile staff. If the results are outside normal limits, the exam results are forwarded to the Red Cross vice president, chief scientific officer for final determination of fitness for mobility.

   (D)   If a staff member is unable to accept a PCS move or a deployment assignment due to medical reasons, a deferral may be requested by submitting medical documentation to the wellness manager. (See: AFES Mobility Requirements, No. 702.00).