## Health Requirements for Armed Forces Emergency Service Mobile Personnel

This document outlines the health requirements for Armed Forces Emergency Service (AFES) mobile personnel. It also covers the health and medical examination process, the process of reviewing the examinations, notifications of physicals' review, medical updates, deployments, and requests for reconsideration.

The mobility policy of AFES requires that "Assistant Station Managers, Station Managers I, II, III, and Hub Managers must accept work assignments anywhere in the United States and overseas, including conflict areas, where the American Red Cross is providing service to members of the armed forces. Continuing worldwide mobility is a condition of employment and an essential job function for these positions."

Some assignments may be physically and mentally arduous with difficult living and working conditions. They may involve hostile or combat situations. In order for the Red Cross to maintain a workforce which is able to perform such assignments, certain health requirements must be maintained in order for the staff member to be certified as mobile.

1. Health Requirements

   Certain health requirements have been established for mobile staff in order to ensure, to the greatest extent possible, that mobile staff are physically and mentally able to endure conditions on assignments which pose significant difficult and hardship. The Health and Functional Requirements are enclosed as Attachment I.

2. Examinations

   a. Mobile staff are required to obtain a full examination prior to employment and every two years, or as otherwise directed.

      1) For pre-employment examinations, Human Resources Administration (HRA) will send the examination forms packet with the offer letter. Upon receipt of the packet, the individual has 2 weeks to obtain the completed examination and return it the American Red Cross Wellness Manager. A private physician may be utilized and the cost reimbursed by AFES.

      2) For mobile staff, the Wellness Manager sends the Biennial Examination Reminder (by email or fax) to notify an individual that his/her biennial examination is due to be completed at the military medical facility within the next 6 weeks. A deadline date will be given at the time of the reminder. Forms for the examination will be sent with the reminder. (Note: Some laboratory tests take several days to weeks to obtain results. Consider this in relation to the deadline for returning the forms; get the examination scheduled when you receive the notice.)

1

b. The examination includes the following:

1) Chest Xray and EKG (if an individual is under 40 years of age and the physician does not feel an EKG is indicated, this should be noted on the examination form. If the physician feels the chest Xray is not indicated, this should also be noted)
2) Bloodwork to include: a complete blood count (CBC), urinalysis (UA), basic chemistry, lipid profile (total and HDL) and fasting glucose.
3) Tuberculosis skin test (PPD)
4) Panorex and DNA testing (if not previously done and verified that it is in your medical file at National Headquarters)
5) Blood type verification (if not previously done and verified that it is in your medical file at National Headquarters)
6) Proof of vaccination/inoculation against:
   **TETANUS with Diphtheria** (DT) within past 10 years
   **POLIO**: (a primary series and a booster dose of polio vaccine within the past five years is advised; if not immunized or only partially immunized against polio, a series of three injections of enhanced potency inactivated polio vaccine (eIPV) is recommended)
   **MEASLES** (for those born in or after 1957 who have not had two doses of measles vaccine or know they have had "14 day" measles)
   **Other immunizations may be required depending on area of assignment.**
7). Audiogram
8) Visual Acuity testing
9) ~~Body Mass Index (BMI) to be performed by ARC Wellness Department~~

c. The completed examination forms packet is sent to:

American Red Cross
Wellness Unit, 3rd Floor
8111 Gatehouse Road
Falls Church, VA  22042

3. Review of Examination Forms

a. When the examination forms are received by the Wellness Manager, they are reviewed and evaluated against the list of health and functional requirements (see attachment 1). The Wellness Manager may call the individual to clarify any questionable information.
b. If paperwork is missing or incomplete, the Wellness Manager sends a memo or calls the individual indicating the missing information and gives a limited time to return the item(s).
c. If the examination results are not within normal limits according to the criteria, the Wellness Manager forwards the paperwork to the American Red Cross Medical Director for evaluation. The medical director will approve or disapprove the individual's fitness

for mobility. If the Medical Director disapproves the individual's fitness for mobility, he/she will obtain a second medical opinion. (If additional information is required at any point in the process, the staff member will be informed of this.)

4. Medical Updates

   a. The Wellness Manager will send a Medical Update form to mobile staff approximately one year after the previous year's examination.

   b. The staff member should fill out the Medical Update form and return it to the Wellness Manager within 2 weeks of receipt of the form.

   c. The Wellness Manage will send the staff member an acknowledgment of receipt of the update form and continued mobility status. If there is a change in the individual's medical condition, the Wellness Manager will refer the problem to the Medical Director and follow the process previously described in numbers 3 and 6.

5. Deployments/Assignments

   a. When a staff member is called for deployment or reassignment and believes he/she is not mobile due to a medical condition, he/she should advise the caller to contact the Wellness Manager for an assessment of medical fitness for mobility.
   b. The process of notification is described in number 6 below.

