**AMERICAN RED CROSS**　　　　　　　　　　　　　　Effective November 15, 2002, revised

Subject:　**International Services Overseas Employment**　　　Policy No. 113.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page No. 1 of 1

## I. POLICY:

It is the policy of the American Red Cross to maintain a workforce that supports the organizational mission on a worldwide scope. This may require staff to work in overseas locations and be subject to special conditions. On occasion the Red Cross may assign an employee to the International Federation of Red Cross and Red Crescent Societies (Federation) or to the International Committee of the Red Cross (ICRC).

(A)　Staff assigned overseas are generally International Services staff assigned within the International Red Cross Movement or Armed Forces Emergency Services staff assigned to military installations. (See: AFES Field Staff--General Information, No. 701.00)

(B)　Staff assigned overseas must be medically approved prior to departing. Medical approvals are granted by the Wellness Unit at national headquarters after reviewing results of the staff member's recent physical examinations and special tests, if applicable.

(C)　Staff assigned overseas may require a no-fee passport and/or visa depending on the location.

(D)　International delegates of the Federation or the ICRC must sign an offer letter, review their mission instruction outlining the conditions of the assignment and sign a statement saying that the delegate will abide by the rules of the Federation or the ICRC, if appropriate.