Dear Delegate:

Congratulations on your recent selection for an international delegate assignment representing the American Red Cross.

Because of the physical demands and lack of adequate medical care frequently encountered on international assignments, you are required to demonstrate your good health prior to departure.  You must have a physical examination by a licensed medical practitioner, which includes an **EKG** and **chest x-ray**, and **lab work** as specified below.  If you have had an EKG or chest x-ray within one year, you may use those.

The following forms are attached and must be completed and returned to Medical Wellness:

1) **Medical History -** requires completion by you
2) **Health Screening Report --** requires completion by your examining MD
3) **Medical Examination Record** (Form 1800) Part 2 to be completed by your examining physician.
4) **Authorization for Release of Medical Information** (Form 6347), 2 copies; one is to be left with physician and one to be returned to Medical Wellness.
5) **Personal Statement Attesting to Good Health** to be completed by you.

In addition, please provide:

a.  A copy of your **EKG Report** with interpretation
b.  A copy of your **chest X-Ray Report Only - no Films**
c.  A **complete blood count (CBC), basic chemistry, urinalysis,** and documentation of a negative **tuberculosis skin test (PPD)** within the past year.
d.  **Proof of vaccination/inoculation** (a copy of yellow immunization record with name and/or SSN on every page) against the following:
    Tetanus/with Diphtheria (within the past 10 years)
    Polio (original series plus booster as an adult)
    Typhoid Fever (within the past 3 years, if last one was by injection and 5 years if last one was given orally)
    Hepatitis A
    Measles (for those born in or after 1957 who have not had 2 doses of measles vaccine or know they have had "14 day" measles)
e.  See attached document for additional immunization requirements specific to your assignment.

Also, you will _____ will not _____ need medication for malaria prevention.  See attachment if medication is required.

* For applicants under age 45: *At the discretion of the physician and in the absence of associated clinical findings, the EKG and chest x-ray may be waived only by the attending MD with written/dated documentation of the nature of such waiver.*

**If you are on any maintenance medications, and are offered an assignment, please ensure that you can obtain at least a year's supply of the medication and bring copies of prescriptions.  If you wear corrective lenses, be sure to bring a copy of your prescription.**

Please check with me at (202) 303-4206 or with your International Services contact if you have any questions.  All medical/health information will be kept confidential.  Medical records are kept in the Medical/Wellness Unit.

Medical records may be faxed to 202-303-0017 or mailed to: ATTN: Medical Wellness, Lower Level 1, 2025 E Street NW, Washington DC 20006.

A Medical Update Questionnaire to be completed by you will be required on a yearly basis while on assignment.  The form will be sent to you by International Services and should be returned to the Wellness Program.

Best wishes for your good health.
Ken Thiel, RNC, MHA
Wellness Unit

# American Red Cross

### REPORT OF MEDICAL HISTORY-INTERNATIONAL

| NAME: | DATE OF BIRTH: | SOCIAL SECURITY # |
|---|---|---|
| ADDRESS: | JOB TITLE | |

| STATEMENT OF PRESENT HEALTH AND MEDICATIONS CURRENTLY USED: | LIST FOOD OR DRUG ALLERGIES |
|---|---|

| YES | NO | HAVE YOU EVER (PLEASE CHECK EACH ITEM): | YES | NO | DO YOU (PLEASE CHECK EACH ITEM): |
|---|---|---|---|---|---|
| | | Lived with anyone who had tuberculosis | | | Wear glasses or contact lens |
| | | Coughed up blood | | | Have vision in both eyes |
| | | Bled excessively after an injury or tooth extraction | | | Wear a hearing aid |
| | | Attempted suicide | | | Stutter or stammer habitually |
| | | Been a sleepwalker | | | Wear a brace or back support |

**HAVE YOU EVER HAD OR HAVE YOU NOW (PLEASE CHECK AT LEFT OF EACH ITEM)**

| YES | NO | | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|---|---|
| | | Scarlet fever, erysipelas | | | Cramps in legs | | | Rheumatic Fever |
| | | Frequent indigestion | | | Swollen or painful joints | | | Stomach, liver, or intestinal trouble |
| | | Frequent or severe headaches | | | Gallbladder trouble or gallstones | | | Dizziness or fainting spells |
| | | Eye trouble | | | Jaundice or hepatitis | | | Adverse reaction to serum, drug, or medicine |
| | | Hearing loss | | | Tumor, growth, cyst, cancer | | | Ear, nose, or throat trouble |
| | | Sinusitis | | | Rupture/hernia | | | Chronic or frequent colds |
| | | Hay Fever | | | Piles or rectal disease | | | Severe tooth or gum trouble |
| | | Head injury | | | Frequent or painful urination | | | Shortness of breath |
| | | Skin diseases | | | Bedwetting since age 12 | | | Pain or pressure in chest |
| | | Thyroid trouble | | | Kidney stone or blood in urine | | | Chronic cough |
| | | Tuberculosis | | | Sugar or albumin in urine | | | Palpitation or pounding heart |
| | | Asthma | | | VD—Syphilis, gonorrhea, etc. | | | Painful or "trick" shoulder or elbow |
| | | Heart trouble | | | Recent gain or loss of weight | | | "Trick" or locked knee |
| | | Lameness | | | Arthritis, Rheumatism, or Bursitis | | | Bone, joint, or other deformity |
| | | Broken bones | | | Loss of finger or toe | | | Recurrent back pain |
| | | Foot trouble | | | Neuritis | | | High or low blood pressure |
| | | Epilepsy | | | Paralysis (including infantile) | | | Loss of memory or amnesia |
| | | Frequent trouble sleeping | | | Car, train, sea, or air sickness | | | Depression or excessive worry |
| | | Periods of unconsciousness | | | Nervous trouble of any kind | | | |

