REPORT OF POST DEPLOYMENT DE-BRIEFING INTERVIEW

_____    Stuttgart Germany
Name                         Home Station

_____    _____
Deployment Location          Deployment Dates

1. Do you have any unresolved medical, dental, or mental health problems that developed during this deployment?  Y/N
   If so, describe: R/L elbow 2° burns
   abdominal burn (yeast)
   menses 2/9/05 (post menopause 3 yrs - LMP 3/02)

2. Do you have concerns about possible exposures or events during this deployment that you feel may affect your health?  Y/(N)

   Please list your concerns: _____
   _____

4. Malaria Chemoprophylaxis taken?  Y/(N)
   If yes, what medication? _____ How long? _____
   If yes, discuss importance of continued use if indicated. Side effects?

5. Area of deployment at risk for parasites?  Y/(N)
   If yes, refer to PCP for appropriate treatment.

6. PPD to be completed within 90 days of last day in theater.
   Date due: 2/12/05    Date completed: 2/15/05    neg
   N/A due to previous positive PPD? Y/N: If Y, CXR due  N/A

7. Do you have any questions or concerns about your health?  Y/(N)
   Please list your concerns: _____
   _____
   flu shot 2/15/05

8. Have you contacted EAP for your post-deployment debrief? Y/(N) If not, when do you plan to do so? _____

Medical Referral given? (Y)/N

List recommendations: F/u well woman exam.
F/u ortho & PT

Date Post Deployment Medical Assessment Paperwork sent (if applicable): _____

Sonia S Powell RN.          2-17-05
Name of Nurse Conducting Interview    Today's Date

*If employee answers yes to any of questions 1-5, DD form 2796 and DD form 2844 will be sent to them for completion by the health care facility.