**Powell, Tonia**

---

**From:** Marty Evans, President and CEO
**Sent:** Wednesday, February 09, 2005 12:34 PM
**To:** DIST-ALL
**Subject:** NHQ Core Services Analysis Drives Initial Organizational Changes

*Distributed to: Chapter Executives; All Biomedical Field Unit Staff; All Service Area Staff; and All NHQ and BHQ Staff*

Over the past ten weeks, I have been leading the NHQ Core Services Analysis, a significant effort to address the financial challenges of national headquarters and set the course for the next decade. To date, we have conducted a detailed inventory of all the activities and work products of our departments. We have also reviewed budgets, business plans and structures. A core team of senior executives and I have been carefully reviewing this information to ensure the national organization is optimally structured and aligned to accomplish our Strategic Plan in the most cost-effective manner. It is important that we have identified the appropriate alignments and structures before we ask our department leaders to develop strategies to realign their work and eliminate non-value or less value adding activities.

Based on our core services analysis to date and the recent announcement of Terry Sicilia's retirement, Alan McCurry, our Chief Operating Officer, and I have decided that the most appropriate path forward is to combine the responsibilities of the COO position with those of the Executive Vice President, Programs and Services. Effective today, Alan McCurry will serve as the Executive Vice President, Chapter and International Operations. The office of the COO will be eliminated, reducing a layer of management.

Response and Preparedness, International Services, Chapter Quality Assurance, the September 11 Recovery Program and the Service Areas will report directly to Alan. Growth and Integrated Development, led by Skip Seitz, will also report to Alan. We have made tremendous strides in our national fundraising efforts and we must continue to focus our efforts on building fundraising capacity across our chapter network. Skip will continue to work directly with me and participate in executive leadership meetings. We are also refocusing our products and sales efforts (details follow) under the leadership of Scott Conner. Scott will report to Skip Seitz to better align all of our revenue generation activities. Terry Sicilia will serve as a Special Advisor until his retirement on March 31, 2005. The Senior Vice President for Human Resources and the Chief Information Officer will now report directly to me.

Several departments that are strategic in focus and work across the organization will become a part of the Office of the President. These departments will continue to report directly to me and include Corporate Strategy and Enterprise Projects, Public Policy and Partner Relations (details below), Diversity, Enterprise Risk (details below), and the Special Advisor for International Relations. Their operational activities will be coordinated by Leigh Bradley, Chief of Staff. This realignment brings these key functions closer to my office as they provide important direction, guidance and support to the overall organization.

**These changes are effective today, February 9, 2005.** This new structure creates an operational balance between our two primary lines of business – Biomedical Services and our Preparedness, Response and International services delivered through our chapter and international network. It also is strongly aligned with the core services of the American Red Cross: emergency preparedness, domestic and international response, and blood services.

Since my arrival two-and-a-half years ago, the national headquarters organization and chapter network have undergone a significant transformation. Our direction is guided by the Strategic Plan that aligns our

2/9/2005

activities, allocation of resources, and decision-making. We have implemented the Service Area structure and Chapter Performance Standards. We have made great strides in our fundraising efforts. And we have continuously improved the levels of collaboration among chapters, national headquarters and Biomedical Services. These accomplishments would not have been possible without the leadership and commitment of Alan McCurry. I know that he will



continue to build the capacity and further the success of our chapter and international network.

These changes are aligned with the efforts undertaken by Biomedical Services prior to the launch of our NHQ Core Services Analysis effort. Under the leadership of Jack McGuire, Biomedical has instilled an increased focus on quality, customer service and cost containment. As a member of the core team overseeing our effort, Jack is ensuring a tight alignment between the NHQ Core Services Analysis and the Biomedical efforts.

In addition to the changes described above, we are also implementing several other significant realignments effective today. These include:

- **Enterprise Risk.** This function aligns and integrates the various units that address different pieces of the risk position of the American Red Cross. Elements of this new department include Audit Services, Investigations (including management of the Concern Connection Line), Federal Grants Compliance, and a Corporate Policy function. This will allow for a more holistic view and approach to the myriad of risk identification and management issues facing the organization. A Vice President to be recruited will lead this department, reporting directly to me.

- **Public Policy and Partner Relations.** The resources dedicated to creating, managing and nurturing partnerships with other non-profit organizations will be merged with the Government Relations unit creating the Public Policy and Partner Relations department. Partner management resources in the Response and Preparedness departments will move to this new department. In addition, this department will have the overall responsibility for coordinating all partner relationships with

2/9/2005

government agencies and non-profit organizations. Jan Lane will lead this expanded department and report directly to me.

- **Products and Sales.** A unified and united approach to revenue generation through the sales of products and services such as preparedness kits and training is crucial to maximizing our revenue potential. Building on the efforts of the Preparedness department, this function will continue under the leadership of Scott Conner to further develop and implement a consumer-driven strategy for mission-focused products and services. Scott Conner will report to Skip Seitz, SVP, Growth and Integrated Development.

Other organizational changes include:

- Integration of Real Estate and Development Management with portions of the General Services Division in Finance to create a new Facilities and Materials Management department led by Tom Samra and reporting to Bob McDonald, Chief Financial Officer.
- The FOCIS Unit in Corporate Strategy will join the Chapter Quality Assurance department led by Carol Grant, Vice President.
- The functions in Terry Sicilia's immediate office (EVP, Programs and Services) will be split among the new office of the EVP, Chapter and International Operations; the Response and Preparedness department; and, Chapter Quality Assurance.
- The Youth and Young Adult Programs unit currently under Preparedness will move to the National Chair of Volunteers to reflect the significant role of youth and young adults in our volunteer team.

These changes will reduce reporting layers, create efficiencies and improve our overall organizational alignment and functions. They lay the groundwork for further evaluating the activities and work products of national headquarters departments. Over the next three weeks, department leaders will identify products and activities that can be reduced or stopped altogether, work that needs to be realigned, and the overall impact of these actions on the cost structure of their departments. I will review these recommendations and anticipate finalizing decisions by late March as a prelude to formulating the FY2006 budget. More information on this step will be provided shortly.

Please continue to share your ideas to reduce costs, simplify processes and improve our overall quality and service. Discuss these with your supervisor or send them to strategy@usa.redcross.org.

2/9/2005