**Powell, Tonia**

| | |
|---|---|
| **From:** | Fleming, Vicki |
| **Sent:** | Friday, June 03, 2005 12:31 PM |
| **To:** | Powell, Tonia |
| **Subject:** | FW: NHQ Core Review Concludes with Recommendations Recommendations |

Vicki Fleming
Sr. Benefits Administrator
Human Resources, Wellness Unit
2025 E Street, NW
Wellness Center, NWL1-131
Washington, DC 20006
Tel: 202-303-6705
Fax: 202-303-0017

-----Original Message-----
**From:** Marty Evans, President and CEO
**Sent:** Wednesday, May 11, 2005 4:01 PM
**To:** DIST-ALL
**Subject:** NHQ Core Review Concludes with Recommendations

*Distributed to: All Chapter Executives; All Biomedical Field Unit Staff; AFES Stations; All Service Area Staff; and All NHQ and BHQ Staff;*

Less than six months after we embarked on an extensive effort to address the financial challenges facing American Red Cross national headquarters, we have completed the analysis of our core functions. We have agreed upon a series of changes which for the most part will take effect July 1, 2005.

In the course of addressing our financial imbalance, we have restructured national headquarters to better align Chapter and International Operations, Biomedical Services, and corporate support functions. During this review, we aggressively challenged the assumptions that had governed our way of doing business for many years. Our approach was dramatically different than past attempts to control expenses. A detailed inventory of every activity and work product was produced and evaluated. Customers, including chapters and Blood Services regions, provided input on the value and quality of those activities. At headquarters, each department leader was intimately involved in generating sustainable solutions. As a result, we believe we have set the stage for lasting change and financial stability.

All told, our collaborative efforts have generated approximately $38 million in cost reductions to be achieved in fiscal year 2006. Of this $38 million, less than half—46 percent—are related to personnel expenses. Specifically, 205 positions have been eliminated. Of the positions to be cut as of July 1, only one quarter, 49, involve jobs that are currently filled. Cuts to non-personnel expenses include consulting and professional fees, technology expenses, and equipment.

A key aspect of our review of national headquarters functions weighed the impact of our changes against

6/3/2005

our ability to effectively deliver core Red Cross services and programs and our capacity to raise funds.
The overwhelming majority of the reductions, 87 percent, were focused on the corporate support areas of national headquarters: Finance, Human Resources, Communication and Marketing, Information Technology, Office of the General Counsel, and other smaller departments. We have also identified efficiencies in our traditional program services. A department-by-department summary of the changes has been posted to CrossNet:
https://crossnet.redcross.org/every/initiatives/nhq_core/core_functions_department_impact.pdf.

This has been the most comprehensive approach to addressing financial issues at national headquarters in quite some time. It has resulted in significant savings that have required my leadership team and me to make some extremely difficult decisions. The individuals whose functions have been eliminated include some very talented and experienced workers. We have developed a program to make their transition as smooth as possible. First and foremost, we will attempt to place them in the open positions for which they are qualified. We will be hosting an in-house job fair for everyone whose job has been eliminated. Secondly, we have retained professional outplacement assistance to help them secure external employment if internal opportunities are not available. Finally, we have provided a six-week notification timeframe wherein staff can use Red Cross facilities and equipment to seek other job opportunities. Still, we recognize that this is a very difficult time for all.

Looking ahead, we will each need to work differently. I have said before that the core function review is not an exercise in making people work harder; nor are we attempting to get the same workload accomplished with fewer resources. I want to emphasize that point again today. This effort is about reducing and eliminating activities that add less value. Our goal is to accomplish the important work of national headquarters in new ways that maximize the return on our donors' investment—and trust—in us.

To ensure that these expense reductions remain out of the organization for FY07 and beyond, we have to learn new ways of accomplishing our work. We must ensure our activities are tightly aligned to the core functions of national headquarters: executive leadership; brand/reputation management and protection; performance evaluation and improvement; mutual services; coordinated fundraising; and direct service delivery.

We must actively scrutinize our ongoing activities to ensure eliminated work does not creep back or that we replace employees with temporary labor. We must also make certain that any new investments are made only after thorough analysis and review of their costs and benefits. The Strategic Opportunity Assessment Process (SOAP) (see
https://crossnet.redcross.org/every/initiatives/soap/040504_soap_memo.pdf) has been in place for the past year and will continue to be followed for new project proposals.

Maintaining the gains from the core review will require a significant shift in our culture. To facilitate that shift, we are launching a "change management" effort at national headquarters. It will provide a systematic framework that enables staff at all levels in each department to fully understand the impact of the changes and succeed under the new parameters. This process will formally get underway in the next couple of weeks.

With the actions outlined above, the activities of national headquarters are profoundly changing for FY06—and beyond. Our work now requires new levels of collaboration and working together, and a new level of trust across the organization. This requires us to do things differently. I thank all Red Crossers for their participation in this effort and for their dedication to its long-term success.

