**Longuillo, Andrea**
**From:** Powell, Tonia
**Sent:** Wednesday, June 08, 2005 1:28 PM
**To:** Longuillo, Andrea
**Cc:** Shearer, Anna
**Subject:** RE: Your decision

Sensitivity: Confidential

Andrea

I have printed the documents that you sent as attachment (exit process, exiting benefits information, exit interview form, exit procedure checklist & master list of applications), which appear to be documents related to voluntary resignation.

Again, I remind you that my position was eliminated per corporate announcement on May 11, 2005. I have yet to receive the written notice of the job elimination. **Please advise when I will receive that written notice regarding the Reduction In Force, which resulted in the closure of the Wellness Unit and the elimination of the Wellness Associate position that I was hired effective November 15, 2004.**

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

>-----Original Message-----
>**From:** Longuillo, Andrea
>**Sent:** Wednesday, June 08, 2005 12:33 PM
>**To:** Powell, Tonia
>**Cc:** Shearer, Anna
>**Subject:** RE: Your decision
>**Sensitivity:** Confidential
>
>Tonia,
>Per your response below I am attaching the regular exit process paperwork that will need to be completed prior to your last day on June 30, 2005. I will send you an outlook scheduler to meet on the 30th for the exit interview. Thank you.
>
>Please schedule time with Ana to complete page one 1 of the Exit Procedure checklist and you and I will complete page 2 when we meet on the 30th. Also, please coordinate with Marilyn Boyd to review your PTO records and Marilyn will send to me. Thanks!
>
>*Regards,*

*Andrea M. Longuillo*
*Client Management Associate*
*Human Resources, NHQ*
*Work Location - NE4-059A*
*work) 202.303.4183*
*fax) 202-303-0009*

-----Original Message-----
**From:** Powell, Tonia
**Sent:** Monday, June 06, 2005 11:23 AM
**To:** Longuillo, Andrea
**Cc:** Shearer, Anna
**Subject:** RE: Your decision
**Sensitivity:** Confidential

Andrea

On June 2, 2005, Jane Jones sent an email communication requesting that I call her immediately regarding the Staff Health Nurse position. I returned her call and left a message and she returned my call approximately 10: 30 am stating that Bill Malfara must know by 12 noon today (6/2/05) if I was accepting the position. I informed Jane Jones that I had talked with Rick Pogue to evaluate salary adjustment in relationship to the expanded duties, which I had not received a final answer from Executive HR at the time of our telephone conversation. Jane replied that there would not be a wage adjustment and my response was that I cannot accept the position before final salary determination.

In regards to our discussion; on May 12, 2005 at approximately 12 noon, when you entered my office, I asked if there was a severance package and your response was no because of "added value" of the position. You asked if I had any further questions and my response was no. There was no discussion or any "instruction" of voluntary resignation.

As you are aware, on May 11, 2005, an electronic communication was sent to the entire organization regarding the ARC core analysis and financial status. As a result of the changes, the Wellness Unit was closed, meaning my position was eliminated. Therefore, I will not submit a letter of resignation, but will continue to complete my assigned duties as the Wellness Associate through Wednesday June 30, 2005.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW