**Redcross:** tspowell

        

GET EMAIL | COMPOSE EMAIL | VIDEO MAIL | REPLY | REPLY ALL | FORWARD | DELETE | REPORT AS SPAM | PRINT

Storage 
Move to Folder

- MESSAGE CENTER
- INBOX (1)
- Draft
- Screened Mail [EMPTY]
- SentMail
- Trash [EMPTY]
- My Folders [EDIT]
  - Answered Resumes
  - e-bills
  - information
  - **Redcross**
- Address Book
- Mailbox Manager
- Email Options
- ? Help
- X Sign Out

**Deals on MP3 Players**
LEARN MORE

**Comcast Rhapsody**
LISTEN TO MUSIC

Redcross: Email 18 of 19                                 [previous email]

**From:** <PowellT@usa.redcross.org> [Add to Address Book] [View Source]
**To:** <tspowell@comcast.net>
**Subject:** FW: Disaster Response Position
**Date:** Fri, 3 Jun 2005 16:17:04 +0000


Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Miller, Carol J.
Sent: Sunday, May 15, 2005 7:55 PM
To: Malfara, Bill; Powell, Tonia
Cc: Shearer, Anna; Longuillo, Andrea
Subject: RE: Disaster Response Position

Tonia

Sorry if there was any confusion but you are being offered a same or similar position with ARC as a result of your former position being eliminated. Your salary remains unchanged as a result of this transfer.

Carol

>       -----Original Message-----
>       From: Malfara, Bill
>       Sent: Fri 5/13/2005 3:23 PM
>       To: Powell, Tonia
>       Cc: Miller, Carol J.; Shearer, Anna; Longuillo, Andrea
>       Subject: RE: Disaster Response Position
>       Tonia
>
>       I appreciate your enthusiasm. Thanks.
>       As I understand the process, compensation matters need to be directed to Andrea Longuillo and Human Resources.
>
>       Bill
>
>       -----Original Message-----
>       From: Powell, Tonia

Sent: Friday, May 13, 2005 3:02 PM
To: Malfara, Bill
Cc: Miller, Carol J.; Shearer, Anna; Longuillo, Andrea
Subject: Disaster Response Position

Hi Bill

Thanks for the opportunity to meet with you and to discuss the opportunities with Disaster Services. The additional responsibilities will be a challenge to master, but will certainly enhance my professional and personal growth. As a matter of fact, it will be a great start in pursuit of my advanced degree in Public Health. But prior to accepting this position, I would like the opportunity to discuss compensation. It is my desire to stay with the ARC and I hope that you will consider my request.

Sincerely

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross


(Attachments successfully scanned for viruses.)

**Attachment 1:** Name Unknown (text/html)

Redcross: Email 18 of 19

comcast                                              © 2005 Comcast Cable Communications, In
                                                     Privacy Statement  Terms of Serv