Boyd, Marilyn

**From:** Boyd, Marilyn
**Sent:** Thursday, August 19, 2004 2:10 PM
**To:** Smith, Trina
**Subject:** HRHWP1 - HRHWP2 - HRHWP3

The following job descriptions have been revised (Market Point changes only) in People Soft and on the "G" Drive.

Title: Nurse I, Employee Wellness

Job ID: HRHWP1

Band: B

Market Point: $48,580

Effective Date: 8/18/04

EEO Code: 2A

FLSA: Exempt


Title: Nurse I, Employee Wellness

Job ID: HRHWP1

Band: B

Market Point: $48,580

Effective Date: 8/18/04

EEO Code: 2A

FLSA: Exempt


Title: Nurse II, Employee Wellness

Job ID: HRHWP2

Band: B

Market Point: $58,347

Effective Date: 8/18/04

EEO Code: 2A

FLSA: Exempt

Title: Nurse III, Employee Wellness

Job ID: HRHWP3

Band: C

Market Point: $70,073

Effective Date: 8/18/04

EEO Code: 2A

FLSA: Exempt

Please be sure to update any applicable positions and employee data and let me know if a different effective date is needed. Please make sure all necessary changes to the "Career Opportunities Bulletin" are made.

*Marilyn*
*Marilyn Boyd*
*Senior Administrative Assistant*
✚ American Red Cross
National Headquarters
HR/Labor/Employee Relations & Compensation
2025 E Street, NW   NE4-050A
Washington DC  20006
*Work ~ 202/303-6879*
*Fax ~ 202/303-0016*
BoydMa@usa.redcross.org

**MarketPay On-line Market Pricing System**

## Benchmark Summary

MarketPay home > Price Job > Assign Matches > Benchmark Summary

Print benchmark summary    Download

HRHWP3 - Nurse III, Employee Wellness

| Survey Matches | Base Salary(aged/adjusted) | | | | Total Cash(aged/adjusted) | | | | Adjust | Weight | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 25th | 50th | Avg | 75th | 25th | 50th | Avg | 75th | | | |
| HRA-NCA Survey, 2003 : 925 OCCUPATIONAL HEALTH NURSE Total Survey; 22 Cos, 48 Ees | 66,732 | 72,086 | 71,463 | 77,813 | | | | | 1.2 | 1 | scope |
| Mercer Human Res Mgmt, 2003 : 625 Occupational Health Nurse Location by City: Washington, DC; 5 Cos, 174 Ees | 68,495 | 74,015 | 73,021 | 79,233 | 68,495 | 74,015 | 73,021 | 79,233 | 1.2 | 1 | scope |
| ORC SIRS, 2003 : U021 NURSE-EMPLOYEE HEALTH All; JobLevel 3; 55 Cos, 118 Ees | 59,226 | 66,806 | 67,073 | 74,616 | 59,879 | 68,546 | 69,126 | 76,643 | 1 | 1 | |
| Wyatt Human Resources Report, 2003 : 1375-All Occupational Nurse - RN - Level All FP; All Organizations; 99 Cos, 180 Ees | 59,999 | 67,384 | 67,384 | 75,691 | 61,318 | 68,966 | 69,230 | 77,537 | 1.271 | 1 | scope |
| **Overall Averages:** | 63,613 | 70,073 | 69,735 | 76,838 | 63,230 | 70,509 | 70,459 | 77,805 | | | |

*New MP effective 8/18/04*   [signature]

**MarketPay On-line Market Pricing System** 

### Survey Description Worksheet

MarketPay home > Job Description Worksheet

Download to Excel

Job Code: HRHWP3
Job Title: Nurse III, Employee Wellness

| Job Title | Survey Source and Job | Survey Position Description Summaries |
|---|---|---|
| Nurse III, Employee Wellness | HRA-NCA Survey, 2003<br>925<br>OCCUPATIONAL HEALTH NURSE | Provides health and safety services to employees. Coordinates pre-employment physicals, health screenings, and vaccinations. Assesses employees with temporary illnesses and occupational injuries or exposures and provides treatment or referral for care. Coordinates workers compensation claims. Provides services in compliance with organizational policies and procedures and in accordance with OSHA guidelines. Requires state license as a registered nurse and 3-5 years nursing experience. |
| Nurse III, Employee Wellness | Mercer Human Res Mgmt, 2003<br>625<br>Occupational Health Nurse | Under general supervision, may perform pre-employment physicals and evaluate employee's suitability to perform work activities. Provides nursing care for occupational injuries and illnesses, including emergency care and referral, based upon nursing assessments, nursing diagnosis, and medical directives. Performs screening examinations such as vision screening, tonometry, EKG, venipuncture, audiometry, and spirometry. Refers abnormal or questionable findings to appropriate individuals for further evaluation. Assists with obtaining health and work history, interpreting results, and making appropriate referrals for positive findings. Participates in the implementation and administration of healthcare programs that enhance wellness through disease and accident prevention. Maintains a nursing recordkeeping system that meets legal requirements and assures confidentiality. |
| Nurse III, Employee Wellness | ORC SIRS, 2003<br>U021<br>NURSE-EMPLOYEE HEALTH | Responsible for administering health management programs such as workers' compensation, long-term disability, and wellness programs. Provides nursing services to employees or persons who become ill or suffer an accident. Maintains record of persons treated; prepares accident reports; provides health education information; dispenses standard drugs and medicines such as aspirin and cough or cold tablets; refers contagious diseases or serious injuries to company or employee's physician. Must be a registered nurse. May work with Toxicology/Hygiene to recognize environmental factors and/or stresses in or from the workplace that may cause sickness, impaired health, or discomfort among the workers. |
| Nurse III, Employee Wellness | Wyatt Human Resources Report, 2003<br>1375-All<br>Occupational Nurse - RN - Level All | Manages, coordinates, and administers several of the following: Workers' Compensation, Disability (Short-Term and Long-Term), Drug & Alcohol Program, Executive Physical Examination Program, and Wellness Programs. May maintain OSHA log and employee medical record files; counsel with and advise employees regarding health inquiries; assist in the rehabilitation of disabled employees; conduct educational programs related to safety, health and risk prevention; and review and validate all pre-employment physical examination results. Serves as a liaison with insurance carriers, employees, and physicians. May serve on a safety committee. |