**Miller, Carol J.**

**From:**    Miller, Carol J.
**Sent:**    Wednesday, May 25, 2005 10:51 AM
**To:**      Vinson, Al
**Subject:** RE: To do list from Rick

Al

We looked at that when we placed her. There is some difference in the market points but she is over her current maketpoint and well within the new range.  Staff that were placed in same or similar jobs due to the restructure did not get salary adjustments if the salary was within the range.  We discussed this with Anna and Bill Malfara and I've communicated to Tonia.

She will continue to be considered for MAP and other adjustments once the new department evaluates the performance.  Carol

> -----Original Message-----
> **From:** Vinson, Al
> **Sent:** Wednesday, May 25, 2005 10:34 AM
> **To:** Miller, Carol J.
> **Subject:** RE: To do list from Rick
>
> As I look at the question is Tonia going into a larger job with a higher market point. If that is the case should she get some token of an increase?
> If we lose her are we going to have to pay more going to the out side market.
>
> > -----Original Message-----
> > **From:** Miller, Carol J.
> > **Sent:** Wednesday, May 25, 2005 9:30 AM
> > **To:** Vinson, Al
> > **Subject:** RE: To do list from Rick
> >
> > We can talk but I don't have either of theses as "to dos" on my list...
> >
> > Andrea is doing the Tonia Powell transfer (we met last week with Anna and Bill Malfara to discuss duties and transfer date)
> >
> > And
> >
> > Walt Mikols agreed to take the safety stuff for Orientation since his group is responsible for the roll-out.  Carol
> >
> > > -----Original Message-----
> > > **From:** Vinson, Al
> > > **Sent:** Wednesday, May 25, 2005 9:24 AM
> > > **To:** Miller, Carol J.
> > > **Subject:** To do list from Rick
> > >
> > > On my list are several follow up items for you:
> > > Tonia Powell—
> > > Adding the safety dept. procedure to new employee orientation....
> > > Can we spend a few minutes today to resolve.
> > >
> > > Al. Vinson

Executive Director, Human Resources
2025 E Street, Washington, D. C.

11/15/2006