*Andrea M. Longuillo*
*Client Management Associate*
*Human Resources, NHQ*
*Work Location - NE4-059A*
work) 202.303.4183
fax) 202-303-0009

> -----Original Message-----
> **From:** Powell, Tonia
> **Sent:** Monday, June 06, 2005 11:23 AM
> **To:** Longuillo, Andrea
> **Cc:** Shearer, Anna
> **Subject:** RE: Your decision
> **Sensitivity:** Confidential
>
> Andrea
>
> On June 2, 2005, Jane Jones sent an email communication requesting that I call her immediately regarding the Staff Health Nurse position. I returned her call and left a message and she returned my call approximately 10:30 am stating that Bill Malfara must know by 12 noon today (6/2/05) if I was accepting the position. I informed Jane Jones that I had talked with Rick Pogue to evaluate salary adjustment in relationship to the expanded duties, which I had not received a final answer from Executive HR at the time of our telephone conversation. Jane replied that there would not be a wage adjustment and my response was that I cannot accept the position before final salary determination.
>
> In regards to our discussion; on May 12, 2005 at approximately 12 noon, when you entered my office, I asked if there was a severance package and your response was no because of "added value" of the position. You asked if I had any further questions and my response was no. There was no discussion or any "instruction" of voluntary resignation.
>
> As you are aware, on May 11, 2005, an electronic communication was sent to the entire organization regarding the ARC core analysis and financial status. As a result of the changes, the Wellness Unit was closed, meaning my position was eliminated. Therefore, I will not submit a letter of resignation, but will continue to complete my assigned duties as the Wellness Associate through Wednesday June 30, 2005.
>
> Tonia S. Powell, RN
> Wellness Associate
> 2025 E. Street NW

Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

> -----Original Message-----
> **From:** Longuillo, Andrea
> **Sent:** Friday, June 03, 2005 12:20 PM
> **To:** Powell, Tonia
> **Subject:** Your decision
> **Sensitivity:** Confidential
>
> Tonia,
> Jane Jones informed me yesterday that you have declined the position offered to you in Bill Malfara's department. As we discussed a few weeks ago, if you decided to decline the position it would be a voluntary resignation. As this is your decision, please forward me your resignation letter that includes your last day at ARC no later than 6/30/05.
>
> Please let me know if you have any questions.
>
> *Regards,*
>
> *Andrea M. Longuillo*
> *Client Management Associate*
> *Human Resources, NHQ*
> *Work Location - NE4-059A*
> *work) 202.303.4183*
> *fax) 202-303-0009*