
**American Red Cross**

June 10, 2005

Tonia Powell
13400 Davertrey Way
Apt. #O
Germantown, MD 20874

Dear Tonia:

Over the past several months we have undertaken an extensive effort to address the financial challenges facing American Red Cross national headquarters. We have now completed the analysis of our core functions and agreed upon a series of changes which for the most part will take effect July 1, 2005. In the course of addressing our financial imbalance and in recognition of other changes that have taken place within the organization, we have restructured national headquarters to better align Chapter and International Operations, Biomedical Services, and corporate support functions.

Unfortunately, the position you hold is impacted by this decision. As a result, your full-time position will be eliminated effective close of business June 30, 2005. In an effort to retain valuable staff, you were offered a comparable assignment in the Response department. After giving you time to consider this offer, you declined the offer on June 2, 2005.

In accordance with our Severance Policy, #204.00 (attached), you are not eligible for any additional salary and benefits if a comparable position is offered but declined.

We thank you for your efforts on behalf of the American Red Cross and wish you all the best with your future endeavors.

Sincerely,

Carol J. Miller
Senior Director
Client Services & EEO
Human Resources

*Together, we can save a life*