**comcast.**

**From:** <PowellT@usa.redcross.org>
**To:** <tspowell@comcast.net>
**Subject:** FW: Powell-Reduction in Force Letter
**Date:** Fri, 17 Jun 2005 13:23:06 +0000

---

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Miller, Carol J.
Sent: Tuesday, June 14, 2005 7:37 PM
To: Powell, Tonia
Cc: Shearer, Anna; Pogue, Rick
Subject: RE: Powell-Reduction in Force Letter

Tonia

HR, including Rick Pogue, looked into your concerns related to the offer being comparable. According to our Severance Policy, a comparable job is a includes three basis items: skills/training in your current position, less than a 10% salary reduction, and less than a 50 mile change in work location.

Our review found that the RN and other medical skills and training were comparable to the skills and training in the new job. Additionally, no salary reduction or relocation was required.

The letter dated June 10th reflects your decision to decline our offer and the impact on severance. Carol

-----Original Message-----
From: Powell, Tonia
Sent: Tuesday, June 14, 2005 4:37 PM
To: Miller, Carol J.
Cc: Shearer, Anna
Subject: Powell-Reduction in Force Letter

Carol

Last week I received a letter dated June 10, 2005 regarding the elimination of the Wellness Associate position as a result of the Reduction in Force. In addition, it was noted that severance was denied because I had not accepted a "comparable" position according to the Human Resources Policy and Procedure Manual, Policy No. 204.00, which accompanied your submitted letter.

Documentation of the job description and scope of responsibilities for the Disaster Health Nurse far exceeds the daily tasks and

responsibilities in my current position as the Wellness Associate and clearly is not a "comparable" position. Therefore, I am requesting that the Human Resources Management review the required scope of administrative responsibilities, specialized disaster training, travel and exposure to hazardous environments at disaster sites, hospital and home visits of clients, the prolonged hours and expected on call availability during hurricane season and other major disasters, which are not the job functions of the Wellness Associate.

I look forward to your resolution of the job analysis and authorization of the severance distribution as stated in the American Red Cross Human Resources Policy.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

**Attachment 1:** Name Unknown (text/html)

[ Back ]

© 2004 Comcast Cable Communications, Inc. All rights reserved.