Comcast

**From:** <PowellT@usa.redcross.org>

**To:** <tspowell@comcast.net>

**Subject:** FW: Disaster Response Position

**Date:** Fri, 3 Jun 2005 16:39:02 +0000

---

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Powell, Tonia
Sent: Thursday, June 02, 2005 1:24 PM
To: Pogue, Rick
Cc: Shearer, Anna
Subject: Disaster Response Position

Rick,

I had a telephone conversation with Jane Jones, CMA this morning who
informed me that Bill Malfara wanted to know by 12 noon today if I was
accepting the position. She indicated that the position would be the
same salary and if I will not accept the salary I would forfeit my
severance.

I was waiting to hear from you and/or Al about the compensation. My
position remains that the jobs are not the same because of the increased
responsibilities attached with the Disaster Response position. I am
hoping to hear from you to determine if this is the final closure to our
discussion on May 20, 2005.

Sincerely,
Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Jones, Jane
Sent: Thursday, June 02, 2005 9:11 AM
To: Powell, Tonia
Subject: Please call me at X8557
Importance: High

Tonia, I need to speak with you right away regarding the offer for the
position in Response. I'm at X8557 today.