com to:Employment Application for Powell, Tonia‑0009    at 10/18/2004 10:18 PM   Page 1 of 7 002/00



**Employment Application for Powell, Tonia**   *Together, we can save a life*



? Help

**Please Read Carefully**

Thank you for your interest in the American Red Cross. In order to have your application processed, you must thoroughly answer all questions on the application form.

All information will be treated confidentially. Some of the fields below will be populated from your profile. If any of this information is incorrect, please edit the information on this form as well as in your profile.

American Red Cross, an Equal Opportunity Employer, considers all applicants for all positions without regard to race, color, religion, sex, age, national origin, disabled or veteran status, or other legally protected status.

You will be asked to submit a signed copy of this application at the time of interview.

| | |
|---|---|
| *First Name | Tonia |
| Middle Initial | S |
| *Last Name | Powell |
| *Social Security Number | ▮▮▮▮▮ (###-##-####) |
| *Current Address (street address) | 13400 Daventry Way |
| *City | Germantown |
| *State | MD |
| *Zip Code | 20874 |
| *Home Phone | 301-540-6956 |
| Work Phone | |
| Other Phone (i.e., mobile) | 240-620-4504 |
| Requisition Applied For | 1836BR |
| *How did you hear about this position | Web - Career Builder |
| If "Other" is selected please specify | contacted by recruiter |
| *Salary Requirement | 57,000 - 59,600 |

*Selection details*

com tonia    Employment Application for Powell, Tonia    at 10/18/2004 10:18 PM   Page 2 of 7  003/00
FPP 202-303-0009

**\*Availability?**  November/December

If you have previously used any other names besides what is provided above, please specify

**\*Are you over 18 years old?**  (Yes) / No

**\*Are you eligible for employment in the U.S.?** (If offered employment, you will be required to provide documentation to verify eligibility.)  (Yes) / No

**Education**

**\*High School Name, City and State**  North Catholic High School, Pittsburg Pa

*Expanded view*

**\*Diploma/Equivalent?**  (Yes) / No

**Name of College or Technical School**  Citizens General Hosp School

**City & State**  New Kensington Pa

**Major**  Nursing

**Degree Earned**  Diploma

**If degree not earned, years completed?**  1  2  (3)  4

**Other training or degrees? School Name, City and State**  Certificates of Completion - Microsoft Windows, Word and Outlook. Montgomery College, Rockville md
University of District of Columbia Washington DC
Course: Leadership and Strategic Planning for NonProfit Organizations

*Expanded view*

**Degree or Certificate Earned?**  Certificates

**Professional Licenses**

| | | |
|---|---|---|
| Professional Licenses (indicate title, license no., State and Expiration Date) | Government of the District of Columbia Department of Health Professional Licensing Administration: RN-0106 | RN55566 6/30/2006 experience |

*Expanded view*

### Record of Conviction

*Have you ever been convicted of a crime other than a minor traffic offense (including during military service)?    Yes  (No)

If yes, please explain.

*Expanded view*

### Employment History

| | |
|---|---|
| *Employer #1 (Most Recent) | Atlantic Health Services Inc |
| *Full Address | 600 Jefferson Plaza Suite 308 |
| *City | Rockville |
| *State | Maryland |
| *Zip Code | 20852 |
| *Telephone Number | 301-838-3430 |
| *Your Title | Contract RN Investigator |
| *Department | DHS/MRDDA |
| *Beginning Date | 3   May   2004 |
| Ending Date | |
| *Final Salary | 28.00/HR |
| *Supervisor's Name and Title | Don Gladstone, CEO |

*Summary of Duties

Employment Application for Powell, Tonia    at 10/18/2004 10:18 PM    Page 4 of 7

Investigate allegations of abuse (physical, sexual), neglect, suicide, intervention from EMS/Police, inpatient medical and/or psychiatric care, missing persons for the Dept of Health Mental Retardation Developmental Disabilities Administration (DHS/MRDDA). Investigation involves review of the submitted report(s), facility, interview of person involved, collaboration with DHS Case Management, and completion of letter of investigation that

*Expanded view*

**\*Reason for Leaving** currently employed

**\*If you are still employed, may we contact your employer?**  (Yes)  No

**Employer #2**  ADP/IMS

**Full Address**  401 North Washington Street
Rockville MD 20852

*Expanded view*

**Telephone Number**  301-296-7000

**Your Title**  Utilization Review Nurse

**Department**  Medical Claims Division

**Beginning Date**  1  Aug  1997

**Ending Date**  10  Jan  2004

**Final Salary**  53,000

**Supervisor's Name and Title**  Kathy Reyes-Kelly

**Summary of Duties**  Retrospective review of soft tissue injuries in relationship to automobile accidents. Determined causality, relatedness and medical necessity for treatment from the emergency room, diagnostic testing, psychiatric evaluations and physical/occupational/massage/chiropractic therapy. Created letters stating reimbursement recommendations and if continued treatment was medically warranted and related to the injuries sustained in the

*Expanded view*

**Reason for Leaving**

Employment Application for Powell, Tonia        at 10/18/2004 10:18 PM        Page 5 of 7

Reduction in Force.

*Expanded view*

**Employer #3**  Prince George's Hospital Cen

**Full Address**  3001 Hospital Drive
Cheverly Maryland 20785

*Expanded view*

**Telephone Number**  301-618-2000

**Your Title**  Utilization Review Nurse

**Department**  Utilization Review/Case Mana

**Beginning Date**  1  Dec  1993

**Ending Date**  1  Oct  1995

**Final Salary**  40,000

**Supervisor's Name and Title**  Carol Hoffman

**Summary of Duties**  Concurrent review of the patients in the Intensive Care Unit, Neonatal Intensive Care Unit, Psychiatric Unit and Medical Surgical Orthopedic Unit. Collaborated with private insurers, Medicare and Medicaid for medical necessity/length of stay. Gathered data for Quality Assurance Statistics and Medical Peer Review. Collaborated with multi-disciplinary discharge planning team.

*Expanded view*

**Reason for Leaving**  Personal Family Leave

*Expanded view*

http://tcm.brassring.com/JetStream/500/Presentation/Template/ASP/Candidate/Forms/Ad...   10/18/2004

*Have you ever been discharged or asked to resign from a job?    Yes    No

If yes, please explain

                                                         *Expanded view*

Note: If you are a current employee of the American Red Cross, you must inform you supervisor of your application to this position prior to a scheduled interview. (see HRPPM Policy No. 105.00 - Recruitment and Hiring of Paid Staff)

*Are you now or have you ever been employed by the American Red Cross?    (Yes)    No

If yes and not listed in above Employment History section, please indicate organizational unit, location, title, department and dates of employment.    American Red Cross Blood Bank (part-time evenings) Platelet Apheresis Nurse from May through August 1989

                                                        *Expanded view*

*Are you now or have you ever served as a Red Cross Volunteer?    Yes    No

If yes, please indicate organizational unit, title, department and dates of service

                                                        *Expanded view*

I hereby certify that the facts set forth in this employment application are true and complete to the best of my knowledge.

I understand that false statements of any kind or omission of facts called for on this application are a basis for dismissal regardless when they are discovered.

I understand that any employment offered is for an indefinite duration, unless otherwise specified in writing, and is at-will, which means that either I or the American Red Cross may terminate my employment at any time with or without notice or cause.

I further understand that neither the policies, rules, regulations of employment, application for employment, nor anything said during the interview process shall be deemed to constitute the terms of an implied employment contract.

Signature  *Tonia S Powell*

Date  Monday October 18, 2004

**Equal Opportunity Employer**

\* = required field

Save    Clear    Close