## Registered Nurse-UR/CM

### Personal Profile

**Name:** Tonia Powell

**Email:** tspowell@comcast.net

**Phone:** 301-540-6956

**Home Location:** US-MD-Germantown 20874 (Work Status Not Specified)

**Will Relocate To:** US-MD-Gaithersburg (Citizen), US-MD-Germantown (Citizen), US-MD-Silver Spring (Citizen)

**Max Commute:** 50 miles          **Travel Preference:** Up to 25%

**Employed:** Yes          **Most Recent Pay:** $55,000.00 per year

### Experience

**Most Recent Title:** RN Investigator

**Experience:** 20 Years, Months          **Managed Others:** Yes (3 others)

**Jobs Last 3 Yrs:** 1          **Last Job Tenure:** 6 Years

**Sec Clearance:** No          **Felony Conviction:** No

**Highest Degree:** 4 Year Degree          **Spoken Languages:** English

**Certifications:** RN License in Maryland and District of Columbia

### Desired Position

**Job Type:** Full-Time / Employee or Contractor

**Motivation:** Other

**Desired Pay:** $59,000.00 per year

**Shift Preference:**

### Interests

Consultant (no experience)

Education (5 Years experience)

Healthcare (20 Years, 4 Months experience)
Other (Medical Office), Other (Hospital)

Nurse (20 Years, 4 Months experience)

Pharmaceutical (no experience)

### Resume

TONIA SYBIL POWELL, RN

13400 Daventry Way Apt O • Germantown, MD 20874 • 301-540-6956 •
tspowell@comcast.net

Objective
Registered Nurse with extensive training in critical care, trauma and
utilization review/case management skills. Searching for an opportunity

to advance nursing knowledge and nursing career. Major strengths include excellent clinical assessments and analytic skills, detailed oriented, industrious individual with deadline orientation, diplomatic team player and excellent writing skills and Microsoft Word.
Employment

Registered Nurse Current-May2003
Atlantic Health Service Inc Rockville MD

Contract assignment with DHS/MRDDA IMIU as Nurse Investigator. Perform review of Serious Reportable Incidents by the Provider, MRDDA Customer and/or MRDDA Case Management. Responsible for determining validity of allegations of suicide, self-injurious behaviors, neglect, physical and/or sexual abuse, missing person, intervention from emergency personnel and/or law enforcement, emergency room visits and inpatient hospital admission (medial and psychiatric). Conduct review of the Incident Reports for timeliness, detail and accuracy of event, which includes obtaining all pertinent documents, interviewing persons involved and inspection of the Provider facility (day program and/or residence). Prepare written report of the investigation detailing the event, customer profile, witness accounts, medical and/or psychiatric care, conclusions of the event and necessary recommendations. Interpret medical care questions for non-clinical investigators and educate and/or provide medical information resources to assist the non-clinical investigators. Assist Contract Nurse(s) with Basic Windows and Microsoft Word Application.

Utilization Review Nurse January 2004-August 1997
ADP/IMS Rockville MD

Analyze and recommend reasonable and necessary medial treatment of automobile soft tissue injuries for USAA and StateAuto insurers. Active collaboration with Customer Service and Filehandlers to manage length of treatment including diagnostic and ancillary services to ensure claimant(s) reach pre-injury status and/or Maximal Medical Improvement from the injury. Develop summary letters of the mechanism of injury, past medical and current treatment in relationship of causality to the accident of review that provide insight for reimbursement for medical services rendered.

Utilization Review nurse December 1993-October 1995
Prince George's Hospital Center Cheverly MD

Concurrent inpatient hospital reviews in the ICU, NICU, orthopedic and psychiatric units. Liaison for hospital and major hospital insurer and Medicare. Active participant with Discharge Planning with staff and family members. Collected data for Quality Assurance to monitor hospital morbidity and mortality statistics and assist Medical Director of Surgery to complete Physician Peer Review appraisals.

Defense auditor-children's hosp wash dc November 1992-October 1993
CIS Technologies Fairfax VA

utilization review nurse August 1989-October 1992

Health Management Strategies Alexandria VA
Subsidiary of BCBSNCA

staff agency nurse may 1989-August 1989
Nursing Services Inc Silver Spring MD

platelet apheresis nurse may 1989-August 1989
American Red Cross Blood Bank Washington DC

staff nurse (icu/ccu/imcu) February 1985-march 1989
Harrisburg Hospital Harrisburg PA

graduate nurse September 1984-February 1985
Mechanicsburg Rehabilitation Hospital Mechanicsburg PA


Education
diploma of nursing September 1981-June 1984
Citizens General Hospital School of Nursing New Kensington PA

BS HEALTH CARE ADMINISTRATION current student
Columbia Union College Takoma Park MD
Expected Completion Date-May 2005.


Skills
· Certificates of Completion-Montgomery College, Rockville MD
Windows 2000, Word 2000 and Outlook Application

· University of District of Columbia, Washington DC
Course: Leadership & Strategic Planning for NonProfit Organizations

· Professional Volunteer-Montgomery County, MD (Briggs Chaney
DHHS)
The Peoples Community WELLNESS Center


Awards
ADP Medical Claims Service
World Class Service 1st Quarter 2002

The Peoples Community Baptist Church Social Action Ministry
Humanity Service Award November 2003