IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONIA POWELL,<br><br>        *Plaintiff,*<br><br>v.<br><br>AMERICAN RED CROSS,<br><br>        *Defendant.* | )<br>)<br>)<br>)<br>)   Case No. 1:06CV1173 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

      **AND NOW**, upon consideration of Defendant The American Red Cross's Motion for Summary Judgment, any opposition thereto, and the record in this case, and pursuant to the undisputed facts and the reasons set forth in the motion for summary judgment, it is hereby ORDERED that Defendant's motion is GRANTED.

      Accordingly, the Court enters JUDGMENT in favor of The American Red Cross on all counts alleged in Plaintiff Tonia Powell's complaint.


_____                                            _____
Date                                                                         Ellen S. Huvelle
                                                                                      United States District Judge

2

<u>A copy of the foregoing Order shall be sent to:</u>

Constantinos G. Panagopoulos
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W. - Suite 1000 South
Washington, D.C.  20005

*Counsel for The American Red Cross*

Brian C. Plitt
1239 C Street, S.E. - Suite 4
Washington, DC 20003

*Counsel for Tonia Powell*