```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
_____
                            *
TONIA POWELL                *
     Plaintiff,             *
     v.                     *      Case No. 1:06CV1173
                            *      Judge Huvelle
AMERICAN RED CROSS          *
     Defendant.             *
_____*
```

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

Plaintiff, Tonia Powell, respectfully moves for summary judgment as to liability in this case for the reasons stated in the attached Memorandum of Points and Authorities. A proposed Order is attached hereto.

                                              Respectfully submitted,

                                              TONIA POWELL

                                              /s/

_____    Brian C. Plitt, Attorney at Law
                                              1239 C. St., SE, Ste. 4
                                              Washington, D.C.  20003
                                              (202) 546-5493
                                              Attorney for Plaintiff

February 12, 2007