IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONIA POWELL** <br> Plaintiff, <br> v. <br><br> **AMERICAN RED CROSS** <br> Defendant. | Case No. 1:06CV1173 <br> Judge Huvelle |

<u>ORDER</u>

Upon consideration of Plaintiff Tonia Powell's Motion for Summary Judgment as to Liability, any response and reply, and a review of the file, it is hereby ORDERED, ADJUDGED AND DECRREED, that the Motion should and hereby is GRANTED.

Ms. Powell is entitled to judgment as to LIABILITY as to her overtime Claim (Count II, Amended Complaint).  A date will be set as to a trial or hearing on damages.

SO ORDERED, this ____ day of _____, 2007.

_____
Ellen S. Huvelle
United States District Court Judge