Page 1

1       IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - - - -x

4    TONIA POWELL,

5              Plaintiff,

6    vs.                              : Case No.
                                        1:06CV1173
7    AMERICAN RED CROSS,              :

8              Defendant.             :

9    - - - - - - - - - - - - - - - - -x

10                  November 10, 2006

11                  Washington, D.C.

12   DEPOSITION OF:

13                  TONIA POWELL

14      Was called for examination by counsel for the

15   Defendant, pursuant to notice, in the offices of,

16   Ballard, Spahr, Andrews & Ingersoll, 601 13th

17   Street, N.W., Suite 1000 South, Washington, D.C.,

18   commencing at 9:53 a.m., before Carolyn Friend, a

19   Notary Public in and for the District of Columbia,

20   when were present on behalf of the respective

21   parties:

22

Page 126

1  others?

2  A    You need to clarify that. Are you asking
3  me my duties when all three persons were there, or
4  are you asking the duties when --

5  Q    Let's start when you were first hired.

6  A    When I was first hired, I could do 40
7  hours.

8  Q    That's not what I'm asking you. I'm
9  asking you to kind of, if you would, quantify for me
10 which of these particular duties took most of your
11 time.

12 A    Most of my day was assigned to AFES
13 personnel.

14 Q    So it was dealing with the medical and
15 certification issues that we were discussing earlier
16 with --

17 A    All the responsibilities related to AFES
18 personnel, from briefing to debriefing, which
19 included keeping track of where they are in their
20 physical process, documentation of the medical
21 records, working on the spreadsheet, meeting with
22 AFES team manager, e-mails, telephone from AFES

Misty Klapper & Associates
703-780-9559

b72291cc-dbf2-4e78-8aa9-3deefa58c361

1  personnel.

2      Q    What percentage of your day did the AFES
3  component of your job take up?

4      A    Probably 60 to 70 percent of the day.

5      Q    What was the other 30 to 40 percent
6  composed of?

7      A    Doing blood pressure checks, cleaning the
8  cot rooms -- you know they have rooms where people
9  come in and they can lay down?

10     Q    You told me that.

11     A    Those were supplied with sheets, paper
12 sheets and paper pillow cases -- making sure the
13 lactation room was clean, filing workmen's
14 compensation, doing the ergonomic assessments,
15 filing, stocking of medical supplies, stocking of
16 the first aid boxes that are throughout the campus,
17 in addition, the first aid box, the AED was right
18 next to it, so communicating to the security that I
19 did those checks and that they were done.  They can
20 go and re-lock the box, re-lock the first aid boxes,
21 passing out any type of medical literature
22 throughout the campus.

1  Q    It sounds like you are describing
2  everything else.  Was everything else basically, I
3  guess, equal in increments, so that you had your
4  main duties dealing with AFES, and everything else
5  took up some period of time?
6  A    That's correct.
7  Q    Okay.
8  A    The first aid box, for instance, we would
9  get a trigger from the security department saying,
10 these boxes and this for the campus were open and I
11 had to go and check those particular boxes and
12 restock them.
13 Q    Fair enough.  Now, when Jane Davis left,
14 you have already told us what duties were added.
15 I'd like you to tell me which duty or duties took up
16 most of your time during that time frame.
17 A    The AFES consumed it.  It was a hundred
18 percent of the time.
19             (Court Reporter changing
20              paper.)
21 BY MR. PANAGOPOULOS:
22 Q    Okay.  You indicated AFES consumed it 100

1  percent of the time?

2     A    That's correct.

3     Q    That means you weren't able to perform
4  any of the other duties?

5     A    After work, I did.

6     Q    So it wasn't 100 percent of your time,
7  then; you spent other time doing the other duties?

8     A    After work hours, yes. After filing any
9  workmen's comp claims that came in, probably started
10 at 5:00 or so. If I was there to do first aid -- I
11 don't know if Ken actually did. I mean, I wasn't
12 there.

13    Q    So how many hours a day did the AFES
14 stuff take?

15    A    The whole day, eight hours, because I now
16 had from one to two teams that I had to get ready
17 for deployment up to five teams, especially when she
18 left, immediately, there were five teams that had to
19 go out within a period of two months.

