```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

|                      |   |                          |
|----------------------|---|--------------------------|
| TONIA POWELL         | * |                          |
|     Plaintiff,       | * |                          |
|     v.               | * | Case No. 1:06CV1173      |
|                      | * | Judge Huvelle            |
| AMERICAN RED CROSS   | * |                          |
|     Defendant.       | * |                          |

TONIA POWELL'S MOTION FOR ONE-DAY ENLARGEMENT TO FILE
HER MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY
FOR OVERTIME COMPENSATION AND FOR LEAVE TO FILE

Ms. Tonia Powell, Plaintiff hereby respectfully submits her Motion for One-Day Enlargement of Time to file her Motion for Summary Judgment as to Liability for Overtime Compensation and for Leave to File the Motion, for the following reasons:

1. Briefing on Motions in this case was set for February 12, 2007.

2. Ms. Powell prepared her Motion and supporting materials, however final preparation and implementation of the electronic download, particularly with exhibits, took longer than expected, so the Motion, Memorandum and supporting Materials were finally filed electronically by the first two hours of February 13, 2007.

3. This one-day enlargement of time and leave to file this Motion is respectfully requested, as Ms. Powell anticipated filing by the 12th and has filed the Summary Judgment Motion and supporting Materials, including simultaneous transmittal to the defendant.

4. Granting Ms. Powell's Motion will serve the interest of justice by promoting allowing a full and fair decision on the

merits and allowing consideration of liability to be rendered on at least one claim.  Ms. Powell regrets the delay.

    5.  Defendant will not be prejudiced as responses are not due under the briefing schedule in the case until March 13, 2007 (Ms. Powell consents to an enlargment of time, if necessary, for defendant's response until March 16, 2007).

    6.  Ms. Powell contacted defendant on February 13, 2007 to resquest consent for this motion, but has not received a response

Respectfully submitted,

TONIA POWELL

/s/

_____
Brian C. Plitt, Attorney at Law
1239 C. St., SE, Ste. 4
Washington, D.C.  20003
(202) 546-5493
Attorney for Plaintiff

February 14, 2007