```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| TONIA POWELL          * | |
|     Plaintiff,      * | |
|     v.             * | Case No. 1:06CV1173 |
|                    * | Judge Huvelle |
| AMERICAN RED CROSS    * | |
|     Defendant.     * | |

ORDER

Upon consideration of Plaintiff Tonia Powell's Motion for One- Day Enlargment of time to file her Motion for Summary Judgment as to Liability and for Leave to File, any response and reply, and a review of the file, it is hereby ORDERED, ADJUDGED AND DECRREED, that the Motion should and hereby is GRANTED.

Ms. Powell time to file her Motion for Summary Judgment and any related materials is hereby Enlarged to and including February 13, 2007.

SO ORDERED, this ____ day of _____, 2007.

_____
Ellen S. Huvelle
United States District Court Judge