## Shearer, Anna

**From:** Powell, Tonia
**Sent:** Thursday, April 07, 2005 8:23 AM
**To:** Hershman, Esther
**Cc:** Shearer, Anna
**Subject:** RE: Sons & Daughters Program - April 28

Good Morning Esther

You agenda looks fun. I usually leave at 4:30, but I will stay until 5:30 or at least until the time you will be concluding your program. When the agenda if finalized, can you send me a copy?

Thanks,

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

> -----Original Message-----
> **From:** Hershman, Esther
> **Sent:** Wednesday, April 06, 2005 4:20 PM
> **To:** Powell, Tonia
> **Cc:** Shearer, Anna; Hershman, Esther
> **Subject:** RE: Sons & Daughters Program - April 28
>
> Tonia, I don't believe that we have a specific request -- we'll just need to know someone is here in case of an emergency. I do know also that there are nurses in the Office of the Chief Nurse, so I'll write them and get their contact information just to have multiple resources.
>
> What time will you most likely go home that day?
>
> I've attached our most updated agenda. Activities which don't indicate location will take place in the conference rooms on the first floor and the atrium. I'll forward you the final one once it's created.
>
> Thanks!
> Esther
>
>> -----Original Message-----
>> **From:** Powell, Tonia
>> **Sent:** Wednesday, April 06, 2005 4:09 PM
>> **To:** Hershman, Esther
>> **Cc:** Shearer, Anna
>> **Subject:** RE: Sons & Daughters Program - April 28
>>
>> Hi Esther
>>
>> Ken Thiel has resigned from the organization and I am the only person staffing the unit. I arrive at 7:30 am. If there is a specific request(s) that you need from Wellness, please let me know. Currently, my calendar is open, but I need to you're your agenda for the children.
>>
>> Tonia S. Powell, RN

12/08/2006 14:16 FAX 703 206 6876    Corporate EEO Office    ⌀013
Case 1:06-cv-01173-ESH    Document 17-4    Filed 03/12/2007    Page 2 of 2

Page 2 of 2

Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Hershman, Esther
Sent: Wednesday, April 06, 2005 4:02 PM
To: Thiel, Ken
Cc: Hershman, Esther; Powell, Tonia
Subject: Sons & Daughters Program - April 28

Hi Ken!

We're having our annual "Bring Our Daughters and Sons to Work" day on April 28, and are just writing to let you know this, and to also ask whether or not there will be someone on staff in Wellness that day. Children will begin arriving with their parents at approximately 7:30 a.m. and will be here throughout the day.

If you could let me know at your earliest convenience, I would appreciate it.

Thanks!
Esther

Esther Wong Hershman
Office of Events Management
American Red Cross