| | | | |
|---|---|---|---|
| Powell | Tonia | 01/10/2005 07:30:22 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/10/2005 07:52:29 AM | 2025 Fitness Cntr LL1 SEL1066B |
| Powell | Tonia | 01/10/2005 01:11:43 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/11/2005 07:33:20 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/11/2005 12:44:16 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/11/2005 01:32:12 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 01/11/2005 01:32:29 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 01/11/2005 01:56:40 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 01/12/2005 07:32:59 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/12/2005 09:32:31 AM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 01/12/2005 01:00:39 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/12/2005 02:02:19 PM | 2025 Fitness Cntr LL1 SEL1066A |
| Powell | Tonia | 01/12/2005 02:03:07 PM | 2025 Locker Room FEMALE LL1 |
| Powell | Tonia | 01/12/2005 02:07:43 PM | 2025 Fitness Cntr LL1 SEL1066A |
| Powell | Tonia | 01/12/2005 02:43:38 PM | 2025 Locker Room FEMALE LL1 |
| Powell | Tonia | 01/12/2005 04:16:54 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 01/13/2005 07:36:55 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/13/2005 01:07:52 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/13/2005 04:32:02 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 01/13/2005 04:32:19 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 01/13/2005 04:43:41 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 01/14/2005 08:17:11 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/14/2005 01:39:22 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/18/2005 07:35:22 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/18/2005 01:21:53 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/18/2005 04:00:12 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/19/2005 07:48:22 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/19/2005 11:12:46 AM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 01/19/2005 11:13:05 AM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 01/19/2005 11:20:00 AM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 01/19/2005 12:59:26 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/19/2005 01:08:20 PM | 2025 Stair #1 LL2 NE ALL In |
| Powell | Tonia | 01/19/2005 01:09:08 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 01/24/2005 08:39:46 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/24/2005 10:26:36 AM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 01/24/2005 10:34:42 AM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 01/24/2005 10:35:16 AM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 01/25/2005 07:15:55 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/25/2005 07:30:57 AM | 2025 Fitness Cntr LL1 SEL1066B |
| Powell | Tonia | 01/25/2005 01:22:56 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 01/25/2005 01:31:48 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 01/25/2005 01:32:06 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 01/25/2005 01:35:14 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 01/25/2005 01:37:55 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 01/25/2005 01:38:12 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 01/25/2005 02:18:42 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 01/26/2005 08:48:47 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/26/2005 03:21:31 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 01/27/2005 07:42:25 AM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 01/27/2005 10:36:00 AM | 2025 Elev Lby NW 07 7-19A |
| Powell | Tonia | 01/27/2005 10:37:22 AM | 2025 Elev Lby NW 07 7-19A |
| Powell | Tonia | 01/27/2005 11:09:51 AM | 2025 Elev Lby NE LL1 LL-08B |

| | | | |
|---|---|---|---|
| Powell | Tonia | 01/27/2005 11:50:03 AM | 2025 Elev Lby NW 03 3-19B |
| Powell | Tonia | 01/27/2005 11:50:28 AM | 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 01/27/2005 01:10:59 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 01/27/2005 02:03:28 PM | 2025 Locker Room FEMALE LL1 |
| Powell | Tonia | 01/27/2005 02:09:07 PM | 2025 Fitness Cntr LL1 SEL1066B |
| Powell | Tonia | 01/28/2005 08:39:27 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/28/2005 12:52:32 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/28/2005 02:23:54 PM | 2025 Fitness Cntr LL1 SEL1066B |
| Powell | Tonia | 01/31/2005 08:19:39 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 01/31/2005 12:12:09 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 01/31/2005 01:11:05 PM | 2025 Elev Lby NW 07 7-19B |
| Powell | Tonia | 01/31/2005 01:11:24 PM | 2025 Elev Lby NW 07 7-19A |
| Powell | Tonia | 01/31/2005 01:36:52 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 01/31/2005 01:40:49 PM | 2025 Elev Lby NE 07 7-08B |
| Powell | Tonia | 01/31/2005 01:52:37 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 01/31/2005 03:42:49 PM | 2025 Elev Lby NE 07 7-08B |
