# Powell, Tonia

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Thursday, June 16, 2005 3:50 PM |
| **To:** | ████████████████████████ |
| **Cc:** | Walton, Kay; Kingsley, Roger; Huffstutler, John |
| **Subject:** | ███-Deployment Physical |

**Tracking:**

| Recipient | Delivery |
|---|---|
| ███████████████ | |
| Walton, Kay | Delivered: 6/16/2005 3:50 PM |
| Kingsley. Roger | Delivered: 6/16/2005 3:50 PM |
| Huffstutler, John | Delivered: 6/16/2005 3:50 PM |

I talked with John Huffstutler this morning regarding the EKG request. When I reviewed the echocardiogram, I did not see documentation of the EKG, sometime the provider will run the 12-lead trace as part of the examination and submit that report along with the echocardiogram. Therefore, I asked for the report. I am aware of the findings that describe the condition of your cardiac status and the military physicians feel the EKG is not necessary.

However, 40-501 regulation 2-18a states the following:

- The causes for rejection for deployment: all valvular heart disease congenital, acquire, including those improve by surgery except mitral valve prolapse and bicuspid aortic valve. These later two conditions are not reasons for rejection unless there is associate tachyarrhythmia, mitral regurgitation, aortic stenosis, insufficiency or cardiomegaly.

The echo report conclusion is mild aortic valve insufficiency and mitral valve regurgitation.
I really want to avoid any complications at the CRC, I MUST insist you get the EKG prior to the scheduled deployment in October 2005; if the military physician wants to wave the testing, it must be documented.

Thanks for your cooperation,

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

**Powell, Tonia**

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Wednesday, March 09, 2005 1:53 PM |
| **To:** | ████████████████████ |
| **Cc:** | Thiel, Ken |
| **Subject:** | ████ Annual Physical |

**Tracking:**

| Recipient | Delivery |
|---|---|
| ████████████████ | |
| Thiel, Ken | Delivered: 3/9/2005 1:53 PM |

Hi ██████ 

I have received your latest medical records and I apologize for the late response. The Wellness Unit needs the following prior to determine your medical clearance for World Wide Mobility

- ❀ I just need the final results of the Pap smear.
- ❀ Chemistry results (calcium, sodium, potassium, carbon dioxide, chloride, Bun and creatinine) were not a part of the submitted lab reports. Hopefully the test was performed and you will not have to get another needle stick.

Lastly, I noted you have elevated cholesterol levels. The CRC does not have specific requirements, however, on the last mobile team, two of our members were stood down and it took at least 7 to 10 days of multiple dialogues to get our members through processing. Therefore, Wellness has decided that the cholesterol levels are to be within normal limits to avoid this incident again.

██████, please begin making modifications in your diet that will include high fiber, fruits & vegetables and increased exercise activities. In addition, you will need to repeat your cholesterol levels prior to your deployment. DO NOT WAIT TO ADJUST YOUR DIET/EXERCISE and seek medical advice to determine if you need prescribed intervention to reduce the cholesterol levels.

If you are asked to deploy, Wellness will review your blood pressure, weight, EKG results prior to determine your medical clearance for World Wide Mobility.

Thanks
Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

**Powell, Tonia**

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Tuesday, February 08, 2005 11:00 AM |
| **To:** | ████████████████████ |
| **Subject:** | FW: ████ Annual Physical |

Hi ████

I have received your faxed medical records and it seems as if you have a lot going on right now. You are NOT MEDICALLY CLEARED because of the elevated diastolic blood pressure and now you have a dental classification 3, which falls within the criteria that you are not eligible for deployment. Additionally, I have received the pre-operative list for the colonoscopy, which I am not sure if it for screening or if you have been having some gastrointestinal symptoms.

If you like, we should arrange sometime that we can talk by phone to discuss all of the changes that are happening with you health.
Hope to talk with you soon,

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

2/9/05: ████ called from Japan & reported that is doing well
"just getting old - you know I am 50" :-)
Screening colonoscopy
Needs dental care
↑ EP related to work : ↓ personnel, ↑ volunteer support .

**Shearer, Anna**

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Monday, March 21, 2005 9:43 AM |
| **To:** | ' |
| **Cc:** | Saab, Marylou; Rajapakse, Champa; Pyle, Doug; Shearer, Anna |
| **Subject:** | RE: [MAY BE SPAM] Vaccination Record |

Hi 

The Wellness unit is in receipt of your immunization record. You are **MEDICALLY CLEARED** for your upcoming deployment. I will see you soon at our briefing session.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:**
**Sent:** Monday, March 21, 2005 9:39 AM
**To:** Powell, Tonia
**Subject:** [MAY BE SPAM] Vaccination Record

HI and thank you for your phone call this AM.

