# American Red Cross National Headquarters
# Job Documentation Tool

*Boxes shaded in blue are for Compensation use only*

## Part 1: Job Data
*New jobs will not have a job code. Compensation will assign a code at the conclusion of the evaluation.*

| | New: X | Revised: ☐ | | |
|---|---|---|---|---|
| Job Code: | HRHWP2 | | EEO Code: | 2A |
| Job Title: | Employee Wellness Nurse II | | FLSA: | Exempt |
| Reports to: | Varies | | Band: | B |
| Department: | Varies | | Survey Name & Code: | SIRS/U021 |
| Division: | Varies | | Market: | $53,331 |
| Effective Date: | 02/23/04 | | Evaluation Date: | 02/23/04 |

## Part 2a: Benchmark Description
*Insert primary survey job summary.*

NURSE - EMPLOYEE HEALTH
Responsible for administering health management programs such as workers' compensation, long-term disability and wellness programs. Provides nursing services to employees or persons who become ill or suffer an accident. Maintains record of persons treated, prepares accident reports, provides health education information, dispenses standard drugs and medicines such as aspirin and cough or cold tablets, refers contagious diseases or serious injuries to company or employee's physician. Must be a registered nurse. May work with Toxicology/Hygiene to recognize environmental factors and/or stresses in or from the workplace that may cause sickness, impaired health, or discomfort among the workers.

## Part 2b: Organization Summary
*Describe the primary function or overall purpose of the job in no more than 3 sentences. Answer the question: Why does this job exist in this organization?*

Ensures compliance with federal and state regulations related to employee health and safety, maintains medical records, and provides varied health services for organization staff. Identifies illness and injury trends and develops processes and procedures to prevent employee illnesses or injuries and decrease organizational risk. Promotes health and safety education programs and may conduct specific health and safety training classes.

## Part 3: Duties/Essential Functions
*Describe no more than 5 major duties/essential functions in order of importance. Describe an approximate percentage of work time spent on each during the course of a year.*

| | | |
|---|---|---|
| 1. | Administers worker's compensation and disability claims by providing appropriate information to insurance carrier and guidance to employees. Reviews incoming physical and mental health provider's statements and may establish appropriate restrictions and clearances for employees. | |
| 2. | Maintains appropriate systems, documents, forms, tools and manuals as needed to support legal requirements and operational needs. | |
| 3. | Identifies environmental factors and/or stresses in or from the workplace that may cause sickness, impaired health, or injury to employees. Identifies actions and develops recommendations to address employee health and safety issues. | |
| 4. | Assesses employee health and safety awareness and needs; promotes health programs and develops training to address employee population needs. | |
| 5. | Provides nursing services to employees who become ill or suffer an accident. | |

## Part 4: Resource & Scope Responsibility
*Complete where applicable. Estimates will suffice. Submit an organization chart detailing the reporting relationships along with this document.*

| | | |
|---|---|---|
| 1. | Number of direct reports | 0 |
| 2. | Number of indirect reports | 0 |
| 3. | Number of employees that incumbent supports (administrative, field support, and | Varies |

| | | | |
|---|---|---|---|
| | service delivery jobs) | | |
| 4. | Annual budget | | NA |
| 5. | Other resource responsibilities (project costs, sales, volume, facilities etc.) | | NA |
| | a. | Interfaces with vendors, insurance carriers, case management companies. Involves supporting employees in various locations with varying regulations and providers. | |
| | b. | Makes independent professional judgments in providing nursing care to employees. | |
| | c. | | |
| | d. | | |
| 6. | Organizational contacts (internal and/or external peers, vendors, contractors, etc.) | | |
| | a. | Internal contacts with various national headquarters departments, chapters and other service delivery units | |
| | b. | External contacts with government and non-government organizations | |
| | c. | Establishes and maintains relationships with community health and medical resources. | |
| | d. | | |

**Part 5: Equipment, Computer Software/Hardware and/or Tools**
*List any equipment or tools needed to accomplish the duties listed in Part 3. For example, personal computer, spreadsheet applications, electron microscope, offset printing press, etc.*

| | | | |
|---|---|---|---|
| 1. | Personal Computer | 6. | |
| 2. | Word-Processing Applications | 7. | |
| 3. | Spreadsheet Applications | 8. | |
| 4. | | 9. | |
| 5. | | 10. | |

**Part 6: Education and Experience**
*Indicate how much minimum education and experience is required to perform the duties in Part 3.*

| Education | | Experience | Total | Supervisory |
|---|---|---|---|---|
| High school diploma or equivalent | ☐ | Less than 1 year | ☐ | ☐ |
| High school plus technical certificate/training | ☐ | 1 to 3 years | ☐ | ☐ |
| 2-year college degree | ☐ | 3 to 5 years | X | ☐ |
| 4-year college degree | X | 5 to 7 years | ☐ | ☐ |
| Masters or other post-graduate education | ☐ | 7 to 10 years | ☐ | ☐ |
| PhD | ☐ | 10 to 15 years | ☐ | ☐ |
| MD | ☐ | 15+ years | ☐ | ☐ |

| | |
|---|---|
| Discipline/Major | Nursing |
| Professional Certifications/Licenses | Registered RN License |

**Part 7: Other Skills**
*List any other required relevant job skills not covered by sections 2 through 6 above (specific industry experience required, number of years experience in lieu of degree, etc.)*

Knowledge and application of emergency care procedures occupational health and safety principles
Knowledge of adult education principles
Knowledge of specific diagnostic medical programs

