ERRATA SHEET

EXECUTED BY AFFIANT: Carol J. Miller
(Print Name)

The Affiant, having the right to make any changes deemed necessary, hereby incorporates the following changes and states the reason for each change accordingly:

| PAGE NO. | LINE NO. | CHANGE | (STATE REASONS FOR CHANGE) |
|---|---|---|---|
| 39 to 40 | 19 1 | *In addition to deponent's answer:* To determine whether Ms. Powell's position was exempt, the Compensation Unit looked to guidance on the Department of Labor's website as well as other sources. Regarding Ms. Powell's position, the Compensation Unit considered the job function and the scope and nature of the work involved, including the level of knowledge required to perform the job, the type and amount of problem-solving required, the amount of discretion and latitude to be exercised, the impact of errors on the Red Cross, and the types of internal and external relationships. It researched the benchmarks relating to the position and the description of the position. Finally, it considered Survey Position Description Summaries to determine whether other companies classified the position as exempt. The Compensation Unit determined that the position was exempt because the position focused primarily on organization program work. Job duties that determined the exempt status included ensuring compliance with federal and state regulations relating to employee health and safety, identifying illness and injury trends and developing processes and procedures to prevent employee illnesses and injuries and decrease organizational risk, and assessing employee health and safety awareness and promoting health programs and training. See also the Red Cross's Supplemental Response to Plaintiff's Interrogatory #5. | To set forth the full scope of the answer. |

PURSUANT TO 28 U.S.C., SECTION 1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I AM THE AFFIANT AND THAT THIS ERRATA SHEET WAS PREPARED BY ME.

*[signature]*
AFFIANT'S SIGNATURE