**MarketPay On-line Market Pricing System**

## Benchmark Summary

MarketPay home > Price Job > Assign Matches > Benchmark Summary

Print benchmark summary    Download

HRHWP2 - Nurse II, Employee Wellness

| Survey Matches | Base Salary(aged/adjusted) | | | | Total Cash(aged/adjusted) | | | | Adjust | Weight | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 25th | 50th | Avg | 75th | 25th | 50th | Avg | 75th | | | |
| HRA-NCA Survey, 2003 : 925 OCCUPATIONAL HEALTH NURSE Total Survey; 22 Cos, 48 Ees | 55,610 | 60,071 | 59,553 | 64,844 | | | | | 1 | 1 | |
| Mercer Human Res Mgmt, 2003 : 625 Occupational Health Nurse Location by City: Washington, DC; 5 Cos, 174 Ees | 57,079 | 61,679 | 60,851 | 66,028 | 57,079 | 61,679 | 60,851 | 66,028 | 1 | 1 | |
| ORC SIRS, 2003 : U021 NURSE-EMPLOYEE HEALTH All; JobLevel 2; 87 Cos, 315 Ees | 48,528 | 54,859 | 55,458 | 62,024 | 48,756 | 55,655 | 56,640 | 63,634 | 1 | 1 | |
| Wyatt Human Resources Report, 2003 : 1375-All Occupational Nurse - RN - Level All FP; All Organizations; 99 Cos, 180 Ees | 50,558 | 56,780 | 56,780 | 63,781 | 51,669 | 58,114 | 58,336 | 65,336 | 1.071 | 1 | geo |
| Overall Averages: | 52,944 | 58,347 | 58,161 | 64,169 | 52,501 | 58,483 | 58,609 | 64,999 | | | |

*New MP effective 8/18/04* [signature]
*Change to Band C*

**MarketPay On-line Market Pricing System** 

## Survey Description Worksheet

MarketPay home > Job Description Worksheet

Download to Excel

Job Code: HRHWP2
Job Title: Nurse II, Employee Wellness

| Job Title | Survey Source and Job | Survey Position Description Summaries |
|---|---|---|
| Nurse II, Employee Wellness | HRA-NCA Survey, 2003 925 OCCUPATIONAL HEALTH NURSE | Provides health and safety services to employees. Coordinates pre-employment physicals, health screenings, and vaccinations. Assesses employees with temporary illnesses and occupational injuries or exposures and provides treatment or referral for care. Coordinates workers compensation claims. Provides services in compliance with organizational policies and procedures and in accordance with OSHA guidelines. Requires state license as a registered nurse and 3-5 years nursing experience. |
| Nurse II, Employee Wellness | Mercer Human Res Mgmt, 2003 625 Occupational Health Nurse | Under general supervision, may perform pre-employment physicals and evaluate employee's suitability to perform work activities. Provides nursing care for occupational injuries and illnesses, including emergency care and referral, based upon nursing assessments, nursing diagnosis, and medical directives. Performs screening examinations such as vision screening, tonometry, EKG, venipuncture, audiometry, and spirometry. Refers abnormal or questionable findings to appropriate individuals for further evaluation. Assists with obtaining health and work history, interpreting results, and making appropriate referrals for positive findings. Participates in the implementation and administration of healthcare programs that enhance wellness through disease and accident prevention. Maintains a nursing recordkeeping system that meets legal requirements and assures confidentiality. |
| Nurse II, Employee Wellness | ORC SIRS, 2003 U021 NURSE-EMPLOYEE HEALTH | Responsible for administering health management programs such as workers' compensation, long-term disability, and wellness programs. Provides nursing services to employees or persons who become ill or suffer an accident. Maintains record of persons treated; prepares accident reports; provides health education information; dispenses standard drugs and medicines such as aspirin and cough or cold tablets; refers contagious diseases or serious injuries to company or employee's physician. Must be a registered nurse. May work with Toxicology/Hygiene to recognize environmental factors and/or stresses in or from the workplace that may cause sickness, impaired health, or discomfort among the workers. |
| Nurse II, Employee Wellness | Wyatt Human Resources Report, 2003 1375-All Occupational Nurse - RN - Level All | Manages, coordinates, and administers several of the following: Workers' Compensation, Disability (Short-Term and Long-Term), Drug & Alcohol Program, Executive Physical Examination Program, and Wellness Programs. May maintain OSHA log and employee medical record files; counsel with and advise employees regarding health inquiries; assist in the rehabilitation of disabled employees; conduct educational programs related to safety, health and risk prevention; and review and validate all pre-employment physical examination results. Serves as a liaison with insurance carriers, employees, and physicians. May serve on a safety committee. |