IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                           *
TONIA POWELL               *
    Plaintiff,             *
    v.                     *     Case No. 1:06CV1173
                           *     Judge Huvelle
AMERICAN RED CROSS         *
    Defendant.             *
_____*
```

<u>TONIA POWELL'S MOTION FOR TWO-DAY ENLARGEMENT TO FILE
HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

Ms. Tonia Powell, Plaintiff hereby respectfully submits her Motion for Two-Day Enlargement of Time to file her Opposition to Defendant's Motion for Summary Judgment, for the following reasons:

1. Oppositions to Motions in this case were set for March 12, 2007.

2. Ms. Powell submission of her Opposition in this case has been delayed by death in her counsel's immediate family occuring on March 11, 2007. Ms. Powell anticipates filing the opposition by March 14, 2007.

3. Granting Ms. Powell's Motion will serve the interests of justice in this case by addressing each point of importance in this case and allowing a full and fair decision on the merits. Ms. Powell regrets the delay.

4. Defendant will not be prejudiced as responses are not due under the briefing schedule in the case until March 29, 2007 (Ms. Powell consents to an enlargment of time, if necessary, for defendant's reply until April 2, 2007).

5. Ms. Powell contacted defendant today and requested

consent for this motion, however defendant stated that it opposes the motion.

                                      Respectfully submitted,

                                      TONIA POWELL

                                      /s/

_____
Brian C. Plitt, Attorney at Law
1239 C. St., SE, Ste. 4
Washington, D.C. 20003
(202) 546-5493
Attorney for Plaintiff

March 12, 2007