IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONIA POWELL * | |
| Plaintiff, * | |
| v. * | Case No. 1:06CV1173 |
| * | Judge Huvelle |
| AMERICAN RED CROSS * | |
| Defendant. * | |

ORDER

Upon consideration of Plaintiff Tonia Powell's Motion for Two- Day Enlargment of time to file her Opposition to Defendant's Motion for Summary Judgment, any response and reply, and a review of the file, it is hereby ORDERED, ADJUDGED AND DECREED, that the Motion should and hereby is GRANTED.

Ms. Powell time to file her Opposition to Defendant's Motion for Summary Judgment is hereby Enlarged to and including March 14, 2007.

SO ORDERED, this ____ day of _____, 2007.

_____
Ellen S. Huvelle
United States District Court Judge