```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **TONIA POWELL**     Plaintiff,       v. <br><br> **AMERICAN RED CROSS**     Defendant. | Case No. 1:06CV1173 <br> Judge Huvelle |

<u>TONIA POWELL'S MOTION FOR THREE-DAY ENLARGEMENT TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR LEAVE TO FILE</u>

Ms. Tonia Powell, Plaintiff hereby respectfully submits her Motion for Three-Day Enlargement of Time to file her Opposition to Defendant's Motion for Summary Judgment and for Leave to File the Motion, for the following reasons:

1. Briefing on Ms. Powell's Opposition Motion in this case was requested to be enlarged by two days until March 14, 2007, upon Ms. Powell's motion following the loss of her counsel's grandmother on March 11, 2007 (with whom counsel has spend over ten days in the last three weeks due to illness).

2. Completion of Ms. Powell's opposition has been unexpectedly delayed due, in part to a computer malfunction late on March 13, which resulted in a loss of data, and due in part to difficulty in completing the filing under the circumstances. Funeral and burial services for Ms. Powell's counsel's grandmother are to be held on March 14, 2007 in Syracuse, N.Y. and counsel must travel to Syracuse for those services.

3. Therefore, a three day enlargement of time, through and including March 17, 2007 are requested to allow for reasonable attendance at these services and completion of Ms. Powell's

opposition.

    4.   Granting Ms. Powell's Motion will greatly serve the interest of justice by promoting allowing a full and fair decision on the merits and addressing each issue of importance in this case.  Ms. Powell regrets the delay, which are due to difficulties in her counsel's personal circumstances.

    5.   Defendant will not be prejudiced as any reply brief is not due under the briefing schedule in the case until March 29, 2007 (Ms. Powell consents to a like enlargment of time, if necessary, for defendant's response until April 9, 2007).

    6.   Ms. Powell has left a message by phone with defendant's counsel on this date requesting consent for this motion, but has not received a response.

                                Respectfully submitted,

                                TONIA POWELL

                                /s/

_____

Law

                                Brian C. Plitt, Attorney at

                                1239 C. St., SE, Ste. 4
                                Washington, D.C.  20003
                                (202) 546-5493
                                Attorney for Plaintiff

March 15, 2007