```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| TONIA POWELL | * |
|    Plaintiff, | * |
|    v. | *   Case No. 1:06CV1173 |
| | *   Judge Huvelle |
| AMERICAN RED CROSS | * |
|    Defendant. | * |

## ORDER

Upon consideration of Plaintiff Tonia Powell's Motion for Three-Day Enlargement of time to file her Opposition to Defendant's Motion for Summary Judgment and for Leave to File, any response and reply, and a review of the file, it is hereby ORDERED, ADJUDGED AND DECREED, that the Motion should and hereby is GRANTED.

Ms. Powell's time to file her Opposition to Summary Judgment and any related materials is hereby Enlarged to and including March 17, 2007.

SO ORDERED, this \_\_\_\_ day of _____, 2007.

 

_____
Ellen S. Huvelle
United States District Court Judge