IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONIA POWELL,                )<br>                                              )<br>           Plaintiff,              )<br>                                              )    Case No. 1:06CV1173 (ESH)<br>     v.                                   )<br>                                              )<br>AMERICAN RED CROSS,   )<br>                                              )<br>           Defendant.          )<br>                                              ) | |

**THE AMERICAN RED CROSS'S OPPOSITION TO
PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME TO FILE OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The American Red Cross (the "Red Cross") opposes plaintiff's motions for an extension to file her opposition to the Red Cross's motion for summary judgment. Plaintiff has constantly disregarded both discovery deadlines and this Court's filing deadlines. This Court, therefore, should deny plaintiff's motions for extension of time.

On March 12, 2007, plaintiff filed a motion for an extension to file on the day that her opposition to the Red Cross's motion for summary judgment was due on the basis that a death in her counsel's family precluded the filing of a timely opposition. Plaintiff claimed that she needed two additional days to file an opposition. *Three* days later, on March 15, plaintiff filed another motion for an extension of time. This time plaintiff requested three additional days to file an opposition, claiming, in part, computer malfunctions precluded plaintiff from filing an opposition.

The death of counsel's family member is unfortunate. This Court, however, provided plaintiff with thirty days in which to file an opposition to the Red Cross's motion for summary

judgment. Now plaintiff is asking for an additional week. Further, plaintiff's explanation that computer malfunctions prevented the filing are not excusable. Plaintiff has used this excuse before. After the filing deadline for summary judgment motions, plaintiff filed an extension of time to file her motion for summary judgment, claiming that technical difficulties resulted in filing after the deadline. The Red Cross did not oppose plaintiff's motion for an extension at that time. Moreover, plaintiff has missed other deadlines throughout this litigation. Her interrogatory responses were so tardy that the Red Cross had to set up a conference call with the Court to get the responses. Accordingly, this time the Red Cross must oppose plaintiff's motion and requests that this Court deny plaintiff's motion for an extension to file her opposition.

                                                    Respectfully submitted,

                                                    /s/    Constantinos G. Panagopoulos
                                                Constantinos G. Panagopoulos #430932
                                                Ballard Spahr Andrews & Ingersoll, LLP
                                                601 13th Street, N.W., Suite 1000 South
                                                Washington, DC  20005
                                                Tel:    (202) 661-2200
                                                Fax:    (202) 661-2299

March 16, 2007                                              *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March 2007, The American Red Cross's Opposition to Plainitff's Motions for an Extension was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of filing to counsel of record below:

>Brian C. Plitt
>1239 C Street, S.E. - Suite 4
>Washington, DC  20003
>
>*Counsel for Plaintiff*

>　　　/s/    Constantinos G. Panagopoulos
>Constantinos G. Panagopoulos