```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

|                        |   |                          |
|------------------------|---|--------------------------|
| TONIA POWELL           | * |                          |
|     Plaintiff,         | * |                          |
|                        | * |                          |
|     v.                 | * | Case No. 1:06CV1173      |
|                        | * | Judge Huvelle            |
| AMERICAN RED CROSS     | * |                          |
|     Defendant.         | * |                          |
|                        | * |                          |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Tonia Powell, respectfully opposes Defendant's Motion for Summary Judgment for the reasons stated in the attached Memorandum of Points and Authorities. Genuine issues of material disputed fact remain for trial. A proposed Order is attached hereto.

Respectfully submitted,

TONIA POWELL

/s/

_____

Brian C. Plitt, Attorney at Law

1239 C. St., SE, Ste. 4
Washington, D.C.  20003
(202) 546-5493
Attorney for Plaintiff

March 12, 2007