```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
_____
                            *
TONIA POWELL                *
     Plaintiff,             *
     v.                     *     Case No. 1:06CV1173
                            *     Judge Huvelle
AMERICAN RED CROSS          *
     Defendant.             *
_____*
```

### ORDER

Upon consideration of Defendant's Motion for Summary Judgment, the Plaintiff's Opposition thereto, and any reply, the papers submitted therewith and the records of this case; it is hereby;

ORDERED that the Defendant's Motion for Summary Judgment be, and hereby is DENIED.

Dated this \_\_\_\_ day of _____, 2007.

```
                              _____
                              Ellen S. Huvelle
                              United States District Court Judge
```