```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
_____
                              *
TONIA POWELL                  *
    Plaintiff,                *
    v.                        *    Case No. 1:06CV1173
                              *    Judge Huvelle
AMERICAN RED CROSS            *
    Defendant.                *
_____*
```

DECLARATION OF TONIA POWELL

My name is Tonia Powell.

1. I am over 18 years of age.

2. I worked at the American Red Cross from November 15, 2004 through June 30, 2005.

3. I never expected to work more than 40 hours per week in this job.

4. In my work as a nurse I have often been paid overtime

5. The duties I performed with related to Armed Forces Emergency Services (AFES) personnel, were clerical, non-discretionary, routine duties, many of which I described in my Answers to Interrogatory, No. 1, Exhibit 2 to our Opposition to the Motion for Summary Judgment. AFES personnel were paid Red Cross personnel who assisted the military.

6. These duties, as described in those interrogatories included:

> I put papers in files, labelled files and filed the files in file cabinets as required for AFES personnel and American Red Cross employees. I locked and unlocked the file cabinets.
>
> I keyed the result of physical examinations and evaluations onto a spreadsheet. I notified personnel when medical records were received. I requested submission of medical records for annual and deployment

phyusical evaluations. I maintained records on the medical status of deployed personnel. I informed personnel and AFES personnel of next physical due, from previously prepared checklist.

7. After Jane Davis resigned, on 1-7-06 I received all significant duties from her. After Ken Thiel resigned on 3-16-05, the John Barton Payne and FMLA work went to Vicki Fleming. I received work from Ken Thiel, including OSHA and ADA forms.

8. I was a Occupational Health Nurse (Wellness Associate, Level II) at the Red Cross. I was not the "Wellness Manager."

9. Jane Davis is a caucasian female

10. Ken Thiel is a caucasian male.

11. It was my understanding that payment of a transportation allowance was a benefit of employment at ARC. All employees received $70 a pay period for this transportation allowance. The Red Cross decided it would no longer have this benefit and paid a lump sum representing 12 months of the benefit of $840 to all employees effective July 1, 2005. As I was already terminated by this date, I did not receive this benefit.

12. I was terminated from employment at ARC, effective June 30, 2005.

I state under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief. Executed on March 13, 2007.

/s/
_____
Tonia Powell