IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TONIA POWELL
    Plaintiff,
v.

                      Case No. 1:06CV1173
                      Judge Huvelle

AMERICAN RED CROSS
    Defendant.

NOTICE OF DEPOSITION

To: Corporate Witness of Defendant American Red Cross

c/o Constantinos G. Panagopoulos, Balland Spahr Andrews & Ingersoll, LLP, 601 13th Street, N.W., Suite 1000 South, Washington, D.C. 20005

PLEASE TAKE NOTICE THAT, pursuant to Rule 26 and Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned counsel, will, by consent, take the deposition upon oral examination of the above named witness, commencing on the 15th day of December 2006, at 10:00 a.m. at the Miller Reporting Company, 735 8th St., S.E., Washington, D.C. 20003, before an officer authorized to administer oaths. These deposition shall continue until concluded or arrangements are made for it to be reconvened in the future. The corporate witness sought above shall be the person designated pursuant to Rule 30(b)(6) as having familiarity with the following: (a) Defendant's contacts with its employees, including all contacts related to the employment of Plaintiff; (b) employee wages and hours including knowledge of overtime worked, overtime practices, knowledge of documents and policies related to the D.C. Wage and Hour Law and DC Human Rights Act, antidiscrimination and related laws; (c) record keeping practices of the company and records kept related to overtime, hours of work, employment and employees of the company; (d) work requirements, duties, compensation and conditions for full

or part-time employees, including Plaintiff, and including but not limited to Jane Davis, Ken Thiel and/or others performing duties of Wellness Associate (Occupational Health Nurse) and/or "Wellness Nurse" (Staff Health Nurse for Disaster Services); (f) written and oral statements and policies on overtime; (g) payment and calculation of overtime; (h) Defendant's ownership and managment structure; (i) claims against Defendant for overtime violations and EEO, discrimination or DCHRA violations; (j) documents and responses produced by Defendant in discovery to date; (l) employee handbooks and memos to employees (m) plaintiff's participation in any and all work outside normal business hours; (n) Plaintiff's employment history with defendant including positions held, duties, hours worked, supervisors and representations made to plaintiff by defendant and its employees; (o) classification of Ms. Powell's positions at Red Cross as exempt or non-exempt and Red Cross's payment or non-payment of overtime to her; and (p) severance packages and payment.

December 8, 2006

Respectfully submitted,

Brian C. Plitt, Attorney at Law
1239 C. St., SE, Ste. 4
Washington, D.C.  20003
(202) 546-5493
Representative for Ms. Powell

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Deposition was served on the Defendant by facsimile and first class mailing postage prepaid, on December 8, 2006, to: Constantinos G. Panagopoulos, Balland Spahr Andrews & Ingersoll, LLP, 601 13th Street, N.W., Suite 1000 South, Washington, D.C. 20005; fax: (202) 661-2299.

Brian C. Plitt