Service Area Staff Health Volunteer Consultant (per Brenna)

Will provide technical guidance to Chapters and the Service Area on staff health issues

Train and mentor RN/Physicians and Chapter staff in the proper review of Health Status Records, the application of hardship codes and handling of the records

Review and code health records for Service Area staff and others when requested

Act as final reviewer when there is a disagreement between an individual and the Chapter Health Reviewer

Deployment:

Ensure healthy workers for disaster assignments

Assist the Chapter or service area responsible for administering the relief operation in selecting appropriate hardship codes

Insure that disasters within the Service Area have appropriate staff assigned as the Staff Health Manager

Act as a consultant and give technical guidance to the Staff Health Manager on the DRO

Advise the Service Area on staff health issues on the DRO and make recommendations for future relief operations

Represent and advocate for the Chapter and Service Area with the Staff Health Associate at National Headquarters

Interpret and assist in administering policies related to staff health

EXHIBIT
POWELL OPP 3.5
7

Powell
deposition
FP 8 10