Comcast

From: <PowellT@usa.redcross.org>
To: <tspowell@comcast.net>
Subject: Daily Activities for Wellness Associate1
Date: Fri, 3 Jun 2005 16:18:37 +0000

Daily Activities for Wellness Associate

1.  Unlock filing cabinets and cabinets in medicine room.
2.  Review the blood pressure memory and check off BP daily chart
3.  Check the cot rooms to see if they were used during the night, and check off on the daily chart. Clean cots and replace cot sheets and pillow cases.
4.  Check the fax machine. Place the information in the appropriate folders for the Wellness staff.
5.  Check on current status of AFES deployments.
6.  Daily Wellness issues, address and prioritize!! Sometimes there are many issues that come in, such as: accommodations, ergonomics, Worker's Comp, Illnesses, wellness questions, AFES, International, FMLA/STD, doctor's notes, ordering supplies, wellness memos and correspondence. Prioritizing is of utmost importance.
7.  Review AFES annual spread sheet and send out the annual physical information 2 months in advance of when their physical is due.
8.  At the end of the day:
*   Pick up Wellness charts and total them
*   Lock files and cabinets
*   Make sure that the medicine room is locked
*   Clean cot room beds if used during the day.

Attachment 1: Name Unknown (text/html)

[ Back ]

© 2004 Comcast Cable Communications, Inc. All rights reserved.

EXHIBIT
Powell off. s.j.
8

Powell
deposition
#8