**207**

STATE OF MARYLAND
DIVISION OF UNEMPLOYMENT
INSURANCE

T POWELL 128213

EXHIBIT Miller
2
RB 12-15-06

REQUEST FOR SEPARATION INFORMATION

EMPLOYER ACCOUNT NO. S1100001 I
LO# 61  COLLEGE PARK CLAIM CENTER
IF INCORRECT EMP. ACCT.NO. ENTER CORRECT MARYLAND ACCT. NO. ABOVE.

5186U0121

RUN DATE: 07/01/2005
DUE DATE: 07/13/2005
INTERNET KEY: 5186U0121
EMPLOYEE SSN: 179442010
www.mdunemployment.com

#23

AMERICAN RED CROSS
2025 E. STREET NW
SUITE 300
WASHINGTON    DC 20006

*SEND YOUR RESPONSE VIA THE NEW IMPROVED INTERNET SITE AT:  www.mdunemployment.com

The claimant whose name is shown below has filed a claim for Unemployment Insurance benefits. The first week ending date affected by the current claim is 07/02/2005. Our records indicate that the claimant worked for you. Please answer the questions below, sign and mail this copy of the form in the enclosed envelope by the DUE DATE.

**IF THIS FORM IS RETURNED LATE OR INCOMPLETE THE CLAIMANT'S REASON FOR SEPARATION WILL BE USED AND A PENALTY OF $15 WILL BE ASSESSED.**   NOTE: The Law provides penalties for false statements.

| SSN | Employee's Name | Other Last Name | Effective Date Of Original Claim |
|---|---|---|---|
| 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 | TONIA  S POWELL | | 06/26/2005 |

**REASON FOR SEPARATION FROM EMPLOYMENT**

☐ 1. TEMPORARY LAYOFF/TEMPORARY REDUCTION IN HOURS (10 WEEKS OR LESS) (97) EXPECTED DATE OF RETURN ____ MM/DD/YYYY
☐ 2. LACK OF WORK/LAYOFF (MORE THAN 10 WEEKS)/ REDUCTION IN FORCE/ JOB ABOLISHED/ (99)
☐ 3. VACATION/HOLIDAY SHUT DOWN (28) RETURN TO WORK DATE ____ MM/DD/YYYY
☐ 4. HIRED PART TIME, CONTINUES TO BE EMPLOYED ON A PART TIME BASIS (41)
☐ 5. FOR TEMPORARY HELP FIRMS ONLY END OF ASSIGNMENT (89)
   Did claimant request another assignment? YES ☐ NO ☐
   Is claimant still on your active rolls? YES ☐ NO ☐

☑ 6. QUIT (30)
☐ 7. FIRED/DISCHARGED/SUSPENDED (50)
☐ 8. DISCHARGED-NOT QUALIFIED FOR JOB, BUT WORKED TO BEST OF ABILITY (51) NOTE: BENEFITS WILL BE PAID IF CLAIMANT IS OTHERWISE ELIGIBLE.
☐ 9. LEAVE OF ABSENCE (MEDICAL/PERSONAL) (88)
☐ 10. FOR EDUCATIONAL INSTITUTIONS ONLY SCHOOL VACATION (22) RETURN TO WORK DATE ____ MM/DD/YYYY
☐ 11. LABOR DISPUTE/STRIKE/LOCKOUT (29)
☐ 12. NEVER EMPLOYED HERE

Note: If the reason for separation given by you on this form is something other than layoff or lack of work, you **may** be contacted by telephone to provide additional information when the claimant's fact finding interview is held.

**FOR ANY PERIOD SINCE THE LAST DAY WORKED, HAS THE CLAIMANT RECEIVED, OR WILL HE/SHE RECEIVE:**

1. PENSION OR ANY OTHER RETIREMENT PAYMENT? ____
   PER MONTH $ ____ EFFECTIVE DATE ____
   LUMP SUM $ ____
   DID CLAIMANT CONTRIBUTE? YES ☐ NO ☐
2. PROFIT SHARING AMT $ ____ DATE PAID ____
3. BONUS OR SPECIAL PAYMENT $ ____ DATE PAID ____
4. SEVERANCE PAY $ ____ GROSS WEEKLY WAGE $ ____
   ☐ Check Box if ALL benefits, including leave accrual, continue during severance period.
5. VACATION PAY $ ____ VAC. DATES FROM: ____ TO: ____
6. HOLIDAY PAY $ ____ DATE OF HOLIDAY(S) ____

