Comcast Message Center — Page 1 of 2

**Comcast**

**From:** <PowellT@usa.redcross.org>
**To:** <tspowell@comcast.net>
**Subject:** FW: Follow-Up of May 20, 2005 Meeting
**Date:** Fri, 3 Jun 2005 16:39:11 +0000

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Powell, Tonia
Sent: Tuesday, May 31, 2005 12:25 PM
To: Pogue, Rick
Subject: Follow-Up of May 20, 2005 Meeting

Hi Rick

I hope you had a successful conference and a wonderful holiday.

Since our meeting I had the opportunity to "shadow" the volunteer nurse for a more realistic insight of the job responsibilities associated with the position. At our meeting, we discussed the differences in salary assignment of the Wellness Associate and the Staff Health Nurse for Disaster Services. You indicated that you would have Al Vinson investigate the salary and job analysis, but I have not heard from Al. Has there been any clarification of the compensation for the Staff Health Nurse position?

Thanks,
Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

**Attachment 1:** Name Unknown (text/html)



EXHIBIT
Powell opp s.j.
10

Powell
Deposition
#17

[ Back ]

http://mailcenter2.comcast.net/wmc/v/wm/42D6D1F30000EE6900002F1322007504380...   7/14/2005

**comcast**

**From:** <PowellT@usa.redcross.org>
**To:** <tspowell@comcast.net>
**Subject:** FW: Disaster Response Position
**Date:** Fri, 3 Jun 2005 16:39:02 +0000

Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Powell, Tonia
Sent: Thursday, June 02, 2005 1:24 PM
To: Pogue, Rick
Cc: Shearer, Anna
Subject: Disaster Response Position

Rick,

I had a telephone conversation with Jane Jones, CMA this morning who informed me that Bill Malfara wanted to know by 12 noon today if I was accepting the position. She indicated that the position would be the same salary and if I will not accept the salary I would forfeit my severance.

I was waiting to hear from you and/or Al about the compensation. My position remains that the jobs are not the same because of the increased responsibilities attached with the Disaster Response position. I am hoping to hear from you to determine if this is the final closure to our discussion on May 20, 2005.

Sincerely,
Tonia S. Powell, RN
Wellness Associate
2025 E. Street NW
Washington DC 20006
Tele: 202-303-4974
Fax: 202-303-0017
powellt@usa.redcross.org
American Red Cross

-----Original Message-----
From: Jones, Jane
Sent: Thursday, June 02, 2005 9:11 AM
To: Powell, Tonia
Subject: Please call me at X8557
Importance: High

Tonia, I need to speak with you right away regarding the offer for the position in Response. I'm at X8557 today.

Thanks, Jane

**Attachment 1:** Name Unknown (text/html)

[ Back ]

© 2004 Comcast Cable Communications, Inc. All rights reserved.