6. Notifications/Deferrals

   a. Pre-employment examinations

      1) If medical fitness for mobility is approved, the Wellness Manager notifies HRA. HRA sends the offer letter and completes the hiring process.
      2) If medical fitness for mobility is not approved, HRA will explain to the candidate that a precondition of employment has not been satisfied and the candidate is no longer eligible for consideration.

   b. Current mobile staff examinations

      1). If the examination is complete and everything is within normal limits, the Wellness Manager sends the staff member a memo that the examination form has been received and he/she is approved for worldwide mobility.
      2) If the biennial examination or medical update results in a determination that the staff member is no longer medically fit for mobility, the Wellness Manager will call the individual to inform him/her that a letter will be coming from Wellness indicating

3

the Medical Director's decision and the reason for being placed in a non-mobile status.

3) If the individual is called for an assignment and he/she turns it down for a medical condition that makes him/her non-mobile, the staff member must submit medical documentation to support a determination that he/she is not medically fit for mobility. The Wellness Manager will review the documentation and follow the steps outlined in 1) and 2) above.
4) The Wellness Manager will notify HRA when a medical deferment letter needs be sent to the staff member due to a determination that the staff member is not medically fit for mobility.
5) If at any time during a deferral period the staff member believes he/she becomes medically fit for mobility, and at the close of a deferral period, the staff member must submit a release form from the health care provider. The Wellness Manager will review the release form and follow the steps outlined in 1) and 2) above.
6) The Wellness Manager will determine the frequency of required medical updates during the period of any medical deferment.

c. If mobile status is not reestablished, HRA will send a letter of separation and a transition packet to the individual.

7. Request for Reconsideration of Mobile Status

   a. A request for reconsideration must be made within 30 days of the issuance of the medical deferment letter if new or additional information is obtained. This documentation needs to be submitted in writing to the Wellness Manager.
   b. The final decision will be made by the American Red Cross Medical Director.

8. All requests for deadline extensions under this Health Requirements Policy must be submitted in writing to the Wellness Manager and approved by the AFES Director of Operations.

**Attachment 1**

Health Requirements Criteria

**A staff member who has any of the following disorders, diseases, or illnesses may not be fit for mobility. The medical circumstances of each disorder, disease, or illness listed will be considered by the American Red Cross Medical Director in determining fitness for mobility.**

Uncontrolled hypertension (3 consecutive readings with a systolic of 159 mm Hg or more, diastolic of 90 mm Hg or more; readings taken on 5 consecutive days)

History of or current cardiovascular disorders

Asthma or other chronic or recent respiratory problems

4

Vascular abnormalities such as aneurysms

Insulin dependent diabetes

Recurrent or recent cholelithiasis (gallstones)

Chronic diarrhea (regardless of cause)

Urinary incontinence

Seizures

Recent or untreated stomach ulcer

Chronic disease which may prevent performance of regular duties or which requires frequent medical monitoring

Bleeding disorder

Glaucoma

Blindness in one eye

Absence of one kidney

Musculoskeletal problems including history of or current back or knee disorders

History of or current mental health problems

Medication regime without which the individual may suffer serious health consequences

Dietary intolerance or restrictions incompatible with eating locally available foods or military "Meals Ready to Eat" (MREs)

Inability to tolerate special weather conditions because of health consequences such as dermatitis affected by sunlight (photosensitivity), dry eye syndrome, asthma, etc.

Hot or cold weather intolerance

Abnormal lab or other medical test results

Hearing deficit which if extended could lead to deafness

Any other examination/psychological condition which requires frequent and/or prolonged treatment, which indicates close availability of medical facilities/personnel or which may interfere with regular performance of the job responsibilities in a harsh environment, stressful work conditions and/or conflict situation.

**Attachment 1 (continued)**

<u>Essential Job Functions</u>

### A. Functional Requirements

| | |
|---|---|
| Sitting | Use of fingers |
| Standing | Use of both hands |
| Walking | Far vision (correctable with glasses) |
| Talking | Near vision (correctable with glasses) |
| Stooping, Kneeling, Crouching | Depth perception |
| Ambulatory without assistance | Distinguishing basic colors |
| Lifting and carrying 20 to 45 pounds | Hearing (use of aid permitted) |

Lifting and carrying over 45 pounds, occasionally
Travel on common carrier (air, bus, rail)
Travel on military vehicles
Ability to drive military vehicles
Ability to fit into military uniforms

### B. Environmental Factors

Adaptability to change
Work inside and outside
Irregular hours (including night and weekend duty)
Periodic isolation and unaccompanied tours of duty
Work around mechanical hazards
Work around electrical hazards
Work around moving objects or vehicles
*Exposure to various cultures
*Adherence to strict military protocol and regulations (including uniform requirements)
*Work and live in close quarters with little or no privacy
*Unusual fatigue factors: on a regular basis, work 7 day workweek with extended duty days
*Exposure to varied climates including: extreme heat and cold, continuous rain, dampness, dryness, and dust
*Live in tents and in varied outdoor environment
*Sleep on the ground and/or on cots
*Anticipation or threat of or actual exposure to gunfire and chemical and biological warfare
*Anticipation or threat of or actual exposure to insects, rodents, reptiles, and other animals
*Anticipation or threat of or actual exposure to, or witnessing of, sickness, serious injury, or death

*These items pertain more to hardship/conflict assignments than day-to-day experiences.