WERE YOU EVER UNDER TREATMENT FOR MENTAL, EMOTIONAL, OR NERVOUS DISORDER? _____ IF YES, GIVE DATE AND EXPLAIN.

| LIST SURGICAL OPERATIONS YOU HAVE HAD, GIVING DATES: | LIST SERIOUS INJURIES YOU HAVE HAD, GIVING DATES: |
|---|---|

GIVE DATE OF LAST INOCULATION OR VACCINATION AGAINST:

_____ TETANUS/DIPTHERIA    _____ TYPHOID (ORAL or INJECT)    _____ POLIO    _____ HEPATITIS A (#1 or #2)

_____ HEPATITIS B (#1 or #2 or #3)    _____ MMR    _____ OTHER

| HAVE YOU EVER BEEN DEFERRED FROM MILITARY SERVICE FOR PHYSICAL REASONS? | oYES  oNO | IF YES, WHAT FOR? |
|---|---|---|
| DO YOU RECEIVE A DISABILITY PENSION? | oYES  oNO | IF YES, WHAT FOR? |

I CERTIFY THAT ALL ANSWERS AND STATEMENTS GIVEN ON THIS FORM ARE TRUE AND COMPLETE.

SIGNATURE: _____    DATE: _____

# American Red Cross

HEALTH SCREENING REPORT- INTERNATIONAL

PLEASE READ REPORT OF MEDICAL HISTORY AND INVESTIGATE ANY ANSWERS THAT MAY HAVE CLINICAL SIGNIFICANCE.

| NAME: | | AGE | SEX ____F ____M | TEMPERATURE: |
|---|---|---|---|---|

| WEIGHT | HEIGHT | GENERAL APPEARANCE: | | PULSE: | BLOOD PRESSURE: |
|---|---|---|---|---|---|

**HISTORY OF PREVIOUS ILLNESSES AND TREATMENTS:**

| EYES | UNCORRECTED VISION  R: 20/____   L: 20/____ | CORRECTED VISION  R: 20/____   L: 20/____ | ABNORMALITIES |
|---|---|---|---|

**EXAMINER'S ADDITIONAL COMMENTS:**

**ADDITIONAL INFORMATION FOR WOMEN–DESCRIBE MENSTRUAL CYCLE (regularity, duration, pain, quantity, etc.)**

| DATE OF LAST MENSTRUATION | PREGNANCIES | |
|---|---|---|

| TUBERCULIN SKIN TEST | DATE: | RESULTS: |
|---|---|---|

| URINE | COLOR | | SP.G | ALB. |
|---|---|---|---|---|
| | APPEARANCE | | PH | SUGAR |

| INDIVIDUAL IS RECOMMENDED FOR: | IF "2" OR "3": IS CHECKED, GIVE REASONS: |
|---|---|
| o1. UNLIMITED ACTIVITY    o2. LIMITED ACTIVITY    o3. NOT RECOMMENDED FOR EMPLOYMENT | |

| ADDITIONAL COMMENTS | NAME OF EXAMINER: |
|---|---|
| | SIGNATURE OF EXAMINER: |

| PLEASE SEND THIS FORM TO: MEDICAL WELLNESS UNIT    FAX: 202-303-0017 AMERICAN RED CROSS 2025 E STREET  LL1 WASHINGTON DC 20006    PHONE: 202-303-4206 | ADDRESS: |
|---|---|
| | TELEPHONE NUMBER:                    DATE: |

# American Red Cross

**AUTHORIZATION FOR RELEASE
OF MEDICAL INFORMATION**

**TO**

| Name of Physician | Telephone Number |
|---|---|
| Address | |

**FROM**

| Name of Applicant, Employee, or Volunteer | Telephone Number |
|---|---|
| Address | |

I hereby authorize you to release, upon the request of the Red Cross medical adviser, any medical information concerning me that is in your possession.  I further authorize you to discuss with the Red Cross medical adviser my medical history, including your prognosis for any disease or injury that I may currently have or that I have had in the past.

_____    _____
Signature                                              Date

**Cut Here**

# American Red Cross

**AUTHORIZATION FOR RELEASE
OF MEDICAL INFORMATION**

**TO**

| Name of Physician | Telephone Number |
|---|---|
| Address | |

**FROM**

| Name of Applicant, Employee, or Volunteer | Telephone Number |
|---|---|
| Address | |

I hereby authorize you to release, upon the request of the Red Cross medical adviser, any medical information concerning me that is in your possession.  I further authorize you to discuss with the Red Cross medical adviser my medical history, including your prognosis for any disease or injury that I may currently have or that I have had in the past.

_____    _____
Signature                                              Date

# American Red Cross

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**

**TO**

| Name of Physician | Telephone Number |
|---|---|
| **Address** | |

**FROM**

| Name of Applicant, Employee, or Volunteer | Telephone Number |
|---|---|
| **Address** | |

I hereby authorize you to release, upon the request of the Red Cross medical adviser, any medical information concerning me that is in your possession. I further authorize you to discuss with the Red Cross medical adviser my medical history, including your prognosis for any disease or injury that I may currently have or that I have had in the past.

_____    _____
Signature                                              Date

---

**Cut Here**

# American Red Cross

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**

**TO**

| Name of Physician | Telephone Number |
|---|---|
| **Address** | |

**FROM**

| Name of Applicant, Employee, or Volunteer | Telephone Number |
|---|---|
| **Address** | |

I hereby authorize you to release, upon the request of the Red Cross medical adviser, any medical information concerning me that is in your possession. I further authorize you to discuss with the Red Cross medical adviser my medical history, including your prognosis for any disease or injury that I may currently have or that I have had in the past.