6/3/2005

# National Headquarters - Core Function Review

## Impacts by Department

Following is an overview of the known eliminations, reductions, transfers and other major changes in departmental activities and services resulting from the recent national headquarters core review. Some of the items shown are being eliminated; these activities and services will no longer be provided by the department. Other items are being reduced or modified significantly. Items that are shown as being *reduced* may still be conducted but will be done so on a more limited basis; these activities and services may also require longer lead times and correspondingly greater amounts of pre-planning and patience on the part of the requestor.

### OFFICE OF THE PRESIDENT

- Transferring out responsibility for portions of the correspondence support function to the EVP, Biomedical Services and EVP, Chapter & International Operations.
- Reducing support for the coordination of administrative activities across national headquarters departments.

### EVP, CHAPTER & INTERNATIONAL OPERATIONS

- Transferring in responsibility for a portion of correspondence support (previously performed by the Office of the President).
- Decreasing levels of some support and coordination within the office of the EVP, Chapter & International Operations.

### CORPORATE STRATEGY & ENTERPRISE PROJECTS

- Transferring in responsibilities for market research and analysis (previously performed by the Communication and Marketing department).
- Transferring out responsibilities for the FOCIS system of chapter data collection and analysis to the Chapter Quality Assurance department.
- Eliminating direct project management support for strategic projects and other initiatives.
- Eliminating the coordination point for enterprise-wide project management tools, training and support.
- Reducing the frequency of progress reporting on strategic projects.
- Reducing the frequency of some market research surveys.

### ENTERPRISE RISK

- Consolidating and directing the existing Red Cross functions related to auditing, risk management, ethics, investigations and compliance. Since this is a newly-formed department, the impacts of the core review are yet to be seen; synergies formed through the creation of this department are expected to outweigh any capacity reductions that some of functional areas have had to implement.



## CORPORATE DIVERSITY

- Eliminating support for the Diversity Grants program which provided field units with grants to support outreach to diverse communities.
- Eliminating support for the Presidential Scholars program.
- Eliminating support previously provided to reviewing and evaluating Red Cross products and services to ensure culturally appropriate content.

## HUMAN RESOURCES

- The Wellness Unit at national headquarters will be closed. Most services currently provided by the unit, including worksite health and safety activities such as providing first aid services and supplies, employee medical condition and illness monitoring, flu shots, ergonomic assessments will be discontinued. The Wellness Unit will no longer perform a review of medical and immunization records for International and AFES applicants and employees; this work will need to be absorbed by the business unit. Medical personnel will not be available to monitor workers compensation cases, short term disability, Family Medical Leave requests and workplace accommodation requests. The administrative components of these tasks will continue to be handled by a staff member within the Benefits group.
- Eliminating the free distribution of individual emergency preparedness kits to new headquarters employees; employees would be able to purchase emergency preparedness kits through the Red Cross Store.
- Changing staffing model and support for national sector vacancies to include suspension of H1-B visas. Change will result in increased time to fill positions.
- Reengineering the transportation subsidy to add to base pay and eliminate administration.
- Reducing capacity to support organizational effectiveness and development programs throughout headquarters. Reducing internal change management services and new leader transition services.
- Streamlining catalog and reducing the number of and frequency of training course offerings. Among other reductions in training, Human Resources will eliminate use of Achieve Global Learning course series (replacing it with less costly and more general business skills courses).
- Reducing capacity to develop or customize new educational content, materials and tools for classes, workshops, online training courses and leadership institutes. Reducing capacity to rapidly update existing educational content, materials and tools.
- Redirecting a greater amount of responsibilities from headquarters Human Resources department to the Service Areas related to developing training course requirements, approving course applicants and developing instructors.
- Reconfiguring the support currently dedicated exclusively to Human Resources Business Systems into a centralized, enterprise, financial and human resources systems support function.
- Eliminating the single point of contact and technical subject matter expertise for BrassRing, Choicepoint, Hireright and Workplace Vision employee recruitment and development tools.



## PUBLIC POLICY & STRATEGIC PARTNERSHIPS

- Expanding upon activities around developing and maintaining strategic partnerships with healthcare organizations; whereas these activities, which were transferred in from the former Preparedness department, were previously dedicated to partnerships with nursing organizations, the new focus will be on outreach to a broader category of healthcare professions and associations.
- Transferring in activities around developing and maintaining strategic partnerships with a broad range of private sector organizations focused on commerce, industry and labor; this will involve a reduction of staff time and resources, transferred in from the former Labor Participation department, dedicated exclusively to partnerships with labor organizations, and a redistribution of resources to this broader category of potential partners.
- Expanding activities around developing and maintaining strategic partnerships with key governmental, private sector and nongovernmental organizations in support of core services of disaster preparedness and blood; this will involve transferring out the operational responsibilities of the former Response, Partnership management unit, and expanding the department's focus on identification and cultivation of partnerships with new organizations which previously have not been targeted.