20    Q    So it varied a bit based on the
21 deployments that were going out?

22    A    Yes, but considering that war time that

1   sure they're fit for duty, but she is also
2   responsible for making sure those chapters in that
3   area or that state or that nurse assigned to that
4   chapter and state are complying to the Red Cross
5   policies for OSHA standards, deployment standards,
6   or physical examinations, for housing.
7       Q   Let's take one piece at a time. With
8   respect to the making sure that people are available
9   to be or are the appropriate -- or are healthy
10  enough to be deployed, that's essentially what you
11  were doing for AFES and for international, right?
12      A   On a smaller scale.
13      Q   How many AFES deployments were there per
14  year?
15      A   I wasn't there for a full year, but the
16  six months that I was there, we probably sent out
17  anywhere from maybe 20 to 30 teams of three people
18  each.
19      Q   So 20 to 30 teams of about three people
20  each is what you sent out in a six-month period?
21      A   Yes, that's my estimate.
22      Q   So you basically were responsible for

```
                                             Page 166
```

1   ensuring those people were fit for duty, correct?

2      A    Um-hmm.

3      Q    You need to answer audibly.

4      A    Oh, I'm sorry.  Yes.

5      Q    That's all right.  It's been a long day
6   and getting longer.

7      A    I'm not making it longer.

8      Q    I'm not suggesting that you are.  We are
9   all here together in the same boat.  It's just
10  getting longer.

11          How many people -- well, how many
12  disasters a year does the Red Cross respond to; do
13  you know?

14     A    No, I don't know, but there are disasters
15  that are in the news like Sri Lanka, and there are
16  disasters that are not in the news.  Whether it's a
17  train wreck or if someone's house had burned, they
18  respond -- the chapter will respond to that need.

19     Q    Let's be fair, though, because, when you
20  look at what national does with respect to
21  disasters, hopefully, as you well know, national
22  doesn't get involved unless the disaster reaches a

Misty Klapper & Associates
703-780-9559

b72291cc-dbf2-4e78-8aa9-3deefa58c361

1  things was she doing with respect to her job
2  performance; not with respect to what she was
3  telling you about policies and procedures?  What
4  types of things did you see her doing?
5       A    Well, she did a lot of consultation,
6  computer work.  She was preparing for travel.  She
7  had some nurses that she was going to go down and do
8  some orientation with.  She was preparing for
9  training also for nurses that were coming into the
10 campus headquarters for training, that they were
11 going to train.
12           She had just finished a manager training,
13 so she does a lot of training and quite a bit of
14 travel.
15      Q    Did you have the responsibility of
16 supervising any employees in your time at the Red
17 Cross?
18      A    No.
19      Q    Did you ever supervise any employees in
20 your entire career?
21      A    When I was at Harrisburg Hospital, I
22 served as a charge nurse.

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3
 4     - - - - - - - - - - - - - -x
 5     TONIA POWELL,                :
 6            Plaintiff,            :
 7         vs.                      :   Case No. 1:06CV1173
 8     AMERICAN RED CROSS,          :
 9            Defendant.            :
                                    :
10     - - - - - - - - - - - - - -x  VOLUME II
11                                      Washington, D.C.
12                                      Tuesday, November 14, 2006
13     Continued Deposition of
14                    TONIA S. POWELL
15         Plaintiff, taken on behalf of counsel for the
16     Defendant in the above-entitled matter, before Denise
17     M. Brunet, RPR and Notary Public in and for the
18     District of Columbia, taken at the offices of Ballard
19     Spahr Andrews & Ingersoll, LLP, 601 13th Street,
20     Northwest, Suite 1000 South, Washington, D.C,
21     commencing at 2:18 p.m., when were present on behalf
22     of the respective parties:
```

```
1    discretion --
2         A    Sure.
3         Q    -- of the CRC?
4         A    Right.
5         Q    Now --
6         A    Because they still have to go through
7    another physical once we do a physical here, once they
8    go through deployment for the CRC. They look at all
9    the medical records that they have, and they're going
10   to keep a copy and I have a copy, and that medical
11   physician or that Army personnel or doctor is going to
12   look at those records and then also look to see if
13   they are medically cleared. So it's like a double
14   process.
15        Q    So basically, can you state whether or not
16   what you're doing at AFES was collecting information
17   regarding these employees and then passing it on to
18   other people?
19             MR. PANAGOPOULOS: Objection, asked and
20   answered several times already.
21             MR. PLITT: Okay. Again, we've had the
22   agreement the objection is going to be as to form.
```