| Powell | Tonia | 01/31/2005 04:15:26 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 02/01/2005 08:41:19 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/01/2005 01:12:50 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 02/01/2005 01:36:15 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 02/01/2005 01:36:35 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 02/01/2005 02:28:16 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 02/01/2005 02:55:27 PM | 2025 Fitness Cntr LL1 SEL1066B |
| Powell | Tonia | 02/02/2005 08:38:21 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/02/2005 12:49:02 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 02/02/2005 01:16:02 PM | 2025 Stair #1 04FL 4-13 |
| Powell | Tonia | 02/02/2005 01:16:38 PM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 02/02/2005 01:27:13 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 02/02/2005 05:06:14 PM | 2025 Stair #6 01FL S |
| Powell | Tonia | 02/02/2005 05:06:34 PM | 2025 Stair #6 LL1 LL-71A |
| Powell | Tonia | 02/03/2005 08:25:27 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/03/2005 12:45:40 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 02/03/2005 03:34:58 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 02/03/2005 03:36:12 PM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 02/03/2005 03:39:51 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 02/03/2005 03:44:38 PM | 2025 Elev Lby NE 10 10-08 |
| Powell | Tonia | 02/03/2005 03:52:27 PM | 2025 Elev Lby NW 08 8-19A |
| Powell | Tonia | 02/03/2005 03:55:51 PM | 2025 Elev Lby NW 08 8-19B |
| Powell | Tonia | 02/03/2005 04:00:13 PM | 2025 Stair #1 07FL 7-13 |
| Powell | Tonia | 02/03/2005 04:00:30 PM | 2025 Elev Lby NW 07 7-19B |
| Powell | Tonia | 02/03/2005 04:03:30 PM | 2025 Elev Lby NW 07 7-19A |
| Powell | Tonia | 02/03/2005 04:05:29 PM | 2025 Stair #1 05FL 5-13 |
| Powell | Tonia | 02/03/2005 04:05:46 PM | 2025 Elev Lby NW 05 5-19B |
| Powell | Tonia | 02/03/2005 04:06:35 PM | 2025 Elev Lby NW 05 5-19A |
| Powell | Tonia | 02/03/2005 04:10:48 PM | 2025 Elev Lby NW 05 5-19B |
| Powell | Tonia | 02/03/2005 04:11:33 PM | 2025 Stair #1 04FL 4-13 |
| Powell | Tonia | 02/03/2005 04:11:49 PM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 02/03/2005 04:15:08 PM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 02/03/2005 04:19:20 PM | 2025 Stair #1 03FL 3-13 |
| Powell | Tonia | 02/03/2005 04:20:24 PM | 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 02/03/2005 04:25:23 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 02/03/2005 04:25:40 PM | 2025 Elev Lby NW 02 2-19A |

| | | |
|---|---|---|
| Powell | Tonia | 02/03/2005 04:27:19 PM 2025 Elev Lby NW 02 2-19B |
| Powell | Tonia | 02/03/2005 04:28:02 PM 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 02/04/2005 07:38:08 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/04/2005 01:14:26 PM 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 02/07/2005 07:39:58 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/07/2005 10:03:55 AM 2025 Stair #1 04FL 4-13 |
| Powell | Tonia | 02/07/2005 10:04:21 AM 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 02/07/2005 11:01:28 AM 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 02/07/2005 12:48:44 PM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/08/2005 08:39:44 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/08/2005 12:35:33 PM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/08/2005 01:37:18 PM 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 02/08/2005 01:37:35 PM 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 02/08/2005 02:27:39 PM 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 02/09/2005 08:58:28 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/09/2005 09:44:15 AM 2025 Stair #1 04FL 4-13 |
| Powell | Tonia | 02/09/2005 09:44:51 AM 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 02/09/2005 09:52:24 AM 2025 Stair #4 LL1 LL-02A |
| Powell | Tonia | 02/09/2005 01:19:23 PM 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 02/10/2005 08:36:37 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/10/2005 10:09:22 AM 2025 Elev Lby NE 07 7-08A |
| Powell | Tonia | 02/10/2005 11:36:07 AM 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 02/10/2005 01:25:09 PM 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 02/10/2005 02:32:19 PM 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 02/10/2005 02:32:38 PM 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 02/10/2005 03:02:28 PM 2025 Elev Lby NE 03 3-08A |
| Powell | Tonia | 02/10/2005 03:09:43 PM 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 02/11/2005 08:37:21 AM 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 02/11/2005 09:05:20 AM 2025 Stair #1 03FL 3-13 |