I faxed to you, as discussed, the vaccination records requested. Please acknowledge receipt of this e-mail and forward Wellness Release to Ms. Marylou Sabb, HR. with a copy to me if possible      (GSK 85750@aol.com).

Thanks again,



**Powell, Tonia**

| | |
|---|---|
| **From:** | Powell Tonia |
| **Sent:** | Tuesday, February 15, 2005 2:34 PM |
| **To:** | ▉▉▉▉▉▉▉▉ |
| **Cc:** | Thiel, Ken |
| **Subject:** | RE: RE: RE: RE: ▉ Work Comp |

**Tracking:**

| Recipient | Delivery |
|---|---|
| ▉▉▉▉ | |
| Thiel, Ken | Delivered: 2/15/2005 2:34 PM |

Hi ▉▉▉

I am between angry and disappointed with the care provider who instructed you to reuse the ice pack. The instant cold pack are NOT REUSABLE, which is clearly stated on the package.

I am glad you will get treatment at Fort Bliss and I will see you at the time of de-briefing on Thursday February 17.
Please take extra care.
Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Tuesday, February 15, 2005 2:20 PM
**To:** Powell, Tonia
**Subject:** Re: RE: RE: RE: ▉ Work Comp

The doctor gave me a cold pack, one of those kind that you break up and put over the area to be iced. He then told me that when it got warm, to put it in the freezer and use it again, which I did. The first time I used it, I didn't notice any problem, although I admit I applied it directly to my elbow. The second time I also applied it directly, but it felt colder for a while then got numb. I didn't think anything of it, until later that day (Thursday) I noticed I had red marks like burns on my forearm where the cold pack had been. By Friday it had blistered up, about 4 inches long and one inch wide. We were flying the next day. I went to another clinic on the installation, but they didn't have any sulfadine in a small size they could give me. I've been caring for the burns myself.

I have an appointment with the military medical people here at Ft. Bliss at 1400 today. I will

## Powell, Tonia

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Wednesday, February 16, 2005 8:05 AM |
| **To:** | Seldon, Carolyn |
| **Cc:** | Thie., Ken; Walton, Kay; Kingsley, Roger; Huffstutler, John |
| **Subject:** | RE: ███████ |
| **Importance:** | High |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | Seldon, Carolyn | Delivered: 2/16/2005 8:05 AM | |
| | Thiel, Ken | Delivered: 2/16/2005 8:05 AM | Read: 2/16/2005 8:12 AM |
| | Walton, Kay | Delivered: 2/16/2005 8:05 AM | |
| | Kingsley, Roger | Delivered: 2/16/2005 8:05 AM | |
| | Huffsutler, John | Delivered: 2/16/2005 8:05 AM | Read: 2/16/2005 8:07 AM |

Hi Carolyn

Thanks for the update and I am glad you directed her to go the William Beaumont Hospital; she needs acute evaluation. If she is rejected she should not go to a DC Clinic, BUT to the HOSPITAL EMERGENCY ROOM FOR TREATMENT. I am concerned that the x-ray was not completed and she has 2nd degree burns that need evaluation.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** Seldon, Carolyn
**Sent:** Wednesday, February 16, 2005 7:50 AM
**To:** Powell, Tonia
**Cc:** Huffstutler, John; Kingsley, Roger; Dumlao, Sheila
**Subject:** ███████

Good Morning, Tonia:

I spoke to ███████ this morning. She informed me the SRP medics refused to look at her arm., telling her they were not there to do any treatment, but only to document for their records. ████ had the CRC personnel take her to the clinic, but they wouldn't see her without a referral from the SRP who refused to give her a referral. Her arm wasn't x-rayed in T krit due no x-ray equipment. She is experiencing limited range of motion, and little to no strength in her arm. She also said she has second degree burn from the cold pack. I stressed to Kathy that she should go to William Beaumont Hospital emergency

room to seek treatment. She was reluctant, thinking she'll only get more rejection. I told her she should at least try. She said, okay. In case you want to try to reach her, the phone # at Ft. Bliss: ███████████

If ████████ is unsuccessful in being seen at the emergency room, Shelia will provide the name & location of a clinic in DC where one of our previous deploying staff members was treated for flu-like symptoms.

*********************************************

Carolyn Seldon, Sr. Associate
Response - Staff Deployment
American Red Cross - NW 3-134B
2025 E Street, NW
Washington, DC 20006
Phone: (202) 303-8518; DSN: 762-0512
Fax: (202) 762-0514; DSN: 762-0514

## Powell, Tonia

**From:**
**Sent:** Tuesday, March 22, 2005 5:12 PM
**To:** Powell, Tonia
**Subject:** RE: Update on ▮▮▮▮▮ Medical Status

I have a Barium enema test scheduled for March 31, 2005.