**Part 8: Working Conditions**

| | |
|---|---|
| 1. General Environment: *(Choose one)* | Office: X |
| | Laboratory: ☐ |
| | Warehouse: ☐ |
| | Hospital/Blood Bank: ☐ |
| | Other: |
| 2. Explain the nature and frequency of any disagreeable conditions or safety hazards to which an incumbent may be exposed (dirt, | May require working with operations located in harsh physical environments. |

| | |
|---|---|
| noise, fumes, etc.). | |
| 3. Note the amount of business travel the incumbent can expect to do per year | May require a moderate (30 – 40%) amount of business travel. |
| 4. Does this job require the incumbent to be on-call or work non-standard business hours?  If so, please describe. | May require flexibility to work in a 24 x 7 environment. May require ability to work non-standard work hours and week-ends. |
| 5. Does this job have to meet any ADA, OSHA, DOT or other government standards?  If so, please describe. | |
| 6. OSHA Category – for Biomedical Services jobs only. | ☐ OSHA I:  The position requires the incumbent work under conditions where the potential exists for the incumbent to make contact with blood or blood components as a result of splashes, spills, and/or needlesticks.<br><br>☐ OSHA II: The incumbent occasionally, on an unplanned basis, is required to work under conditions where the potential exists for the incumbent to make contact with blood or blood components and/or human body fluids or tissue samples as a result of splashes, spills, and/or needlesticks.<br><br>☒ OSHA III: Normal work involves no exposure to blood or blood components and/or human body fluids or tissue samples as a result of splashes, spills, and/or needlesticks or performance of or assistance in first aid. |

**Part 9: Job Leveling Descriptors**

Indicate below which leveling chart will be used to evaluate the job.

| X  Professional | ☐ Technical | ☐ Supervisory | ☐ Support |
|---|---|---|---|

**Part 10: Approvals and Distribution**

| Analysis Completed by: | MJS | | Date: | 2/23/04 |
|---|---|---|---|---|
| Concurrence by: | | | Date: | 2/27/04 |

| Entered in P/S | Entered on "G" Drive | Entered in Database | Archive Old Description | New Description Filed |
|---|---|---|---|---|
| 2/27/04 | 2/27/04 | N/A | N/A | 2/27/04 |

| CMA(s) to be notified: | |
|---|---|

For each job factor listed below on the left, choose the statement which best describes the scope of your position. Please choose only one option for each factor. If your job requires a professional degree (PhD, JD, MD, DVM) please use the Technical Job Factors Chart. If your position has direct supervisory responsibilities, please use the Supervisory Job Factors Chart.

## Administrative Job Factors Chart

| Factor | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **Knowledge** | ☐ Limited use and/or application of basic principles theories and concepts. Limited knowledge of industry practices and standards. | ☒ Frequent use and general knowledge of industry practices, techniques, and standards. General application of concepts and principles. | ☐ Complete understanding and application of principles, concepts, practices, and standards. Full knowledge of industry practices. | ☐ Contributes to the development of new concepts, techniques, and standards. Considered expert in the field within the ARC. | ☐ Develops advanced concepts, techniques and standards. Develop new applications based on professional principles and theories. Viewed as expert in field within the corporation. |
| **Problem Solving** | ☒ Solve routine problems of limited scope and complexity following established policies and procedures. | ☒ Develop solutions to a variety of problems of moderate scope and complexity refers to policies and practices for guidance. | ☒ Develop solutions to a variety of complex problems. May refer to established precedents and policies. | ☐ Develop solutions to complex problems that require the regular use of ingenuity and innovation. Ensures solutions are consistent with ARC objectives. | ☐ Develop solutions to problems of unusual complexity that require a high degree of ingenuity, creativity, and innovation. Challenges are unique and solutions may serve as precedent for future decisions. |
| **Discretion/ Latitude** | ☒ Work is closely supervised. Follows specific, detailed instructions | ☐ Works under only very general supervision. Work is reviewed for soundness of judgment and overall adequacy and accuracy. | ☐ Work is performed without general direction. Participates in determining the assignment objectives. Plans, schedules and arranges own activities to accomplish objectives. Work is reviewed on completion for adequacy in meeting objectives. | ☐ Works under consultative direction toward long-range goals and objectives. Assignments are often self-initiated. Virtually self-supervisory. | |
| **Impact** | ☒ Contributions are usually limited to task-related activities. Errors do not typically have a major effect on the ARC. | ☐ Contributes to the completion of organizational projects and goals. Errors in judgment or failure to achieve results would normally have a moderate expenditure of resources to rectify | ☐ Exerts some influence on the overall objectives and long-range goals of the ARC. Erroneous decisions or failure to achieve objectives would normally have a serious effect on the administration of the ARC. | ☐ Effects of decisions are long lasting and heavily influence the future course of the ARC. Errors in judgment or failure to achieve results would result in the expenditure of large amounts of company resources | |
| **Liaison** | ☒ Contacts are primarily with immediate supervisor, and other personnel in the section or group. | ☒ Frequent internal company and external contacts. Represents ARC on specific projects. | ☒ Represents ARC as a prime contact on contracts/projects. Interacts with senior internal and external personnel on significant matters requiring coordination between organizations. | ☐ Serves as a consultant to management and special external spokesperson for the ARC on major matters pertaining to its policies, plans, and objectives. | ☐ Serves as prime consultant and external spokesperson for the ARC on highly significant matters relating to policies, programs, capabilities, and long-range goals and objectives. |
| **Typical Distribution** | ☒ 10% - 20% | ☒ 25% - 35% | ☒ 30% - 40% | 5% - 20% | 5% - 5% |

Version 2: 08/18/03