Claimant's First Day of Work: MO 11 DAY 15 YR 2004
Claimant's Last Day of Work: MO 6 DAY 30 YR 05

GROSS WAGES EARNED SINCE 04/01/2005
$ 19,891.65
IF NECESSARY, ENTER APPROXIMATE AMOUNT
IF NONE ENTER ZERO (0)

If you recall this individual to work, or if this individual refuses [EXHIBIT Powell pl s 5 9] must notify the office in writing within 15 days of the job offer.

Trade Name Of Employer: American Red Cross          7/7/05
Person To Be Contacted For Further Info: ____       -203-419-
                                                       E-Mail: ____
Name of Official Completing Form (Print): ____      Signature: CA

**SEE BACK OF FORM FOR OFFICE INFORMATION AND MAILING INSTRUCTIONS.**

DLLR/DUI 207 (REV 2/05) SIDE 1

YOU CAN SAVE TIME AND MAILING COSTS BY FILING ONLINE AT WWW.MDUNEMPLOYMENT.COM
FAILURE TO COMPLETE AND RETURN THIS FORM ON TIME PROHIBITS THE DEPARTMENT FROM
RELIEVING YOUR ACCOUNT OF ANY CHARGES FOR BENEFITS PAID.

RETURN THIS FORM TO THE ADDRESS BELOW IN THE ENVELOPE PROVIDED. FOLD SO THE ADDRESS
SHOWS THROUGH THE WINDOW. DO NOT ATTACH ADDITIONAL DOCUMENTATION. YOU WILL BE
CONTACTED IF FURTHER INFORMATION IS NEEDED. RETAIN A COPY OF THIS FORM FOR YOUR RECORDS

```
        81    COLLEGE PARK CLAIM CENTER                          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
              DEPARTMENT OF LABOR, LICENSING AND REGULATION
              P.O. BOX 1901

              COLLEGE PARK           MD 20740
```

RECALL - IF THE CLAIMANT REFUSES AN OFFER OF EMPLOYMENT WHILE RECEIVING BENEFITS,
NOTIFY THE OFFICE ABOVE IMMEDIATELY, IN WRITING. (WITHIN 15 DAYS OF THE JOB OFFER)

OFFICE INFORMATION - Should you have any questions, please contact the office shown above. Routine faxing of separation information is not permitted.

YOU CAN SAVE TIME, MAILING COSTS AND FINES BY USING THE INTERNET PROCESS. IF YOU FILE VIA THE INTERNET,
DO NOT SUBMIT A PAPER VERSION ALSO.

IF YOU ARE CLOSE TO THE DEADLINE AND CAN'T SUBMIT THE ORIGINAL PAPER FORM ON TIME, GO TO THE WEB SITE
WWW.MDUNEMPLOYMENT.COM AND ENTER THE INFORMATION ONLINE.

IF YOU NEED TO MAKE A CORRECTION TO A PAPER FORM OR TO A RETURN TO WORK DATE FOR A CLAIMANT, CONTACT THE
OFFICE LISTED AT THE TOP OF THIS PAGE.

IF YOU NEED TO CORRECT THE "EMPLOYER NAME" OR ADDRESS SHOWN ON THE FORM PLEASE CALL THE EMPLOYER STATUS
UNIT AT 410-767-2414 OR E-MAIL THE CHANGES TO STATUS@DLLR.STATE.MD.US

IF YOU RECEIVE MORE THAN ONE FORM, YOU MUST COMPLETE AND RETURN ALL FORMS.

PARAGRAPH ONE (OTHER SIDE) INDICATES THE FIRST WEEK AFFECTED BY THE CLAIM.

| OFFICE | TELEPHONE |
|---|---|
| Baltimore Metro South Claims Center | (410) 368-5323 |
| College Park Claim Center | (301) 313-8075 |
| Combined Wage Claim Section | (410) 767-2553 |
| Cumberland Claim Center | (301) 723-2145 |
| Salisbury Claim Center | (410) 334-6868 |
| Towson Claim Center | (410) 853-1629 |
| Inquiry & Correspondence Unit | (410) 767-3470 |

IF YOU ARE CLOSE TO THE DEADLINE AND CAN'T SUBMIT THE ORIGINAL PAPER FORM ON TIME, GO TO THE WEB SITE WWW.MDUNEMPLOYMENT.COM AND ENTER THE INFORMATION ONLINE. USE THE INTERNET KEY LISTED ON FRONT OF FORM.