H:\SH-AFES\Thiel, Ken\Linda Burnnette\Health Requirements.doc

## AFES Annual/Deployment Physical Procedure

1. Review AFES annual spreadsheet
2. Review employee's chart determining what employee needs to complete the annual physical.
3. The Wellness Manager or Nurse will receive deployment notification from the AFES department.
4. Determine current location and email address of employee as outlined below:
    a. CONUS, European and Far East rosters (updated monthly by AFES Dept.)
    b. Contact Roger Kingsley or John Huffstuttler if not listed above.
5. Email employee by using the pre-written annual physical email (add employee's name to this and the date of the last physical. Attach in Rich Text Format the following ten documents:
    a. Intro letter (personalized) **PRINT** this for the employee's file.
    b. Letter to physician.
    c. Check list of medical examinations and documents that need completion by employee and Primary Care personnel.
    d. Personal Statement of Good Health
    e. Report of Medical History/Health Screening Report
    f. Essential Job Functions
    g. Military unavailability statement
    h. Authorization for Release of Medical Information
    i. Uniform and Equipment Statement
    j. Dental Care Statement
6. Print a copy of this email for the employee's file.
7. Update annual spreadsheet the date the information was sent.
8. Employee is to respond that the information was received within 24 hours. If not received, send an email reminder. If still not received, contact Roger and John to follow up with the employee.
9. Update annual spreadsheet as the information comes in. (This will be of great use for the weekly AFES/HR meetings.
10. Once all documentation is received and employee is cleared for world wide mobility, send email to the employee, HR representative Nikki Sanderson and AFES Business Unit (Roger Kingsley, John Huffstuttler). The email should state. ***Wellness is in receipt of all medical documentation for*** (employee's name) ***and is now medically cleared for World Wide Mobility. Your next physical will be*** (insert date).
11. Update annual spreadsheet

Revision 2005

ANNUAL PHYSICAL NOTIFICATION

AFES personnel are required to have an annual physical. Our records indicate your last complete physical was **XXXXXXX** .

**ALL MEDICAL REQUIREMENTS MUST BE COMPLETED WITHIN SIX WEEKS OF RECEIPT OF THIS EMAIL.** Completion of this physical is a business priority. As such we need you to schedule your medical and dental examinations as soon as you receive this notice. The results of the EKG, blood work, physical and dental exams have the greatest potential to require time consuming follow-up. Some laboratory test results may take several days to several weeks to obtain. Therefore, we need your full cooperation in getting these items scheduled first.

Please acknowledge receipt of this information **within 24 hours** with an email to Wellness to Tonia Powell, RN (powellt@usa.redcross.org). Wellness needs you to confirm with an email to Tonia within **one week** of today regarding your progress on scheduling your physical and dental examinations. Please submit each piece of documentation as it is completed rather than wait until all items are completed.

If you have any questions, please call Tonia at 202-303-4974, or send them an email. If you have any trouble getting appointments at your local military medical treatment facility, please let your supervisor know immediately so he/she can assist you.

If you have any further questions please feel free to contact me

Thanks in advance for your cooperation!

Revision 2004

## DEPLOYMENT PHYSICAL NOTIFICATION

As you are aware, **effective immediately,** the military is requiring that anyone deploying must have had a complete physical within the last 12 months. The medical requirements are based on the Standards of Medical Fitness Army Regulation 40-501 including the medical specifications defined by Fort Benning and Fort Bliss CRC. AFES personnel MUST have a current physical before deployment.

Our records indicate your last complete physical was **XXXXXXX**; therefore you will need to schedule an appointment to get a new complete physical in preparation for your upcoming deployment.

**ALL MEDICAL REQUIREMENTS MUST BE COMPLETED WITHIN SIX WEEKS OF RECEIPT OF THIS EMAIL.** Completion of this physical is a business priority. As such we need you to schedule your medical and dental examinations as soon as you receive this notice. The results of the EKG, blood work, physical and dental exams have the greatest potential to require time consuming follow-up. Some laboratory test results may take several days to several weeks to obtain. Therefore, we need your full cooperation in getting these items scheduled first.

Please acknowledge receipt of this information **within 24 hours** with an email to Wellness to Tonia Powell, RN (powellt@usa.redcross.org). Wellness needs you to confirm with an email to Tonia within **one week** of today regarding your progress on scheduling your physical and dental examinations. Please submit each piece of documentation as it is completed rather than wait until all items are completed.

If you have any questions, please call Tonia Powell at 202-303-4974 or contact by email at the above-mentioned address. If you have any trouble getting appointments at your local military medical treatment facility, please let your supervisor know immediately so he/she can assist you.

If you have any further questions please feel free to contact me

Thanks in advance for your cooperation!

Revision 2004