_____    _____
Signature                                              Date

**American Red Cross**

**National Headquarters**

**To:**                                        **Date:**

**From:**                                      **Subject:** Personal Statement Attesting
                                                             To Good Health

I have read the "Functional Requirements" and "Environmental Factors" listed for this position.  I understand the physical demands and acknowledge that a candidate for this overseas position must be in excellent physical condition.

_____

Height:_____      Weight:_____   Date of Birth:_____

**1.**    This is to attest that I HAVE / HAVE NOT (circle one) been under a doctor's or other health care provider's care for health problems/conditions, surgeries, or injuries during the last 24 months.

**2.**    During the last 24 month period, I HAVE / HAVE NOT (circle one) been hospitalized.

**3.**    To the best of my knowledge, my general health WOULD / WOULD NOT (circle one) permit me to accept this overseas position.

**4.**    I understand that it is my responsibility to receive all immunizations required for this assignment prior to my departure.

Please clarify "have" answers to numbers 1 and 2, noting what condition you were treated for, whether the condition has been resolved, what follow-up is required, name of the health care provider, etc.  Also, please provide status report for any on-going health condition or any change in your health since your last full physical examination.:_____
_____
_____

(Complete statement on other side of page if more space is needed.)

To the best of my knowledge, the above information is complete and accurate.

_____        _____
Printed Name                             Signature

_____    _____    _____
Date                Home Phone                  Work Phone

# American Red Cross

MEDICAL EXAMINATION RECORD

## PART 1- TO BE COMPLETED BY THE OFFICE OF PERSONNEL

| Name    Last, First, Middle Initial | Social Security Number | Sex | Date of Birth (M-D-Y) / / |
|---|---|---|---|

Purpose of Examination

☐ Employment                    Reemployment after _____ months

☒ Overseas assignment.  Geographic location, if known  ☐ Other (Specify) _____

Position Title

Brief Description of Duties:

In sections A, B, and C below, identify each Functional Requirement and Environmental Factor that is essential to adequate job performance.  Also, indicate by checking the appropriate block the frequency of each requirement or factor.  Codes area: F- frequently, O - occasionally, NE - not essential.

| | | F | O | NE | (Functional Requirements, Cont.) | F | O | NE |
|---|---|---|---|---|---|---|---|---|
| Sitting | | x | | | Ambulatory, With Assistance | X | | |
| Standing | | x | | | Ambulatory,  Without Assistance | X | | |
| Walking | | x | | | Use of Fingers | X | | |
| Lifting Weight | Up to 20 LB | x | | | Use of Both Hands | X | | |
| | 20 – 45 LB | | | | Far Vision (Correctable With Glasses) | X | | |
| | Over  45 LB | | | | Near Vision (Correctable With Glasses) | X | | |
| Carrying Weight | Up to 20 LB | x | | | Depth Perception | X | | |
| | 20 – 45 LB | | | | Distinguishing Basic Colors | X | | |
| | Over 45 LB | | x | | Talking | X | | |
| Stooping , Kneeling , Crouching | | x | | | Hearing (Use of Aid Permitted | X | | |
| Climbing | | | x | | Travel on Common Carrier (Air, Rail, or Bus) | | X | |
| Operating a Motor Vehicle, Crane, Fork | | | x | | Travel on Military Vehicles | | X | |

| B. ENVIRONMENTAL FACTORS | | F | O | NE | (Environmental Factors, Cont.) | F | O | NE |
|---|---|---|---|---|---|---|---|---|
| Inside | | x | | | Working Around Moving Objects or Vehicles | | X | |
| Outside | | | x | | Unusual Fatigue Factors (Specify) Could have long hours, 7 days a week etc, | x | | |
| | Mechanical | x | | | Irregular Hours (Includes Night and Weekend Duty) | | x | |
| | Electrical | | X | | Periodic Overseas Assignments | x | | |
| | Chemical | | X | | | | | |
| | Other (Specify) | | | | | | | |

## C.FOR STAFF SUBJECT TO OVERSEAS ASSIGNMENT

| | | F | O | NE | | F | O | NE |
|---|---|---|---|---|---|---|---|---|
| | High | | | | Exposure to Extreme Heat, Colds, or Dampness | | x | |
| | Low | | | | Exposure to Harmful Plants, Fungi, Smog, etc. | | x | |

## PART 2—TO BE COMPLETED BY EXAMINING PHYSICIAN

Summarize any medical findings that, in your opinion, would limit this person's performance of the job duties and/or would make this person a hazard to self or others.

☐ No limiting conditions for this position

☐ Limiting conditions as follows:

| Name of Examining Physician | Signature of Examining Physician |
|---|---|

| Physician's Address (Street, City, State, Zip Code) | Physician Please Note ∇<br>After signing, please return this form with the Medical Examination form in the preaddressed envelope. |
|---|---|

American Red Cross Form 1800 (Rev. 2-80)

NAME ▬▬▬▬▬▬▬▬▬▬▬▬    ASSIGNMENT ▬▬▬▬▬▬▬▬▬▬▬▬

Date of Physical _____6-10-05_____                DOB ▬▬▬▬▬▬

## CHECKLIST FOR INTERNATIONAL SERVICES DELEGATES

6-10-05 Report of Medical History/Health Screening Report

✓ Medical Examination Record (Form 1800)

6-10-05 Authorization for Release of Medical Information

6-10-05 Personal Statement Attesting to Good Health to be completed by you

6-16-05 EKG  nl

6-16-05 Chest Xray  nl

✓ CBC  ✓ Chemistry  ✓ UA

Vaccination/Inoculations:

9-4-01  Tetanus/with Diphtheria* (within the past 10 years)

9-4-01  Polio* (original series plus booster as an adult)*

8-24-04  Typhoid Fever* (within the past 3 years, if last one was by injection and 5 years if last one was given orally)*
Hepatitis A*  #1 8-10-01    #2  11-15-02

7-18-77  Measles *(for those born in or after 1957 who have not had 2 doses of measles vaccine or know they have had "14 day" measles)

6-16-05  PPD* Result  POS → BCG Vaccination e birth.