## PREPAREDNESS & RESPONSE

- Transferring in responsibilities for monitoring and enhancing Chapter Readiness (previously performed by the former EVP, Programs and Services department).
- Transferring in responsibilities for developing, promoting and supporting delivery of Community Disaster Education (previously performed by the former Preparedness department).
- Transferring out some responsibilities for Partnership Management to the Public Policy and Strategic Partnerships department.
- Reducing further development of portions of the America's Readiness Campaign strategic project

## GROWTH & INTEGRATED DEVELOPMENT (GID)

- Reducing the national headquarters role in DC-area Combined Federal Campaign (CFC) activities. Transferring management of related activities to local chapters.
- Reducing support to the Together We Prepare program.

## CHAPTER QUALITY ASSURANCE

- Transferring in responsibilities for the FOCIS system of chapter data collection and analysis (previously performed by the Corporate Strategy and Enterprise Projects department).
- Transferring in responsibilities for identifying chapter best practices and knowledge management (previously performed by the former EVP, Programs and Services department).
- Reducing centralized support for comprehensive reviews of chapter operations.
- Reducing capacity for CQA staff to travel and provide the current levels of in-person, hand-on support to Service Areas. Alternatives to travel (such as teleconferencing and WebEx presentations) will be more frequently utilized.



### COMMUNICATION & MARKETING

- Transferring out responsibilities for Market Research and analysis to the Corporate Strategy and Enterprise Projects department.
- Transferring out responsibilities for Records Management to the Real Estate Development and Materials Management department.
- Eliminating regular operation of the American Red Cross Visitors Center. Increasing public education about and promotion of American Red Cross history via RedCross.org.
- Reducing the placement of paid advertisement for the American Red Cross.
- Reducing the programmatic capacity to provide centralized events management support.
- Reducing some capacity to develop, modify and support creative materials (brochures, videos, photography, etc.).
- Increasing support of online media (CrossNet and RedCross.org).

### OFFICE OF GENERAL COUNSEL

- Transferring out responsibilities for Ethics and Compliance to the newly-formed Enterprise Risk department.
- Reducing capacity to support transactions where the American Red Cross has exited particular lines of business
- Reducing capacity to support enhanced Biomedical Services regulatory and quality staff
- In-sourcing legal work, where appropriate, to in-house counsel; reducing external legal fees.

### OFFICE OF THE BOARD OF GOVERNORS

- Absorbed Chairman of the Board's extensive workload in fundraising and events with current staff
- Shared administrative support by Office of General Counsel and board office
- Streamlined layers of management in office
- Absorbed workload growth in board member ethics and corporate governance

### OFFICE OF NATIONAL CHAIR OF VOLUNTEERS

- Transferring in responsibilities for Youth and Young Adults (previously performed by the former Preparedness department).
- The Office of the National Chair of Volunteers will be utilizing technology and process improvements to build efficiencies and reduce the costs of activities such as the Nominations and Awards & Recognition processes.

### INFORMATION TECHNOLOGY

- Reducing support and service levels to a wide variety of core Information Technology projects and legacy systems.
- Optimizing enterprise telecommunications cost savings through the SBC contract.



- Reducing support to customer service activities; users may experience longer response times for issue resolution.

## INTERNATIONAL SERVICES

- Reducing internal capacity to develop and promote International Humanitarian Law training content and delivery; activities will be outsourced.
- Reducing internal capacity to provide international security support.
- Eliminating a layer of management from a portion of the organizational structure of International Services.

## FINANCIAL SERVICES

- Transferring out responsibilities for Risk Management to the newly-formed Enterprise Risk department.
- Transferring out responsibilities for Federal Grants Compliance to the newly-formed Enterprise Risk department.
- Redirecting the support currently dedicated exclusively to the Consolidated Financial System (CFS) into a centralized, enterprise, financial and human resources systems support function.
- Eliminating activities at the shared Service Center related to Tissue Services accounts receivable.
- Reviewing and enhancing processes and approval policies in order to streamline the overall contracting process.
- Adopting a strategy to capitalize on vendor discounts and rebate programs for purchases across the national sector.
- Reducing support for general financial management issues and activities.

## REAL ESTATE DEVELOPMENT & MATERIALS MANAGEMENT

- Transferring in responsibilities for Records Management (previously performed by the Communication and Marketing department).
- Transferring in responsibilities for general warehousing, logistics, distribution and print production (previously performed by Financial Services department).
- Eliminating supplemental parking contract for the Jefferson Park location in Falls Church, VA.
- Reducing logistical support for Biomedical Services products through the Lorton, VA warehouse facility.