| Powell | Tonia | 02/11/2005 09:05:43 AM 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 02/11/2005 09:11:25 AM 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 02/11/2005 01:15:13 PM 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 02/14/2005 07:38:22 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/14/2005 12:54:38 PM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/14/2005 02:44:33 PM 2025 Fitness Cntr LL1 SEL1066B |
| Powell | Tonia | 02/14/2005 03:28:01 PM 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 02/14/2005 04:13:47 PM 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 02/15/2005 07:01:02 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/15/2005 07:09:54 AM 2025 Fitness Cntr LL1 SEL1066B |
| Powell | Tonia | 02/15/2005 07:28:14 AM 2025 Locker Room FEMALE LL1 |
| Powell | Tonia | 02/15/2005 10:30:53 AM 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 02/15/2005 10:52:36 AM 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 02/15/2005 12:05:35 PM 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 02/15/2005 01:30:45 PM 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 02/15/2005 01:37:21 PM 2025 Elev Lby NE 02 2-08A |
| Powell | Tonia | 02/15/2005 02:22:43 PM 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 02/16/2005 07:16:46 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/16/2005 09:07:43 AM 2025 Elev Lby NE 07 7-08B |
| Powell | Tonia | 02/16/2005 01:05:51 PM 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 02/16/2005 02:28:52 PM 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 02/16/2005 02:58:33 PM 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 02/16/2005 03:04:51 PM 2025 Elev Lby NW 03 3-19A |

| | | | |
|---|---|---|---|
| Powell | Tonia | 02/16/2005 03:10:43 PM | 2025 Stair #1 LL1  LL-13A |
| Powell | Tonia | 02/17/2005 07:16:50 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/18/2005 07:38:36 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/18/2005 09:06:06 AM | 2025 Elev Lby NW 07 7-19B |
| Powell | Tonia | 02/18/2005 09:07:38 AM | 2025 Elev Lby NW 07 7-19B |
| Powell | Tonia | 02/18/2005 09:35:43 AM | 2025 Stair #4 LL1 LL-02A |
| Powell | Tonia | 02/18/2005 10:34:59 AM | RCS 18 PERIMETER: Main |
| Powell | Tonia | 02/18/2005 10:35:17 AM | RCS 18 Main Interior |
| Powell | Tonia | 02/18/2005 12:00:29 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/18/2005 01:58:23 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 02/22/2005 07:17:14 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/22/2005 10:44:24 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 02/22/2005 01:33:34 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 02/22/2005 01:36:44 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 02/22/2005 02:49:58 PM | 2025 Stair #1 LL1  LL-13A |
| Powell | Tonia | 02/23/2005 07:59:02 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/23/2005 12:47:45 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 02/23/2005 03:18:57 PM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 02/24/2005 07:37:30 AM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 02/25/2005 08:15:31 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/25/2005 10:13:42 AM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 02/25/2005 12:29:52 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 02/25/2005 02:53:53 PM | 2025 Atrium Exit LL1 LL-50C |
| Powell | Tonia | 02/25/2005 02:55:16 PM | 2025 Elev Lby NE 02 2-08A |
| Powell | Tonia | 02/25/2005 03:21:19 PM | 2025 Stair #1 LL1  LL-13A |
| Powell | Tonia | 02/25/2005 03:25:23 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 02/25/2005 03:25:40 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 02/25/2005 04:13:06 PM | 2025 Stair #1 LL1  LL-13A |
| Powell | Tonia | 02/28/2005 07:37:27 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 02/28/2005 11:30:14 AM | 2025 Fitness Cntr LL1 SEL1066A |
| Powell | Tonia | 03/01/2005 07:37:32 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/01/2005 01:32:56 PM | 2025 Atrium Exit LL1 LL-50C |
| Powell | Tonia | 03/01/2005 01:34:22 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 03/01/2005 02:23:47 PM | 2025 Stair #1 LL1. LL-13A |
| Powell | Tonia | 03/02/2005 07:19:19 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/03/2005 07:17:27 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/03/2005 01:06:10 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 03/03/2005 01:50:14 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 03/03/2005 02:04:35 PM | 2025 Elev Lby NW 05 5-19A |
| Powell | Tonia | 03/03/2005 02:26:35 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 03/04/2005 07:17:39 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/04/2005 08:05:48 AM | 2025 Elev Lby NE 02 2-08A |
| Powell | Tonia | 03/04/2005 08:24:17 AM | 2025 DOC Main Lobby 2 2-14 |
| Powell | Tonia | 03/04/2005 08:25:08 AM | 2025 Elev Lby NW 05 5-19B |
| Powell | Tonia | 03/04/2005 08:25:29 AM | 2025 Elev Lby NW 05 5-19A |