▮▮▮▮▮

-----Original Message-----
From: PowellT@usa.redcross.org [mailto:PowellT@usa.redcross.org]
Sent: Tuesday, March 22, 2005 11:53 PM
To: ▮▮▮▮▮▮▮▮
Subject: RE: Update on ▮▮▮▮▮ Medical Status

Hi ▮▮▮
I got your medical information this morning. Take care in following the physician's direction for your blood pressure medication. Were you able to schedule the Barium enema test? I heard that some of our staff is having difficulty in getting care/treatment in Bahrain...did not know if that would be a problem for you.

Be encouraged and I'll talk with you soon! And of course, just fax the medical updates when you receive the information.

Have a Great Day!
Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20005
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: ▮▮▮▮▮▮▮▮▮▮
Sent: Tuesday, March 22, 2005 3:35 AM
To: Powell, Tonia
Subject: Update on ▮▮▮▮▮ Medical Status

Hello Tonia,

In keeping with my attempt to keep you posted on my medical status, I would like for you to know that I am still receiving dental care. I also met with my primary physician on Monday, March 2005 for a follow-up examination.

I have faxed you a the latest medical information that I received from my physican. I started taking medication for my high blood pressure on 21 March 05. And after only one pill, my blood pressure has return to a safe and normal level. 136/86 My next dental appointment is scheduled for 8 April 05.

1

**Powell, Tonia**

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Wednesday, March 30, 2005 10:32 AM |
| **To:** | 'Martin, Deloris CIV American Red Cross' |
| **Subject:** | RE: ████████ Medical Appointment |

Hi Dee

Thanks for the update.

Please encourage ████ to take the complete prescription of antibiotics and other treatments to avoid re-infection. In addition, she should drink plenty of water and cranberry juice if it is tolerable.

How is the team? I know you are more exhausted than expected because of the initial crazy and frustrating delay at the CRC.


Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** Martin, Deloris CIV American Red Cross [mailto:Deloris.Martin@arifjan.arcent.army.mil]
**Sent:** Wednesday, March 30, 2005 10:13 AM
**To:** Powell, Tonia
**Cc:** Huffstutler, John
**Subject:** ████ Medical Appointment

Tanya,

████████ went on sick call yesterday morning for a possible bladder infection. She was given an appointment time and went back for her appointment. She was seen by a PA, given medication, seems to be doing fine, and is at work. Just keeping you up to date on team health issues. Dee

**Shearer, Anna**

**From:** Powell, Tonia
**Sent:** Thursday, April 14, 2005 5:18 PM
**To:** Shearer, Anna
**Subject:** FW: American Red Cross International Delegate

**Importance:** High

Hi Anna
I contacted Dr. Guidotti and he is in San Franciso..so I did a verbal review of the record and he recommended that the employee get the EKG and CXR. I sent the following attachment for him to complete to document the decision. He will be traveling through May (China) and will be back in June, but does respond to his messages.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** Powell, Tonia
**Sent:** Thursday, April 14, 2005 1:03 PM
**To:** 'eohtlg@gwumc.edu'
**Subject:** American Red Cross International Delegate
**Importance:** High



ARC letterhead
temp.doc (35 KB...

Hi Dr. Guidotti

I have an International Delegate scheduled to depart for Sri Lanka tomorrow evening. I am in the process of collection all of the physical examination records. Currently, I have the complete physical examination that was completed 4/12/05 and 11/30/04 including blood work completed in November.

Based on review of the submitted records, there are no documented morbidities and the lab values are within normal limits. I would like to fax the information to you for review and to determine if the EKG and CXR can be waived. **No matter what your decision is (waive or not to waive) please document that information in the above attachment.**

**Please provide your fax number**

1

**Powell, Tonia**

| | |
|---|---|
| **From:** | Powell Tonia |
| **Sent:** | Friday, June 17, 2005 11:09 AM |
| **To:** | Walton, Kay; Kingsley, Roger; Huffstutler, John |
| **Subject:** | ██Deployment EKG |

**Tracking:**

| Recipient | Delivery |
|---|---|
| Walton, Kay | Delivered: 6/17/2005 11:09 AM |
| Kingsley, Roger | Delivered: 6/17/2005 11:09 AM |
| Huffstutler, John | Delivered: 6/17/2005 11:09 AM |

Hi

I just spoke with Col Johnson at Fort Bliss CRC, who recommends that the EKG be completed. I reviewed last year EKG results and Roland's current blood pressure, heart rate (which are normal) and she believes that if the EKG remains normal, ████would meet medical criteria for deployment.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

## Powell, Tonia

**From:** Powell, Tonia
**Sent:** Wednesday, June 22, 2005 9:50 AM
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** ▇▇▇▇ Annual Physical

Hi ▇▇▇▇

I am in receipt of the medical documentation, just remember do not fax anything after June 30, 2005
Secondly, please keep an eye on your blood pressure; it was 143/90 and last year was more normal. The military regulations state that three consecutive readings of a systolic greater than 140 and diastolic greater than 90 can be grounds for ineligibility for deployment.