NOTE: YOU MAY HAVE EMPLOYED THIS PERSON FOR A BRIEF TIME OR EVEN OVER A YEAR AGO. WHEN SOMEONE APPLIES
FOR UNEMPLOYMENT INSURANCE, WE EXAMINE ALL EMPLOYMENT DURING THE PREVIOUS 18 MONTHS. ANY EMPLOYER
DURING THOSE 18 MONTHS CAN BE POTENTIALLY CHARGED FOR BENEFITS IF THE CLAIMANT IS DETERMINED TO BE
ELIGIBLE. IT IS IMPORTANT FOR YOU TO SUBMIT THIS DOCUMENT TO ENSURE BENEFITS ARE PAID PROPERLY
AND THAT YOU ARE CHARGED (OR NOT CHARGED) FOR BENEFITS BASED ON THE REASON FOR SEPARATION FROM
YOUR EMPLOYMENT.

DLLR/DUI 207 (REV 2/04) SIDE 2

06/28/2006 17:19 2023030144  AMERICAN RED CROSS  PAGE 29/36
Case 1:06-cv-01173-ESH    Document 22-10    Filed 03/19/2007    Page 3 of 3

MD Unemployment Insurance Request for Separation Information Print Summary    Page 1 of 1

Please select the "Print this Page" link first to receive a copy of your Separation Information summary and confirmation. After you have received your copy, click any of the other links or close the window.

Print this Page    Enter Another Employee    Return to the Previous Page    Provide Feedback on this Site

STATE OF MARYLAND
DEPARTMENT OF LABOR, LICENSING AND REGULATION
DIVISION OF UNEMPLOYMENT INSURANCE

REQUEST FOR SEPARATION INFORMATION - ONLINE FORM
SUMMARY AND CONFIRMATION

| | |
|---|---|
| Confirmation No.: | 5186U01210118801 |
| Submit Date/ Time: * | 07/07/2005   1:01 PM |
| Internet Key: | 5186U0121 |
| IP Address: | 162.6.230.159 |
| | |
| Employer's Name: | AMERICAN RED CROSS |
| MD Employer No.: | 00S1100001 |
| Correct MD No.: | |
| Name of Official: | Champa Rajapakse |
| Email Address: | raapaksec@usa.redcross.org |
| Contact Person: | Champa Rajapakse |
| Telephone No.: | (202) 303-4192 |
| | |
| Claimant's Name: | Tonia S Powell |
| Social Security No: | 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 |
| First Day of Work: | 11/15/2004 |
| Corrected FDW: | 11/15/2004 |
| Last Day of Work: | 06/30/2005 |
| Corrected LDW: | 06/30/2005 |
| Gross Wages Earned (Since 04/01/2005): | $ 19892.00 |
| Reason: | Quit – Personal Reasons |

**Please Note the Following:**
If the reason for separation given by you on this form is something other than Layoff or Lack of Work, you may be contacted by telephone to provide additional information when the claimant's fact finding interview is held.

Also, if you recall this individual to work or if this individual refuses an offer of work, you must notify the office in writing within 15 days of the job offer as indicated on the Separation Request Form.

If you have detected an error in the data you have just submitted, you may E-mail the correction to ...@dllr.state.md.us. Please include the claimant's name and Social Security number, your name and telephone number, and the company name and Maryland account number. Your request will be confirmed via return E-mail.

* Any submission received after 5:00 PM EST will not be processed until the next business day. (For example, information submitted on Friday after 5:00 PM EST will be processed the following Monday). However, a penalty for a late submission is not assessed if the submission is successfully completed by midnight of the due date as shown on the original paper form.

---

If you do not close your browser and your computer can be accessed either publicly or by other personnel, then unauthorized individuals may be able to view any information that was entered.
To close your browser completely, please use 'File' then 'Close' or 'Exit' on the browser menu.