9-4-01  Meningococcal Men. (3 yrs)

(N)  Hepatitis B  #1 8-10-01  #2 9-11-01  #3 3-25-02

11-2-98  Yellow Fever (10 years)

✓ _____  Japanese Encephalitis        e 2003

_____  Influenza (current annual vaccine)  e 2003

✓ _____  Medication for malaria prevention    Hx of Malaria exposure

_____  HIV test

*= required for all; others dependent on area of assignment

# American Red Cross

**REPORT OF MEDICAL HISTORY–INTERNATIONAL**

| NAME: | DATE OF BIRTH: | SOCIAL SECURITY # |
|---|---|---|
| ADDRESS: | JOB TITLE: | |

**STATEMENT OF PRESENT HEALTH AND MEDICATIONS CURRENTLY USED: NONE**     **LIST FOOD OR DRUG ALLERGIES: NONE**

| YES | NO | HAVE YOU EVER (PLEASE CHECK EACH ITEM): | YES | NO | DO YOU (PLEASE CHECK EACH ITEM): |
|---|---|---|---|---|---|
| | X | Lived with anyone who had tuberculosis | X | | Wear glasses or contact lens |
| | X | Coughed up blood | X | | Have vision in both eyes |
| | X | Bled excessively after an injury or tooth extraction | | X | Wear a hearing aid |
| | X | Attempted suicide | | X | Stutter or stammer habitually |
| | X | Been a sleepwalker | | X | Wear a brace or back support |

**HAVE YOU EVER HAD OR HAVE YOU NOW (PLEASE CHECK AT LEFT OF EACH ITEM)**

| YES | NO | | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|---|---|
| | X | Scarlet fever, erysipelas | X | | Cramps in legs | X | | Rheumatic Fever |
| | X | Frequent indigestion | | X | Swollen or painful joints | | X | Stomach, liver, or intestinal trouble |
| | X | Frequent or severe headaches | | X | Gallbladder trouble or gallstones | | X | Dizziness or fainting spells |
| X | | Eye trouble | | X | Jaundice or hepatitis | | X | Adverse reaction to serum, drug, or medicine |
| | X | Hearing loss | | X | Tumor, growth, cyst, cancer | | X | Ear, nose, or throat trouble |
| | X | Sinusitis | | X | Rupture/hernia | | X | Chronic or frequent colds |
| | X | Hay Fever | | X | Piles or rectal disease | | X | Severe tooth or gum trouble |
| | X | Head injury | | X | Frequent or painful urination | | X | Shortness of breath |
| | X | Skin diseases | | X | Bedwetting since age 12 | | X | Pain or pressure in chest |
| | X | Thyroid trouble | | X | Kidney stone or blood in urine | | X | Chronic cough |
| | X | Tuberculosis | | X | Sugar or albumin in urine | | X | Palpitation or pounding heart |
| | X | Asthma | | X | VD—Syphilis, gonorrhea, etc. | | X | Painful or "trick" shoulder or elbow |
| | X | Heart trouble | | X | Recent gain or loss of weight | | X | "Trick" or locked knee |
| | X | Lameness | | X | Arthritis, Rheumatism, or Bursitis | | X | Bone, joint, or other deformity |
| | X | Broken bones | | X | Loss of finger or toe | | X | Recurrent back pain |
| | X | Foot trouble | | X | Neuritis | | X | High or low blood pressure |
| | X | Epilepsy | | X | Paralysis (including infantile) | | X | Loss of memory or amnesia |
| | X | Frequent trouble sleeping | | X | Car, train, sea, or air sickness | | X | Depression or excessive worry |
| | X | Periods of unconsciousness | | X | Nervous trouble of any kind | | | |

**WERE YOU EVER UNDER TREATMENT FOR MENTAL, EMOTIONAL, OR NERVOUS DISORDER? NO**    **IF YES, GIVE DATE AND EXPLAIN.**

**LIST SURGICAL OPERATIONS YOU HAVE HAD, GIVING DATES:**
- Remove follicles from left eyelid, ~1983
- Repair broken tendon ring finger left hand, 1991
- Repair torn meniscus left knee, 1997
- Repair torn meniscus right knee, 1998
- Remove wisdom teeth 2 upper, 2 lower, 2001

**LIST SERIOUS INJURIES YOU HAVE HAD, GIVING DATES:**
NONE

**GIVE DATE OF LAST INOCULATION OR VACCINATION AGAINST:**

09/04/01 (DTP) TETANUS/DIPTHERIA    08/24/04 (INJECT) TYPHOID    09/04/01 (DTP) POLIO    11/15/02 (#2) HEPATITIS A    03/25/02 (#3) HEPATITIS B

07/18/77 (#2) MMR    OTHER:    07/14/03 (ACYW135) MENINGITIS    07/11/03 (booster03) RABIES    11/02/08 YELLOW FEVER    11/15/02 INFLUENZA