| Powell | Tonia | 03/04/2005 08:42:13 AM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 03/04/2005 01:51:41 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/04/2005 03:02:00 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 03/04/2005 03:02:17 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 03/04/2005 04:02:31 PM | 2025 Stair #1 LL1  LL-13A |
| Powell | Tonia | 03/04/2005 04:53:43 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/07/2005 07:19:21 AM | 2025 Turnstile 2 Main Entrance |

| | | | |
|---|---|---|---|
| Powell | Tonia | 03/07/2005 01:01:43 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 03/08/2005 07:38:50 AM | 2025 Stair #5 01FL S |
| Powell | Tonia | 03/08/2005 07:39:14 AM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 03/08/2005 01:17:26 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 03/08/2005 01:36:44 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 03/08/2005 01:37:00 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 03/08/2005 02:30:19 PM | 2025 Elev Lby NE 02 2-08B |
| Powell | Tonia | 03/08/2005 02:32:30 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 03/09/2005 07:26:08 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/09/2005 12:16:17 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 03/10/2005 07:19:27 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/11/2005 07:31:24 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/11/2005 01:15:24 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/14/2005 07:18:00 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/14/2005 01:30:10 PM | 2025 Stair #5 01FL S |
| Powell | Tonia | 03/14/2005 01:30:30 PM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 03/14/2005 03:58:43 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 03/15/2005 06:50:43 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/15/2005 01:29:26 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 03/15/2005 02:23:51 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 03/16/2005 07:10:36 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/16/2005 07:26:09 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/16/2005 07:36:15 AM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 03/16/2005 12:56:03 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/16/2005 03:31:20 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 03/17/2005 07:09:02 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/17/2005 12:01:34 PM | 2025 Stair #1 03FL 3-13 |
| Powell | Tonia | 03/17/2005 12:01:58 PM | 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 03/17/2005 12:53:30 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 03/17/2005 02:01:07 PM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 03/17/2005 02:07:28 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 03/17/2005 03:00:24 PM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 03/17/2005 03:00:55 PM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 03/17/2005 03:21:31 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 03/18/2005 07:10:38 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/18/2005 12:57:55 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/21/2005 07:28:02 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/21/2005 10:17:20 AM | 2025 Elev Lby NE 06 6-08A |
| Powell | Tonia | 03/21/2005 12:28:58 PM | 2025 Stair #5 01FL S |
| Powell | Tonia | 03/21/2005 12:30:28 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/21/2005 02:11:35 PM | 2025 Elev Lby NW 08 8-19A |
| Powell | Tonia | 03/21/2005 02:13:56 PM | 2025 Elev Lby NW 06 6-19B |
| Powell | Tonia | 03/21/2005 02:17:21 PM | 2025 Elev Lby NW 06 6-19A |
| Powell | Tonia | 03/21/2005 02:20:03 PM | 2025 Stair #1 05FL 5-13 |
| Powell | Tonia | 03/21/2005 02:20:23 PM | 2025 Elev Lby NW 05 5-19B |
| Powell | Tonia | 03/21/2005 02:23:06 PM | 2025 Elev Lby NW 05 5-19A |
| Powell | Tonia | 03/21/2005 02:37:02 PM | 2025 Stair #1 04FL 4-13 |
| Powell | Tonia | 03/21/2005 02:37:19 PM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 03/21/2005 03:02:56 PM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 03/21/2005 03:08:48 PM | 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 03/22/2005 07:27:26 AM | 2025 Stair #5 01FL S |
| Powell | Tonia | 03/22/2005 07:28:39 AM | 2025 Turnstile 4 Main Entrance |

| | | | |
|---|---|---|---|
| Powell | Tonia | 03/22/2005 08:12:32 AM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 03/22/2005 08:32:12 AM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 03/22/2005 12:02:59 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 03/22/2005 12:03:00 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 03/22/2005 01:30:29 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 03/22/2005 01:30:47 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 03/22/2005 02:35:57 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 03/23/2005 07:30:48 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/23/2005 10:07:14 AM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 03/23/2005 10:56:57 AM | 2025 Stair #4 LL1 LL-02A |