Please monitor and DOCUMENT your blood pressure for the next 3-5 days to see if this is a new symptom or just a busy day that reflected higher reading. If you are able to do the reading now, that is fine. However, make sure you resolve the question of blood pressure prior to the end of July. That way if the physician needs to treat the blood pressure, you will have at least 30-days to determine the response to treatment.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

**Powell, Tonia**

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Thursday, June 23, 2005 8:22 AM |
| **To:** | ▉▉▉▉▉▉ |
| **Subject:** | RE: CRC and Medical |

**Tracking:** **Recipient**      **Delivery**

▉▉▉▉▉▉ Delivered: 6/23/2005 8:22 AM

Hi ▉▉▉▉

I saw the elevation, but there was on change in the other values, especially your CBC white count that pointed to sign of bacterial infection, but we will see what happens with the results at the CRC. The worst that can happen is a prescription for antibiotics for approximately 10-days.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** ▉▉▉▉▉▉▉
**Sent:** Wednesday, June 22, 2005 4:13 PM
**To:** Powell, Tonia
**Subject:** CRC and Medical

Hi Tonia. There was only a mention of my high cholesterol going through the SRP. However, the Health Care provider asked me to go back and get an urinalysis as the original lab work they did in December showed I had an elevated white cell count and cloudy urine. The nurse at Ft campbell did not catch that and neither did I. Just wanted to let you know in case something comes up with it. I went to the TMC today and they should have the lab results back tomorrow and we fly tomorrow. The Health Care provider just wanted to make sure I wouldn't run into problems there. Just wanted to make you aware. Thanks.

▉▉▉▉▉

**Powell, Tonia**

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Tuesday, June 21, 2005 10:15 AM |
| **To:** | ▉▉▉▉▉ |
| **Cc:** | McLaughlin, Dennis; Sanderson, Nikki |
| **Subject:** | RE: ▉▉▉ Deployment Physical |

Hi ▉▉▉▉

Thanks for your quick response. I hope that you have a positive antibody for the Japanese encephalitis vaccine. If not, it is okay to follow-up in Washington and/or ▉▉▉▉▉ depending on your travel schedule. I am glad you have malaria coverage as well. Based on this update and the medical records, you are MEDICALLY CLEARED for your international assignment.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** ▉▉▉▉▉▉▉▉▉▉
**Sent:** Tuesday, June 21, 2005 10:08 AM
**To:** Powell, Tonia
**Cc:** McLaughlin, Dennis
**Subject:** Re: ▉▉▉ Deployment Physical

Hi Tonia,

Thanks for the good news!

For the Japanese Encephalitis Vaccination, I have been trying to get some information here for the last week. The problem is that here in France the vaccine is only administered in specific dispensary centers (the same as for Yellow Fever). When I talked to the doctor in charge, he did not want to start the vaccine series without giving me a serology test for antibodies (sorry I am not good at medical terminology). He thinks that the vaccine I had in 2001 may still be postive and he doesn't want to administer the vaccine without doing the antibody test. For me I have no problem taking the vaccine again after reading up on it. However, it may be complicated here in France from what I can see, especially if the antibody test is negative and the vaccine series must be retaken. This could take up to a month, since the schedule is 0 days, 7days and 30 days. What I would like to suggest if possible is if I could get the vaccine in Washington when I am there or in ▉▉▉▉▉. If I got the first shot in Washington, I could get the other 2 in ▉▉▉▉. I followed this same schedule when I went to ▉▉▉▉ and I had no problems and I am completely comfortable with it.

For the Malaria Prophylaxis; yes I will take the medicine I have with me which is a French medecine called Savarin which is basically just cholorquin and paludrine. I have alot of experience with malaria medicine, having lived in Africa and Asia for over 2 years and this is the one that works best for me. However, I do not plan on taking it 100% of the time - I would like to judge for myself my working and

living conditions once I am in ▮▮▮▮▮▮▮. (I don't like to take malaria prophalxyis continously since I have lived in endemic zones for so long.