11/04/01 (booster#2) JAPANESE ENCEPHALITIS

| HAVE YOU EVER BEEN DEFERRED FROM MILITARY SERVICE FOR PHYSICAL REASONS?   ○YES ✓NO | IF YES, WHAT FOR? |
|---|---|
| DO YOU RECEIVE A DISABILITY PENSION?   ○YES ✓NO | IF YES, WHAT FOR? |

**I CERTIFY THAT ALL ANSWERS AND STATEMENTS GIVEN ON THIS FORM ARE TRUE AND COMPLETE.**

SIGNATURE:          DATE: JUNE 10, 2005

# American Red Cross

### HEALTH SCREENING REPORT- INTERNATIONAL

PLEASE READ REPORT OF MEDICAL HISTORY AND INVESTIGATE ANY ANSWERS THAT MAY HAVE CLINICAL SIGNIFICANCE.

| NAME: | | AGE: | SEX | TEMPERATURE: 37 |
|---|---|---|---|---|

| WEIGHT 75 kg | HEIGHT 182cm | GENERAL APPEARANCE: Excellent | PULSE: 68/' | BLOOD PRESSURE: 11/6. |
|---|---|---|---|---|

**HISTORY OF PREVIOUS ILLNESSES AND TREATMENTS:** Pas de traitement.

| EYES | UNCORRECTED VISION R: 20/40 L: 20/100 | CORRECTED VISION R: 20/20 L: 20/20 | ABNORMALITIES |
|---|---|---|---|

**EXAMINER'S ADDITIONAL COMMENTS:**

**ADDITIONAL INFORMATION FOR WOMEN—DESCRIBE MENSTRUAL CYCLE (regularity, duration, pain, quantity, etc.)**

| DATE OF LAST MENSTRUATION | PREGNANCIES |
|---|---|

| TUBERCULIN SKIN TEST | DATE: 15/6/05 | RESULTS: (+) |
|---|---|---|

| URINE | COLOR normale | SP.G | ALB. Protéinure =0,05 g/L |
|---|---|---|---|
| | APPEARANCE normale | PH 5 | SUGAR = 0 |

**INDIVIDUAL IS RECOMMENDED FOR:**
o1. UNLIMITED ACTIVITY   o2. LIMITED ACTIVITY   o3. NOT RECOMMENDED FOR EMPLOYMENT

**IF "2" OR "3" IS CHECKED, GIVE REASONS:**

**ADDITIONAL COMMENTS**

**NAME OF EXAMINER:** Dr Rosine MAZA-MIALHE

**SIGNATURE OF EXAMINER:**

PLEASE SEND THIS FORM TO:
MEDICAL WELLNESS UNIT   FAX: 202-303-0017
AMERICAN RED CROSS
2025 E STREET LL1
WASHINGTON DC 20006   PHONE: 202-303-4206

**ADDRESS:** 3, Rue de Fontalba / 81200 AIGUEFONDE FRANCE

| TELEPHONE NUMBER: 05.63.61.16.59 | DATE: 15/6/05 |
|---|---|

# American Red Cross

MEDICAL EXAMINATION RECORD

**PART 1- TO BE COMPLETED BY THE OFFICE OF PERSONNEL**

| Name | Social Security Number | Sex | Date of Birth (M-D-Y) |
|---|---|---|---|
| ▆▆▆▆▆▆ | ▆▆▆▆▆▆ | | ▆▆▆▆▆ |

Purpose of Examination

☐ Employment        Reemployment after ____ months

☒ Overseas assignment. ▆▆▆▆  ☐ Other (Specify) ____

Position Title ▆▆▆▆▆▆▆▆

**Brief Description of Duties:** This assignment is for 12-24 months and may be extended based on mutual consent of ARC and delegate.  You will be based in ▆▆▆▆▆

In sections A, B, and C below, identify each Functional Requirement and Environmental Factor that is essential to adequate job performance.  Also, indicate by checking the appropriate block the frequency of each requirement or factor. Codes area: F- frequently, O - occasionally, NE - not essential.

| | | F | O | NE | (Functional Requirements, Cont.) | F | O | NE |
|---|---|---|---|---|---|---|---|---|
| Sitting | | x | | | Ambulatory, With Assistance | x | | |
| Standing | | x | | | Ambulatory,  Without Assistance | x | | |
| Walking | | x | | | Use of Fingers | x | | |
| Lifting Weight | Up to 20 LB | x | | | Use of Both Hands | x | | |
| | 20 - 45 LB | | | | Far Vision (Correctable With Glasses) | x | | |
| | Over  45 LB | | | | Near Vision (Correctable With Glasses) | x | | |
| Carrying Weight | Up to 20 LB | x | | | Depth Perception | x | | |
| | 20 - 45 LB | | | | Distinguishing Basic Colors | x | | |
| | Over 45 LB | | x | | Talking | x | | |
| Stooping , Kneeling , Crouching | | x | | | Hearing (Use of Aid Permitted | x | | |
| Climbing | | | x | | Travel on Common Carrier (Air, Rail, or Bus) | | x | |
| Operating a Motor Vehicle, Crane, Fork | | | x | | Travel on Military Vehicles | | x | |

| B. ENVIRONMENTAL FACTORS | | F | O | NE | (Environmental Factors, Cont.) | F | O | NE |
|---|---|---|---|---|---|---|---|---|
| Inside | | x | | | Working Around Moving Objects or Vehicles | | x | |
| Outside | | | x | | Unusual Fatigue Factors (Specify) Could have long hours,  7 days a week etc, | x | | |
| Hazards | Mechanical | x | | | | | | |
| | Electrical | | x | | Irregular Hours (Includes Night and Weekend Duty) | | x | |
| | Chemical | | x | | Periodic Overseas Assignments | x | | |
| | Other (Specify) | | | | | | | |