| Powell | Tonia | 03/23/2005 12:18:09 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/24/2005 07:37:45 AM | 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 03/24/2005 07:58:26 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/24/2005 12:42:42 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/25/2005 07:23:55 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/25/2005 12:20:33 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/28/2005 07:38:29 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/28/2005 09:00:16 AM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 03/28/2005 09:00:35 AM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 03/28/2005 09:43:26 AM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 03/28/2005 12:52:15 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/28/2005 01:40:05 PM | 2025 Elev Lby NW 06 6-19B |
| Powell | Tonia | 03/28/2005 01:41:16 PM | 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 03/28/2005 01:42:05 PM | 2025 Elev Lby NW 03 3-19B |
| Powell | Tonia | 03/28/2005 01:42:40 PM | 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 03/28/2005 01:47:32 PM | 2025 Stair #4 02FL 2-02 |
| Powell | Tonia | 03/28/2005 01:47:49 PM | 2025 Elev Lby NE 02 2-08A |
| Powell | Tonia | 03/28/2005 01:53:20 PM | 2025 Elev Lby NW 02 2-19B |
| Powell | Tonia | 03/28/2005 01:53:53 PM | 2025 DOC Ex Corridor NW2087 |
| Powell | Tonia | 03/28/2005 01:55:15 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 03/28/2005 01:57:19 PM | 2025 AFES S Lby 2-41 |
| Powell | Tonia | 03/28/2005 02:02:56 PM | 2025 Elev P11 Lby LL2 SWL2062A |
| Powell | Tonia | 03/28/2005 02:06:52 PM | 2025 Elev P11/12 Call LL2 |
| Powell | Tonia | 03/29/2005 07:11:37 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/29/2005 09:35:33 AM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 03/29/2005 09:36:35 AM | 2025 Elev P11 Lby LL1 SWL1083B |
| Powell | Tonia | 03/29/2005 11:40:50 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 03/30/2005 07:06:39 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/30/2005 11:51:41 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 03/30/2005 01:29:14 PM | 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 03/30/2005 02:27:24 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 03/31/2005 07:16:58 AM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 03/31/2005 07:17:36 AM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 03/31/2005 01:46:08 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/01/2005 07:12:50 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/01/2005 12:50:40 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/04/2005 07:10:25 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/04/2005 01:16:53 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/05/2005 07:11:34 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/05/2005 10:31:03 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/05/2005 01:06:42 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/05/2005 01:07:01 PM | 2025 Turnstile 4 Main Entrance |

| | | | |
|---|---|---|---|
| Powell | Tonia | 04/05/2005 01:30:05 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 04/05/2005 01:30:23 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 04/05/2005 02:27:01 PM | 2025 Elev Lby NE 04 4-08B |
| Powell | Tonia | 04/05/2005 02:30:56 PM | 2025 Stair #4 LL1 LL-02A |
| Powell | Tonia | 04/06/2005 07:26:28 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/06/2005 11:06:41 AM | 2025 Elev P11 Lby LL2 SWL2062A |
| Powell | Tonia | 04/06/2005 11:19:19 AM | 2025 Elev Lby NE 06 6-08B |
| Powell | Tonia | 04/06/2005 11:19:40 AM | 2025 Elev Lby NE 06 6-08A |
| Powell | Tonia | 04/06/2005 11:23:57 AM | 2025 Stair #1 04FL 4-13 |
| Powell | Tonia | 04/06/2005 11:24:20 AM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 04/06/2005 11:26:41 AM | 2025 Stair #4 02FL 2-02 |
| Powell | Tonia | 04/06/2005 11:27:07 AM | 2025 Elev Lby NE 02 2-08B |
| Powell | Tonia | 04/06/2005 11:29:55 AM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 04/06/2005 12:44:37 PM | 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 04/06/2005 01:38:25 PM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 04/06/2005 01:47:21 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 04/07/2005 07:17:39 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/07/2005 09:00:09 AM | 2025 Stair #1 LL2 NE ALL In |
| Powell | Tonia | 04/07/2005 09:00:21 AM | 2025 Stair #1 LL2 NE ALL In |
| Powell | Tonia | 04/07/2005 09:00:45 AM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 04/07/2005 09:01:40 AM | 2025 Elev Lby NW LL2 B1-19 |
| Powell | Tonia | 04/07/2005 12:13:25 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 04/07/2005 12:36:13 PM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 04/07/2005 12:55:56 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/07/2005 12:57:18 PM | 2025 Elev Lby NE LL2 B1-08 |
| Powell | Tonia | 04/07/2005 03:33:29 PM | 2025 Elev Lby NW LL2 B1-19 |