I hope that answers your questions.

Regards,



----- Original Message -----
From: PowellT@usa.redcross.org
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Tuesday, June 21, 2005 3:39 PM
Subject: ▮▮▮▮ Deployment Physical

Hi ▮▮▮▮▮▮

Your medical records have been interpreted and everything is good.  What have you decided about the Japanese encephalitis vaccination? Are you taking malaria prophylaxis on your assignment?

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Powell, Tonia
Sent: Tuesday, June 21, 2005 8:01 AM
To: ▮▮▮▮▮▮▮
Cc: McLaughlin, Dennis
Subject: RE: Medical Documents - ▮▮▮▮▮▮▮ (2 of 2)

Hi ▮▮▮▮▮▮

Excellent on all points, you will here from me later today regarding your clearance.

Thanks,
Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

**Powell, Tonia**

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Tuesday, June 21, 2005 8:01 AM |
| **To:** | ██████████ |
| **Cc:** | McLaughlin, Dennis |
| **Subject:** | RE: Medical Documents - Aaron Brent (2 of 2) |

**Tracking:**    **Recipient**         **Delivery**

██████████

McLaughlin, Dennis Delivered: 6/21/2005 8:01 AM

Hi ██████

Excellent on all points, you will here from me later today regarding your clearance.

Thanks,
Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** ██████████
**Sent:** Monday, June 20, 2005 5:30 PM
**To:** Powell, Tonia
**Subject:** Re: Medical Documents ██████ (2 of 2)

Hi Tonia,

Thanks - I received the message on the wanadoo account (if it is not too much trouble please cc all your responses to me to this account to make sure I get them)

To answer your questions:

1. Oops sorry about not sending the first page of form 1800, but I thought you might not need it, because it was filled in when I got it - The file that I received is attached.

2. For the PPD test - My test was just barely positive(one cross according to the doctor if that has any relevance in English). This positive result should be normal as I received the BCG vaccination when I was born in ██████ (please see the copy of my vaccination records - BCG 09/1973 1 cc). I believe I have tested positive before in ██████ to a PPD as a child, but I am not sure. I have never had any type of respiratory problems.

Good luck with getting the documents translated.

Talk to you tomorrow and good evening.



----- Original Message -----
From: PowellT@usa.redcross.org
To: 
Cc: mireille.teyssie@wanadoo.fr
Sent: Monday, June 20, 2005 11:19 PM
Subject: FW: Medical Documents - ██████████ (2 of 2)

Hi ████

Your records will be interpreted tomorrow morning.
Thanks,

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Powell, Tonia
Sent: Monday, June 20, 2005 11:43 AM
To: ████████
Subject: FW: Medical Documents - ████████ (2 of 2)
Importance: High

One more thing... I need the first page of the 1800 form. It is the page that asks
what functions can be performed. You sent the second page.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Powell, Tonia
Sent: Monday, June 20, 2005 11:32 AM
To: ████████
Subject: FW: Medical Documents - ████████ (2 of 2)
Importance: High

Hi 

I am in the process of getting the documents translated.  But I have a questions regarding your positive PPD.
- ☐ Was this your first positive; if not what date (if you can remember) you tested positive?
- ☐ Were you treated? Are you being treated?
- ☐ Any respiratory problems?

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** Powell, Tonia
**Sent:** Monday, June 20, 2005 11:07 AM
**To:** ▓▓▓▓▓▓▓▓
**Cc:** McLaughlin, Dennis; Sanderson, Nikki
**Subject:** RE: Medical Documents -▓▓▓▓▓▓▓ (2 of 2)
**Importance:** High

Hi ▓▓▓▓

I am in receipt of your medical reports, however, I need an interpreter for some of the reports from French to English.  It appears all is well.  I will contact Dennis to have a person in International to make the needed translation.

Thanks, and I will contact you soon regarding your clearance for your assignment.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, June 20, 2005 10:15 AM
**To:** Powell, Tonia
**Cc:** McLaughlin, Dennis
**Subject:** Medical Documents -▓▓▓▓▓▓▓ (2 of 2)

Here is the second email, with the following documents attached.