C. FOR STAFF SUBJECT TO OVERSEAS ASSIGNMENT

| | | | | |
|---|---|---|---|---|
| High | | Exposure to Extreme Heat, Colds, or Dampness | | x | |
| Low | | Exposure to Harmful Plants, Fungi, Smog, etc. | | x | |

PART 2—TO BE COMPLETED BY EXAMINING PHYSICIAN

Summarize any medical findings that, in your opinion, would limit this person's
performance of the job duties and/or would make this person a hazard to self or others

☒ No limiting conditions for this position

☐ Limiting conditions as follows:

| Name of Examining Physician | Signature of Examining Physician |
|---|---|
| Dr Robin AMA. AiAckÉ | ℞ |
| Physician's Address (Street, City, State, Zip Code) | Physician Please Note ▽ |
| 3 Rt de Fontalba<br>81 200 Aiguefonde<br>FRANCE | After signing, please return this form with the Medical Examination form in the preaddressed envelope. |

American Red Cross Form 1800 (Rev. 2-80)

# American Red Cross

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**

| TO | Name of Physician | Telephone Number |
|---|---|---|
| | DR ROSINE MAZA-MIALHE | (33) 5 63 61 16 54 |
| | Address | |
| | FONTALBA-AIGUEFONDE, 81200 MAZAMET, FRANCE | |

| FROM | Name of Applicant, Employee, or Volunteer | Telephone Number |
|---|---|---|
| | ███████ | ████████ |
| | Address | |
| | ██████████████████████████████ | |

I hereby authorize you to release, upon the request of the Red Cross medical adviser, any medical information concerning me that is in your possession. I further authorize you to discuss with the Red Cross medical adviser my medical history, including your prognosis for any disease or injury that I may currently have or that I have had in the past.



███████████

_____        JUNE 10, 2005
Signature                                        Date

███████████████████████    AmericanRedCross\medexam\International Services AUTHORIZATION FOR RELEASE.DOC

# American Red Cross

**National Headquarters**

To: ▮▮▮▮▮
From: Tonia Powell
Senior Director

Date: June 9, 2005
Subject: Personal Statement Attesting
To Good Health

I have read the "Functional Requirements" and "Environmental Factors" listed for this position. I understand the physical demands and acknowledge that a candidate for this overseas position must be in excellent physical condition.

Height: 6'0"    Weight: 175lbs    Date of Birth: ▮▮▮▮▮

1. This is to attest that I HAVE / HAVE NOT (circle one) been under a doctor's or other health care provider's care for health problems/conditions, surgeries, or injuries during the last 24 months.

2. During the last 24 month period, I HAVE / HAVE NOT (circle one) been hospitalized.

3. To the best of my knowledge, my general health WOULD / WOULD NOT (circle one) permit me to accept this overseas position.

4. I understand that it is my responsibility to receive all immunizations required for this assignment prior to my departure.

Please clarify "have" answers to numbers 1 and 2, noting what condition you were treated for, whether the condition has been resolved, what follow-up is required, name of the health care provider, etc. Also, please provide status report for any on-going health condition or any change in your health since your last full physical examination: Treatment for Falciparum Malaria in the Democratic Republic of Congo. The condition was resolved and is NOT recurrent. No followup was required. The name of the health care provider was Dr. Salimata Diali, Malemba Nkulu, DRC.

(Complete statement on other side of page if more space is needed.)

To the best of my knowledge, the above information is complete and accurate.

▮▮▮▮▮ _____    ▮▮▮▮▮ _____
Printed Name                                             Signature

June 10, 2005 _____    ▮▮▮▮▮ _____    None _____
Date                                    Home Phone                    Work Phone

**Docteur Michel ESTRABAUD**

12, rue Houlès
B. P. 93
81203 MAZAMET CÉDEX

05 63 97 55 52

--------

CARDIOLOGIE

-----------

81 1 01097 4

Mazamet, le 16 juin 2005

BP/ME

███████████ : *examen cardiovasculaire du 16 juin 2005.*

███████████  est asymptomatique. Auscultation cardiaque normale. Les pouls périphériques sont perçus. TA 11/7. Pas de souffle fémoral ni carotidien. Tracé ECG, rythme sinusal à 65/min. Espace PR axe de QRS normaux. Pas de signe de surcharge ni d'ischémie. Écho transtho, fraction d'éjection à 65 %. Pas d'anomalie valvulaire, mitrale ni aortique. Pressions pulmonaires normales.

*Conclusion* : examen cardiovasculaire normal.



Docteur Michel ESTRABAUD
03 - CARDIOLOGUE ET MEDECIN DES
AFFECTIONS VASCULAIRES
12, rue Houlès
01200 MAZAMET
81 1 01097

Conventionné

ECG du 16 juin 2005



*CENTRE HOSPITALIER INTERCOMMUNAL*
*CASTRES - MAZAMET*
*05 63 71 63 71 - 05 63 97 50 50*

*20 boulevard Maréchal Foch - BP 417*
*81108 CASTRES Cedex*

Service de RADIOLOGIE
Site de MAZAMET
Tél : 05.63.87.50.75
Fax: 05.63.97.50.79

Dr A. RABINEL, Chef de Service
Dr B. KOUROUMA, Radiologue
Dr M. NEMR, Radiologue

Mazamet, le    20 JUIN 2005



né le ███████
Date entrée : 20/06/05
IST : 0
Service : Cs Privée
Médecin demandeur : DR MAZA-MIALHE

*Examen réalisé en technique numérique.*

## RADIOGRAPHIES THORACIQUE FACE PROFIL

Indication :
Bilan systématique.