| Powell | Tonia | 04/07/2005 03:36:33 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 04/08/2005 07:35:31 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/08/2005 12:43:24 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 04/11/2005 07:23:39 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/11/2005 12:16:15 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 04/11/2005 12:41:49 PM | 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 04/12/2005 07:40:16 AM | 2025 Elev P11 Lby LL1 SWL1083B |
| Powell | Tonia | 04/12/2005 12:34:03 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/12/2005 01:33:13 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 04/12/2005 02:37:31 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 04/12/2005 04:04:03 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 04/13/2005 07:22:17 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/13/2005 09:06:28 AM | 2025 Elev Lby NW 07 7-19B |
| Powell | Tonia | 04/13/2005 01:12:58 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/14/2005 07:12:54 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/14/2005 09:01:53 AM | 2025 Elev Lby NW LL2 B1-19 |
| Powell | Tonia | 04/14/2005 01:11:52 PM | 2025 Elev Lby NW LL2 B1-19 |
| Powell | Tonia | 04/14/2005 02:37:17 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 04/14/2005 02:54:05 PM | 2025 Elev Lby NW LL2 B1-19 |
| Powell | Tonia | 04/14/2005 04:04:56 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 04/15/2005 07:33:09 AM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 04/15/2005 07:33:58 AM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 04/15/2005 01:44:12 PM | 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 04/18/2005 07:19:03 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/18/2005 08:22:42 AM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 04/18/2005 08:36:45 AM | 2025 Turnstile 4 Main Entrance |

| | | | |
|---|---|---|---|
| Powell | Tonia | 04/18/2005 12:25:08 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/19/2005 07:14:18 AM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 04/19/2005 07:14:45 AM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 04/19/2005 12:31:30 PM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 04/19/2005 12:32:22 PM | 2025 Elev P11 Lby LL1 SWL1083B |
| Powell | Tonia | 04/19/2005 01:27:19 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 04/19/2005 01:27:39 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 04/19/2005 02:15:37 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 04/20/2005 07:23:47 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/20/2005 08:46:42 AM | 2025 Elev P11/12 Lby SW3173 |
| Powell | Tonia | 04/20/2005 08:51:04 AM | 2025 AFES S Lby 2-41 |
| Powell | Tonia | 04/20/2005 08:52:23 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/20/2005 08:53:31 AM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 04/20/2005 08:54:52 AM | 2025 Elev Lby NW 02 2-19B |
| Powell | Tonia | 04/20/2005 08:55:07 AM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 04/20/2005 09:00:59 AM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 04/20/2005 12:13:10 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/21/2005 06:54:12 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/21/2005 11:37:54 AM | 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 04/21/2005 12:36:58 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 04/22/2005 07:34:20 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/22/2005 01:30:32 PM | 2025 Elev Lby NW 03 3-19B |
| Powell | Tonia | 04/22/2005 01:30:54 PM | 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 04/22/2005 02:41:24 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 04/25/2005 07:53:23 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/25/2005 09:56:17 AM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/25/2005 01:34:14 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 04/26/2005 07:42:11 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/26/2005 11:30:09 AM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 04/26/2005 12:31:59 PM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 04/26/2005 01:33:07 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 04/26/2005 02:08:07 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 04/27/2005 07:29:29 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/28/2005 07:26:04 AM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 04/28/2005 07:26:30 AM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 04/28/2005 01:41:47 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/29/2005 07:39:09 AM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 04/29/2005 07:39:48 AM | 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 04/29/2005 09:25:51 AM | 2025 Elev P11/12 Call 1 |
| Powell | Tonia | 04/29/2005 09:26:48 AM | 2025 AFES S Lby 2-41 |
| Powell | Tonia | 04/29/2005 09:27:45 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 04/29/2005 09:30:43 AM | 2025 Elev Lby NE 10 10-08 |