1. Report from the blood analysis (2 pages/documents)
2. The Health Screening Report completed by the physician
3. The Medical Examination Record completed by the physician

## Powell, Tonia

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Wednesday, June 15, 2005 12:22 PM |
| **To:** | McLaughlin, Dennis |
| **Cc:** | Sanderson, Nikki |
| **Subject:** | ▮▮▮▮ Deployment Physical |

**Tracking:**

| Recipient | Delivery |
|---|---|
| McLaughlin, Dennis | Delivered: 6/15/2005 12:22 PM |
| Sanderson, Nikki | Delivered: 6/15/2005 12:22 PM |

Dennis

I have received your recent voicemail message regarding ▮▮▮▮▮▮▮ progress in completing the physical examination for medical clearance. The delegate has not submitted any additional information since the last electronic communication on June 10, 2005. The outstanding medical records as noted in the June 10, 2005 email have not been submitted, which are:

- ☐ Form 1800 (medical examination record)
- ☐ EKG
- ☐ Chest x-ray
- ☐ Laboratory work (CBC, chemistry & urinalysis)
- ☐ Immunizations: PPD, Malaria prophylaxis and Japanese Encephalitis

The delegate had expressed concerns on the expense, efficacy and possible bodily reactions to the Japanese Encephalitis vaccine. Wellness instructed ▮▮▮▮ to discuss the efficacy and possible allergic reactions with the health care provider at the time of the examination.

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

**Powell, Tonia**

| | |
|---|---|
| **From:** | Powell, Tonia |
| **Sent:** | Friday, June 10, 2005 9:55 AM |
| **To:** | ████████████ |
| **Cc:** | McLaughlin, Dennis; Sanderson, Nikki; Rajapakse, Champa |
| **Subject:** | ████ Physical Examination for ████████ assignment |

**Tracking:** | **Recipient** | **Delivery** |
|---|---|
| ████████████ | |
| McLaughlin, Dennis | Delivered: 6/10/2005 9:56 AM |
| Sanderson, Nikki | Delivered: 6/10/2005 9:55 AM |
| Rajapakse, Champa | Delivered: 6/10/2005 9:55 AM |

Good Morning ████████

I have printed the attached medical documents that you sent.  Thanks for your quick response and I know that you are in the process of completing the rest of the physical examination.  For documentation purposes, the following medical items are outstanding:

- ⚜ Form 1800 (medical examination record)
- ⚜ EKG
- ⚜ Chest x-ray
- ⚜ Laboratory blood work (CBC, chemistry & urinalysis)
- ⚜ Immunizations
  - o PPD is recommended for pre-departure verification
  - o Malaria prophylaxis
  - o Japanese Encephalitis (JE)

I have noted your comments regarding the JE vaccine.  The American Red Cross Wellness Unit refers to the Travax report and CDC recommendations for objective guidelines to ensure that employees have the proper immunization coverage during their assignment.  Your particular assignment increases your exposure to the various viral, bacteria, water, food and insect pathogens.  **Please review the activities listed that indicate the need for JE coverage.**  If your work assignment (████████████████) is within the rural areas as described, the **Wellness Unit advises that you get the immunization coverage.**

However, I am concerned that you are uncomfortable about the receiving the JE vaccine.  Your record demonstrates that you received the vaccine and booster in 2001.  If you had an allergic reaction to the JE vaccine or felt some unusual symptoms with the vaccine, please discuss this with the health provider.   If there is any hint of an allergic reaction, the health care provider <u>will not</u> administer the vaccination.  Therefore, please discuss your assignment, any reactions and concerns about the vaccine with the physician.

Lastly, in regards to the expense of the vaccination and other cost related to completion of the physical examination, I must refer you back to Dennis McLaughlin to provide you with the answers.  However, any medical questions; I am available Monday through Friday from 7:30 am to 4:30 pm.  Please feel free to call me.

Thanks again and have a great day!

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
**From:** ███████████████████████
**Sent:** Friday, June 10, 2005 8:33 AM
**To:** Powell, Tonia
**Cc:** McLaughlin, Dennis
**Subject:** vaccinations

Dear Tonia,

Please find attached copies of my proof of vaccinations (3 pages in total).

I have proof of all the vaccinations that are mandatory in your cover letter (Tetanus, Diptheria, Polio, Measles, Typhoid and Hepatitis A), but I have a question concerning the recommended vaccinations. On the Travax report I seem to have all of the vaccinations recommended except for the Japanese Encephalitis vaccination, as mine has expired. My question is this: if the vaccination is recommended in the Travax report, is it considered Mandatory by the ARC or just "recommended"?? This is a vaccination I don't care to have again because it is very expensive, the efficacity is questioned, and the possibility to allergic reactions is very high? Please let me know if you have a response.

Regards,

██████████

## Powell, Tonia

| | |
|---|---|
| **From:** | McLaughlin, Dennis |
| **Sent:** | Wednesday, June 08, 2005 11:32 AM |
| **To:** | Powell, Tonia |
| **Cc:** | Sanderson, Nikki |
| **Subject:** | ████████████████████ |

Tonia,

Below are the essential job functions for ██████████.