Résultat :
Silhouette cardiaque normale.
Pas d'opacité pérenchymateuse en foyer ou d'épanchement pleural visible.    clear CXR

Dr B. KOUROUMA

# LABORATOIRE D'ANALYSES MEDICALES

2 Rue Alphonse Tournier 81200 MAZAMET
DIRECTEUR: ROGER PUECH  DIRECTEUR ADJOINT: CHRISTIAN MASSE-NAVETTE
PHARMACIEN BIOLOGISTE              PHARMACIEN BIOLOGISTE
TEL:05.63.61.29.65  FAX:05.63.98.98.69

LE 21/05/2005
Prélèvement du 18/05/05
Examen No 0505183784 ...C. MFoR



DOCTEUR MAZA-NIALHE ROSINE

FONTALBA-AIGUEFONDE
FAX 63614582
81200 MAZAMET

## HEMATOLOGIE

## HEMOGRAMME (advia 120 cytometrie de flux)

| | | | |
|---|---|---|---|
| HEMATIES ........................ | 5 820 000 /mm3 | | (F:4.5+/-0.5M ) |
| | | | (H:5.0+/-0.5M ) |
| LEUCOCYTES ...................... | 5 860 /mm3 | | (4.000-10.000 ) |
| Hematocrite ..................... | 54.00 % | | (F:42+/-4 H:48+/-4 ) |
| Hemoglobine ..................... | 19.40 g/100ml | | (F:14+/-2) |
| | | | (H:16+/-2) |
| V.G.M. .......................... | 92.78 µ3 | | ( 89+/-5 ) |
| T.C.M.H. ........................ | 33.33 pg | | ( 29+/-2 ) |
| C.G.M.H. ........................ | 35.93 % | | ( 33+/-2 ) |

| | | | | |
|---|---|---|---|---|
| Polynucleaires neutrophiles . | 40.0 % | soit | 2 344 | mm3 (2000 /7000) |
| eosinophiles . | 2.0 % | soit | 117 | mm3( 80 /400 ) |
| basophiles ... | 0.0 % | soit | 0 | mm3( 0 /100 ) |
| Lymphocytes.................... | 50.0 % | soit | 2 930 | mm3(800 /3500) |
| Monocytes ..................... | 7.0 % | soit | 410 | mm3( 80 /600 ) |
| CEL.MONONUCLEAIRS HYPERBASOPHILES | 1.0 % | | | |

PLAQUETTES........................          216.000 par mm3(150000-400000 )
   volume plaquettaire moyen.............            9.50  µ3 (7.0 - 13.0)
   plaquettocrite....................            0.21  % (0.12 - 0.36)

## VITESSE DE SEDIMENTATION

Premiere heure ............................          2  mm   (H:2-6 F:4 8)
Deuxieme heure ............................          4  mm   (H:6 12 F.8-16)

## BIOCHIMIE DU SANG (H911)

GLYCEMIE A JEUN ...................          0.89  g/l  (0.70-1.80)
(ref tech.roche glumpr2 1447513)           4.94mmol/l(3.90 - 5.55)
CREATININE .......................          11.0  mg/l  (inf a 12)
(ref.tech.roche crea 1040847)             97.4 umol/l (inf a 106)
ASPECT DU SERUM A +4°c :
                              CLAIR

BILAN LIPIDIQUE :
-------- ------

                                                    T.S.V.P.

```
(ref.tech.roche tgsys1 1488872)                          1.12   g/1  (0.50-1.70)
                                                    1.28mmole/140.60-1.95)
CHOLESTEROL TOTAL.........................               2.00   g/1  (1.50-2.00)
(ref.tech.roche chol 1489232)                       5.18mmlos/(13.87 5.16)
HDL - CHOLESTEROL ........................               0.48   g/1  (0.35-0.80)
(ref.tech.alphacyclodextrine ROCHE1930672           1.24  mml/l
RAPPORT TOTAL/HDL ............    4.17                        (H:inf a4.9 F:inf a4.4)

LDL-CHOLESTEROL..........................                1.34   g/1  (1.05-1.60)
                                                    3.46 mmol/l
VLDL-CHOLESTEROL.........................                0.18   g/1
                                                    0.46 mmol/l
COMMENTAIRE:     RISQUE REDUIT
```

## ENZYMOLOGIE:

```
TRANSAMINASE S.G.O.T (A.S.A.T.) ..........         21      UI/1 (H inf a 38)
(ref tech.roche astsys1 851124 37°)                             (F inf a 32)
TRANSAMINASE S.G.P.T. (A.L.A.T.) .........         27      UI/1 (H inf a 41)
(ref.tech.roche altsys1 851132 37°)                             (F inf a 31)
GAMMA GLUTAMYL TRANSFERASE ...............          30      U/1 (H 8-61)
(ref.tech.roche ggt 2016788 37°)                                (F 5-36)
```

## EXAMENS CYTO-BACTERIOLOGIQUES
==============================================

EXAMEN MYCO BACTERIOLOGIQUE DES SELLES: Stool culture

- EXAMEN BACTERIOLOGIQUE :

    Absence de salmonella
    Absence de shigella
    Absence de staphylocoque aureus
    Absence de campylobacter
    Nombreuses colonies d'escherichia coli
    Quelques colonies d'Hafnia alvei
- EXAMEN MYCOLOGIQUE :


    Absence de spores et d'eléments myceliens

    DERNIER FEUILLET    VALIDATION :

## LABORATOIRE D'ANALYSES MEDICALES

2 Rue Alphonse Tournes 81200 MAZAMET
DIRECTEUR: ROGER PUECH    DIRECTEUR ADJOINT: CHRISTIAN MASSE-NAVETTE
PHARMACIEN BIOLOGISTE    PHARMACIEN BIOLOGISTE
TEL:05.63.61.29.65  FAX:05.63.98.98.99