| Powell | Tonia | 04/29/2005 09:30:48 AM | 2025 Elev Lby NE 10 10-08 |
| Powell | Tonia | 04/29/2005 09:34:19 AM | 2025 Elev Lby NW 09 9-19 |
| Powell | Tonia | 04/29/2005 09:46:30 AM | 2025 Elev Lby NW 07 7-19B |
| Powell | Tonia | 04/29/2005 09:48:11 AM | 2025 Elev Lby NW 07 7-19A |
| Powell | Tonia | 04/29/2005 09:51:30 AM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 04/29/2005 09:51:59 AM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 04/29/2005 09:54:20 AM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 04/29/2005 10:00:52 AM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 04/29/2005 01:23:54 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/02/2005 07:36:02 AM | 2025 Stair #5 01FL S |

| | | | |
|---|---|---|---|
| Powell | Tonia | 05/02/2005 07:36:25 AM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/02/2005 01:31:23 PM | 2025 Stair #5 01FL S |
| Powell | Tonia | 05/02/2005 02:04:00 PM | 2025 AFES S Lby 2-41 |
| Powell | Tonia | 05/02/2005 02:28:24 PM | 2025 Elev Lby NE 04 4-08A |
| Powell | Tonia | 05/02/2005 02:32:40 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 05/03/2005 09:27:31 AM | 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 05/03/2005 09:31:56 AM | 2025 Elev Lby NW LL2 B1-19 |
| Powell | Tonia | 05/03/2005 09:35:37 AM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 05/03/2005 11:09:09 AM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 05/03/2005 11:15:11 AM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 05/03/2005 01:31:11 PM | 2025 Atrium Exit LL1 LL-50C |
| Powell | Tonia | 05/03/2005 01:32:34 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 05/03/2005 02:26:46 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 05/03/2005 03:09:17 PM | 2025 Elev Lby NE 08 8-08B |
| Powell | Tonia | 05/03/2005 03:09:53 PM | 2025 Elev Lby NE 08 8-08A |
| Powell | Tonia | 05/04/2005 07:35:44 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/04/2005 01:31:18 PM | 2025 Stair #5 01FL S |
| Powell | Tonia | 05/04/2005 01:31:44 PM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/05/2005 07:19:56 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/05/2005 11:56:59 AM | 2025 Stair #5 01FL S |
| Powell | Tonia | 05/05/2005 11:57:21 AM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/06/2005 07:44:37 AM | 2025 Stair #5 01FL S |
| Powell | Tonia | 05/06/2005 07:44:58 AM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/06/2005 01:04:05 PM | 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 05/06/2005 02:44:54 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/09/2005 07:40:43 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/09/2005 08:07:56 AM | 2025 Elev P11/12 Lby SW3173 |
| Powell | Tonia | 05/09/2005 08:12:55 AM | 2025 AFES S Lby 2-41 |
| Powell | Tonia | 05/09/2005 08:14:19 AM | 2025 Elev P11/12 Call 2 |
| Powell | Tonia | 05/09/2005 08:15:38 AM | 2025 Elev P11 Lby LL1 SWL1083B |
| Powell | Tonia | 05/09/2005 08:21:49 AM | 2025 Atrium Exit LL1 LL-50C |
| Powell | Tonia | 05/09/2005 08:23:16 AM | 2025 Elev Lby NE 10 10-08 |
| Powell | Tonia | 05/09/2005 08:29:38 AM | 2025 Stair #1 09FL 9-13 |
| Powell | Tonia | 05/09/2005 08:35:59 AM | 2025 Stair #3 08FL 8-09 |
| Powell | Tonia | 05/09/2005 08:39:31 AM | 2025 Stair #1 07FL 7-13 |
| Powell | Tonia | 05/09/2005 08:39:49 AM | 2025 Elev Lby NW 07 7-19B |
| Powell | Tonia | 05/09/2005 08:41:03 AM | 2025 Elev Lby NW 07 7-19A |
| Powell | Tonia | 05/09/2005 08:42:40 AM | 2025 Stair #1 06FL 6-13 |
| Powell | Tonia | 05/09/2005 08:42:57 AM | 2025 Elev Lby NW 06 6-19B |
| Powell | Tonia | 05/09/2005 08:44:37 AM | 2025 Elev Lby NW 06 6-19A |
| Powell | Tonia | 05/09/2005 08:46:41 AM | 2025 Stair #1 05FL 5-13 |
| Powell | Tonia | 05/09/2005 08:46:54 AM | 2025 Stair #1 04FL 4-13 |
| Powell | Tonia | 05/09/2005 08:47:11 AM | 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 05/09/2005 08:47:51 AM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 05/09/2005 08:50:12 AM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 05/09/2005 12:51:12 PM | 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 05/10/2005 07:48:54 AM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/10/2005 10:34:29 AM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 05/10/2005 12:18:24 PM | 2025 Turnstile 3 Main Entrance |
| Powell | Tonia | 05/10/2005 01:25:20 PM | 2025 Turnstile 4 Main Entrance |
| Powell | Tonia | 05/10/2005 01:26:38 PM | 2025 Elev Lby NE 09 9-08 |
| Powell | Tonia | 05/10/2005 01:30:23 PM | 2025 Stair #4 02FL 2-02 |

| | | |
|---|---|---|
| Powell | Tonia | 05/10/2005 01:30:41 PM 2025 Elev Lby NE 02 2-08A |
| Powell | Tonia | 05/10/2005 03:20:16 PM 2025 Stair #1 LL1  LL-13A |
| Powell | Tonia | 05/11/2005 07:28:22 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/11/2005 01:04:00 PM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/12/2005 07:33:07 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/12/2005 03:14:26 PM 2025 Elev P11/12 Call 2 |