Please let me know if you need additional info.

Regards,

Dennis x6866

SUMMARY: In response to the December 26 tsunami and earthquake in Asia and Africa, the American Red Cross seeks an experienced water and sanitation expert to manage a portfolio of programs in ████████ to improve access to safe water, provide adequate sanitation and prevent water-related diseases and death. The ████████████████████ will provide technical assistance and project oversight in designing, implementing, and evaluating various water and sanitation programs in ████████ in collaboration with Red Cross and non-Red Cross partners.

RESPONSIBILITIES: Ensure the identification, planning and establishment of new water and sanitation sites as well as rehabilitation of existing water systems. Assist in planning and managing the transition from the emergency phase into the development phase. Train Red Cross water sanitation staff as well as NGOs and other agencies to ensure an integrated approach to address community health needs. Provide required reports regularly and maintain detailed records. Help develop and monitor project objectives and deliverables. Ensure that sustainable systems are set in place for longer-term operation and maintenance of all water supply and sanitation facilities. Ensure that projects are implemented in a consultative and participatory manner, with gender sensitivity and within the framework of Fundamental Principles of the Red Cross and Red Crescent Movement

QUALIFICATIONS: Bachelor's degree in engineering or public health, or the equivalent experience required; Master's degree preferred. Minimum five years of experience in implementing water and sanitation programs in both emergency and non-emergency setting, performing technical assessments, and training of staff, to include at least two years of experience overseas. Strong international project design and project management experience with proven track record of successful teamwork needed. Diverse international experience covering public health, food and nutrition desired. Advanced knowledge of water and sanitation engineering and training in the use of a variety of water equipment including mobile water unit, sanitation kits, water treatment chemicals, water tanker sets, etc. Demonstrated depth and breadth in participatory methods to engage local communities in needs assessments, design and implementation of local, culturally acceptable water and sanitation interventions. Familiarity with ARC operating environment helpful. Experience in Asia preferred. Excellent verbal and written communication skills required. This position will be based in ████████ and require up to 40 percent travel within the country.

Dennis McLaughlin
International Recruiter
Recruiting and Employee Relations, HR
American Red Cross
(202) 303-6866

(202) 303-0019 fax
mclaughlind@usa.redcross.org
http://RedCross.org



## American Red Cross

*Together, we can save a life*

# Fax

To: *Dennis McLaughlin*

From:
Name: Wellness Unit
Office: *Powell RN*
         *X 4972*

Phone:

Fax:  *0019*

Re: ████████ *TravAx*

Fax:  202-303-0017

Date:

Pages:  *4*

√ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Note:

*General rpt ,*
*You did not provide essential job functions*

American Red Cross
2025 E Street NW
Washington DC 20006

## TRAVAX® Provider Health Report
Dennis McLaughlin: Updated ▓▓▓▓▓▓▓ Travel Report

## HEALTH CONCERNS SUMMARY

The following may pose a risk or require preventive measures based on this itinerary. See the report sections below for details.

- **Vaccine-Preventable Diseases:** hepatitis A, hepatitis B, influenza, Japanese encephalitis, rabies, typhoid
- **Malaria**
- **Other Diseases:** dengue fever, traveler's diarrhea

## YELLOW FEVER SUMMARY

Based on a Round Trip with United States as the Home Country

| Yellow Fever Requirement Summary | | | | | |
|---|---|---|---|---|---|
| Country | Infected | Endemic | Required From | For Age & Older | See Note |
| UNITED STATES | No | No | None | None | |
| ▓▓▓▓▓▓▓ | No | No | Inf. Area | 1 yr. | |

**Requirement:** Official certification of vaccination **is not required for entry** with this itinerary sequence. Health-related requirements for a **visa** may be different; if a visa is necessary, be sure to inquire when applying (up-to-date requirements are not always listed on forms or web sites).

**Recommendation:** Yellow fever vaccination **is not needed** for health protection when visiting countries on this itinerary.

## Practical Requirement Information

- ▓▓▓▓▓▓▓
  - Required for travelers coming from infected countries.