LE 16/06/2005
Prélèvement du 15/06/05
Examen No 0506156807 ...C..MFoR

DOCTEUR MAZA-MIALHE ROSINE

FONTALBA-AIGUEFONDE
FAX 63614982
81200 MAZAMET

### BIOCHIMIE DES URINES



=============================

PROTEINURIE(ROUGE PYROGALLOL).....    0.05 g/l (0.03 -0.14g/24h)
(réf.tech.bioMerieux REF 63815)
SUCRE(dépistage bandelette bayer) .....absence

ACETONURIE ...........................absence

p.H. ...................................    5.30

### EXAMENS CYTO-BACTERIOLOGIQUES

=============================

CYTOLOGIE URINAIRE :
-------------------
                    -QUALITATIVE :
    Absence de cylindres
    Absence de cristaux
    Rares cellules épithéliales
                    -QUANTITATIVE:
    Numération des leucocytes .............    7 900    /ml
    Numération des hematies ...............    3 000    /ml
BACTERIOLOGIE:
-------  ---
    -NUMERATION DES COLONIES.
ABSENCE DE GERMES A L'EXAMEN DIRECT ET A LA CULTURE

    DERNIER FEUILLET    VALIDATION :

OTHER IMMUNIZATIONS/PROPHYLAXIS RECEIVED
Autres vaccinations/prophylaxies reçues

This space is provided to record immunizations/prophylaxis that are not required for entrance into any country but have been obtained by the traveler for additional health protection ( immune globulin, malaria, measles, etc.)

Hand-written annotations on the left side (with arrows pointing to table rows):
- HEPATITIS A
- HEPATITIS D
- Tetanus / Diptheria w/ Dolca Booster
- JAPANESE ENCEPALITIS
- RABIES    FLU
- MENINIGITIS (A,C,Y,W135)
- TYPHOID FEVER

| Date | Vaccines/prophylaxie and Vaccins/médicament prophylactique | Dose until Date until | Physician's signature Signature du médecin |
|---|---|---|---|
| 8/10/1 | HEPATITIS A | | La Jolla Pharmacy |
| 11/15/2 | HEP A BOOSTER | 2012 | Dr Jeff Bardin UNM |
| 8/10/1 | HEPATITIS B | | La Jolla Pharmacy |
| 3/14/1 | HEP B BOOSTER I | | Mandota Clinc |
| 3/25/2 | HEP B BOOSTER II | | Australian Clinic |
| 8/1 | MENINGITIS (A,C) | 2004 | Pasteur Institute |
| 3/14/1 | TYPHOID | 2004 | Pasteur Institute |
| 8/14/1 | DTP Diptheria/Tetanus Polio | 2011 | Pasteur Institute |
| 3/1 | RABIES | | Pasteur Institute |
| 3/14/1 | RABIES BOOSTER I | | Mandota Clinic |
| 3/14/1 | RABIES BOOSTER II | | Mandota Clinic |
| 3/01/1 | JAPANESE ENCEPHALITIS | | Dr Dan, Bora Pte Clinic |
| 3/03/1 | JAP ENC BOOSTER I | | Dr Dan, Bora Pte Clinic |
| 3/14/1 | JAP ENC BOOSTER II | 2003 | Mandota Clinic |
| 11/15/2 | INFLUENZA/FLU | 2003 | Dr Bardin UNM |
| 07 NOV. 2003 | RABIES Veropasteurredna? | 2002 | ATF |
| 07 NOV. 2003 | MENOMUNE A,C,Y,W135 | 2008 | MZ |
| 24 AOUT 2003 | Typhim Vi Typhoid | 2002 | DT |

Proof of Vaccinations 3/3
American Red Cross Medical Clearance



Yellow Fever

Proof of Vaccinations 1/3
American Red Cross Medical clearance

Certificate (continued) — Certificat (suite)

| 8. | | | 9. | 10. |
|---|---|---|---|---|
| 10. | | | | |

The validity of this certificate shall extend for a period of six months, beginning ten days after the first injection of the vaccine or, in the event of a revaccination within such period of six months, on the date of that revaccination.

The approved stamp mentioned above must be in a form prescribed by the health administration of the territory in which the vaccination is performed.

Any amendment of this certificate, or erasure, or failure to complete any part of it, may render it invalid.

La validité de ce certificat couvre une période de six mois commençant six jours après la première injection du vaccin ou, dans le cas d'une revaccination au cours de cette période de six mois, le jour de cette revaccination.

Le cachet d'authentification doit être conforme au modèle prescrit par l'administration sanitaire du territoire où la vaccination est effectuée.

Toute correction ou rature sur le certificat ou omission d'une quelconque des mentions qu'il comporte peut affecter sa validité.

## OTHER VACCINATIONS — AUTRES VACCINATIONS

| Date | Nature of vaccine Genre de vaccin | Dose | Physician's signature Signature du médecin |
|---|---|---|---|
| 5-12-73 | Polio | oral | |
| 1-1-76 | Polio + Tool + | | |
| 2-2-76 | Polio + Tool + | | |
| 3-3-76 | Tool + | | |
| 19-7-76 | measles | | |
| 2-30-76 | Polio + Tool + | | |
| 14-77 | T.C.B. | | |
| 6-16-76 | Polio + Tool + | | |
| 7/8/79 | MMR | | |
| 10-1-79 | Square M.M.R. | | |
| 11-1-8 | | | |

Polio Original Series

Measles (Infant vaccination)

Proof of Vaccinations 2/3
American Red Cross Medical Clearance