| Powell | Tonia | 05/12/2005 03:15:55 PM 2025 Elev P11 Lby LL1 SWL1083A |
| Powell | Tonia | 05/16/2005 07:38:17 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/16/2005 12:43:22 PM 2025 Stair #5 01FL S |
| Powell | Tonia | 05/16/2005 12:43:52 PM 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/17/2005 07:40:47 AM 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/17/2005 12:15:04 PM 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 05/17/2005 01:08:36 PM 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 05/19/2005 07:46:04 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/19/2005 01:14:19 PM 2025 Turnstile 1 Main Entrance |
| Powell | Tonia | 05/20/2005 08:58:11 AM 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 05/20/2005 09:41:26 AM 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 05/20/2005 04:30:43 PM 2025 Elev Lby NE LL2 B1-08 |
| Powell | Tonia | 05/23/2005 07:55:10 AM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/23/2005 08:50:28 AM 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/23/2005 10:54:45 AM 2025 Elev P11/12 Lby SW3173 |
| Powell | Tonia | 05/23/2005 10:56:28 AM 2025 AFES S Lby 2-41 |
| Powell | Tonia | 05/23/2005 11:00:25 AM 2025 Elev Lby NE 02 2-08A |
| Powell | Tonia | 05/23/2005 11:03:05 AM 2025 Elev Lby NE 10 10-08 |
| Powell | Tonia | 05/23/2005 11:05:08 AM 2025 Elev Lby NW 09 9-19 |
| Powell | Tonia | 05/23/2005 11:07:10 AM 2025 Stair #4 08FL 8-02 |
| Powell | Tonia | 05/23/2005 11:07:27 AM 2025 Elev Lby NE 08 8-08B |
| Powell | Tonia | 05/23/2005 11:09:12 AM 2025 Elev Lby NE 08 8-08A |
| Powell | Tonia | 05/23/2005 11:11:09 AM 2025 Elev Lby NE 07 7-08A |
| Powell | Tonia | 05/23/2005 11:13:40 AM 2025 Stair #4 06FL 6-02 |
| Powell | Tonia | 05/23/2005 11:13:59 AM 2025 Elev Lby NE 06 6-08B |
| Powell | Tonia | 05/23/2005 11:15:36 AM 2025 Stair #2 05FL 5-20 |
| Powell | Tonia | 05/23/2005 11:17:41 AM 2025 Stair #1 04FL 4-13 |
| Powell | Tonia | 05/23/2005 11:17:58 AM 2025 Elev Lby NW 04 4-19B |
| Powell | Tonia | 05/23/2005 11:18:22 AM 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 05/23/2005 11:19:11 AM 2025 Stair #2 03FL 3-20 |
| Powell | Tonia | 05/23/2005 11:21:07 AM 2025 Stair #1 LL1  LL-13A |
| Powell | Tonia | 05/23/2005 01:31:16 PM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/24/2005 07:49:26 AM 2025 Stair #5 01FL S |
| Powell | Tonia | 05/24/2005 07:49:51 AM 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/24/2005 01:14:46 PM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/24/2005 01:34:17 PM 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 05/24/2005 01:34:37 PM 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 05/24/2005 02:55:06 PM 2025 Stair #1 LL1  LL-13A |
| Powell | Tonia | 05/25/2005 07:39:12 AM 2025 Stair #5 01FL S |
| Powell | Tonia | 05/25/2005 07:39:40 AM 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/25/2005 01:20:57 PM 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 05/26/2005 07:51:15 AM 2025 Stair #5 01FL S |
| Powell | Tonia | 05/26/2005 07:51:38 AM 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 05/26/2005 11:12:15 AM 2025 Stair #1 LL1  LL-13A |
| Powell | Tonia | 05/26/2005 12:46:45 PM 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 05/26/2005 01:07:32 PM 2025 Elev Lby NW 03 3-19A |

| | | | |
|---|---|---|---|
| Powell | Tonia | 05/26/2005 02:17:35 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 05/26/2005 02:26:51 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 05/26/2005 02:27:09 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 05/26/2005 02:35:55 PM | 2025 Stair #1 LL1 LL-13A |
| Powell | Tonia | 05/26/2005 02:41:47 PM | 2025 Elev Lby NW 03 3-19A |
| Powell | Tonia | 05/26/2005 02:50:18 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 06/27/2005 02:08:16 PM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 06/28/2005 07:45:22 AM | 2025 Stair #5 01FL S |
| Powell | Tonia | 06/28/2005 07:45:51 AM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 06/28/2005 01:25:21 PM | 2025 Stair #1 02FL 2-13 |
| Powell | Tonia | 06/28/2005 01:25:41 PM | 2025 Elev Lby NW 02 2-19A |
| Powell | Tonia | 06/28/2005 01:54:30 PM | 2025 Elev Lby NE 03 3-08B |
| Powell | Tonia | 06/28/2005 02:24:12 PM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 06/29/2005 07:37:44 AM | 2025 Stair #5 01FL S |
| Powell | Tonia | 06/29/2005 07:38:15 AM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 06/29/2005 09:30:17 AM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 06/29/2005 09:43:01 AM | 2025 Elev Lby NW LL1 LL-19B |
| Powell | Tonia | 06/29/2005 12:50:54 PM | 2025 Turnstile 2 Main Entrance |
| Powell | Tonia | 06/30/2005 07:39:15 AM | 2025 Stair #5 01FL S |
| Powell | Tonia | 06/30/2005 07:39:41 AM | 2025 Stair #5 LL1 S LL-61A |
| Powell | Tonia | 06/30/2005 08:56:39 AM | 2025 Elev Lby NW 04 4-19A |
| Powell | Tonia | 06/30/2005 09:21:56 AM | 2025 Elev Lby NE LL1 LL-08B |
| Powell | Tonia | 06/30/2005 12:44:49 PM | 2025 Turnstile 2 Main Entrance |