## OTHER IMMUNIZATION RECOMMENDATIONS

- **Hepatitis A**
  - ▓▓▓▓▓▓▓
    - *Recommended for:* all travelers.
- **Typhoid**
  - ▓▓▓▓▓▓▓
    - *Recommended for:* all travelers.
- **Hepatitis B**
  - ▓▓▓▓▓▓▓
    - *Recommended for:* prolonged stays; frequent short stays in this or other high risk countries; adventure travelers; the possibility of acupuncture, dental work, or tattooing; all health care workers; the possibility of a new sexual partner during stay; and travelers with high potential to seek medical care in local facilities. Consider for short stays in risk-averse travelers desiring maximum pre-travel preparation. Increased awareness is recommended regarding safe sex and body fluid/blood precautions.
- **Japanese encephalitis**
  - ▓▓▓▓▓▓▓
    - Risk exists in rural areas throughout the country except mountainous regions. Transmission season is from October to January with a secondary peak May to June. *Recommended for:*

prolonged stays in risk areas, frequent short stays in risk areas, shorter rural visits by those with extensive outdoor exposure such as hikers and adventure travelers, and all long-term expatriates, including those living in urban areas due to the likelihood of occasional rural travel. Not recommended for short visits to urban areas or to usual rural tourist sites. Evening and nighttime insect precautions are recommended.

- **Rabies**
  - o ▓▓▓▓▓
    - ■ Risk occurs in most parts of the country. *Recommended for:* prolonged stays with priority for young children. Also recommended for shorter stays at locations more than 24 hours travel from a reliable source of post-exposure rabies vaccine; occupational exposure; all adventure travelers, hikers, cave explorers, and backpackers. Consider for risk-averse travelers desiring maximum pre-travel preparation. All dog bites or scratches while in this country should be taken seriously and post-exposure prophylaxis sought even in those already immunized.

- **Influenza**
  - o ▓▓▓▓▓
    - ■ Flu is transmitted year round in the tropics and all travelers are at increased risk. *Recommended for:* all travelers over age ▓▓; all travelers of any age with any chronic or immunocompromising conditions. Consider for any traveler wishing to decrease risk of influenza or non-specific respiratory illness. Consider anti-virals as standby therapy for those inadequately immunized.

- **Routine vaccinations (adults only)**
  - o **Tetanus/diphtheria (all countries)**—Adequate primary series plus one dose of Td within the last 10 years.
  - o **Measles (all countries)**—Indicated for those born in 1957 or later (1970 or later in Canada) without history of disease or of 2 adequate doses of live vaccine at any time during their life. Many countries (including the U.K.) recommend that adults need to have had only 1 countable dose at any time during their life.
  - o **Pneumococcal (all countries)**—All adults over 65 and those with chronic disease or compromising conditions.
  - o **Polio**
    - ■ ▓▓▓▓▓
      - ■ Adult polio boosters are unnecessary for travel to this country.
  - o **Varicella (all countries)**—Consider for long-term travelers with no history of varicella (chickenpox).

# MALARIA

## Malaria Risk

- • ▓▓▓▓▓
  - o Risk (predominantly *P. vivax*) exists throughout the year in the whole country, excluding the districts of ▓▓▓▓▓, ▓▓▓▓▓, ▓▓▓▓▓, and ▓▓▓▓▓. Risk is highest in Eastern Province.

## Malaria Prophylaxis

Recommend evening and nighttime insect precautions in risk areas.

- • ▓▓▓▓▓
  - o Medicines that protect against malaria in this area include mefloquine (Lariam), doxycycline, or atovaquone/proguanil (Malarone). Primaquine may be used in special circumstances (G6PD testing is required).

# PROVIDER SUMMARY BY COUNTRY

▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓ is a developing nation in the lower half of the world's economies. It is a tropical island lying in the Indian

Ocean off the southeast tip of India. The climate tends to be hot and humid year round. Heaviest rains occur during the northeastern monsoon season from November to January and the southwestern monsoon season from May to July.

Medical care is substandard throughout the country including in ███████. Adequate evacuation coverage for all travelers is a high priority. In the event of serious medical conditions every effort should be made to go to ████████ or ██████████. Hospital accommodations are inadequate throughout the country and advanced technology is lacking.

## TRAVELER'S DIARRHEA

- High risk throughout the country including deluxe accommodations in major cities.
- Consider empiric treatment with loperamide and/or a quinolone antibiotic.

## OTHER

- Dengue fever occurs in urban and rural areas. Recommend daytime insect precautions.
- Security – *Warning against Travel:* Due to military conflict and ongoing security concerns, a Canadian consular warning currently advises against all travel to areas in the east of the country, including ██████████, ██████████, and ████████. Other governments limit their travel warning to non-essential travel to the north or east (other than ███████████████ and ██████████). *Other Information:* Travelers are advised not to travel to the north, east, and far southeast of the country due to armed conflict with the ██████. Terrorist activities including bombings regularly occur in ████████. The southwestern third of the country, which includes coastal beach resorts and hill towns is generally considered safe. Advise extraordinary vigilance and strict adherence to personal security strategies at all times.

© 2005 Shoreland, Inc. All Rights Reserved.