**Boyd, Marilyn**

| | |
|---|---|
| **From:** | Boyd, Marilyn |
| **Sent:** | Thursday, March 02, 2006 8:38 AM |
| **To:** | Wolfe, Sara L. |
| **Cc:** | Uhlir, Karen |
| **Subject:** | Market Point Updates |

Market Points have been updated in P/S for the following job codes:

| | | |
|---|---|---|
| QAVAM1 | Management I, QA Validation Analysis | $77,481 |
| HRHWP1 | Nurse I, Employee Wellness | $51,741 |
| HRHWP2 | Nurse II, Employee Wellness | $62,251 |
| HRHWP3 | Nurse III, Employee Wellness | $72,612 |
| HRHWP4 | Nurse IV, Employee Wellness    (New) | $81,305 |
| FICCP3 | Analyst III, Credit & Collections | $57,779 |

*Marilyn*
*Marilyn Boyd*
*Senior Administrative Assistant*
 **American Red Cross**
National Headquarters
HR/Labor/Employee Relations & Compensation
2025 E Street, NW   NE4-036A
Washington DC  20006
Work ~ 202/303-6879
Fax ~ 202/303-0016
BoydMa@usa.redcross.org

*Together, we can save a life*




3/2/2006

**MarketPay On-line Market Pricing System**　　　　　　　　　　　Log Out

## Benchmark Summary　　　　MarketPay home > Price Job > Assign Matches > Benchmark Summary

Print benchmark summary　　　Download to Excel　　　Download to .csv

HRHWP3 - Nurse III - Employee Wellness
Data aged to: 2006-10-01

| Survey Matches | Base Salary(aged/adjusted) | | | | Total Cash(aged/adjusted) | | | | Adjust | Geo | Weight | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 25th | 50th | Avg | 75th | 25th | 50th | Avg | 75th | | | | |
| Wyatt Human Resources Report, 2005 : 1375<br>Occupational Nurse - RN<br>All Organizations; 90 Cos, 377 Ees | 67,203 | 73,203 | 73,470 | 81,470 | 67,336 | 74,537 | 74,403 | 85,204 | 1.2 | 1.071 | 1 | lev prem |
| ORC SIRS, 2005 : U021-3<br>NURSE-EMPLOYEE HEALTH - Level 3<br>All Participants; 67 Cos, 175 Ees | 62,317 | 70,578 | 70,712 | 78,313 | 63,913 | 73,991 | 80,588 | 85,820 | 1 | 1 | 1 | |
| Mercer Human Res Mgmt, 2005 : 780.896.350<br>Occupational Health Nurse<br>National: All Data; 100 Cos, 369 Ees | 65,111 | 74,054 | 72,388 | 79,219 | 66,176 | 74,312 | 73,616 | 81,514 | 1.2 | 1.071 | 1 | lev prem |
| **Overall Averages:** | 64,877 | 72,612 | 72,190 | 79,667 | 65,808 | 74,280 | 76,202 | 84,179 | | | | |

**MarketPay On-line Market Pricing System** 

## Survey Description Worksheet

MarketPay home > Job Description Worksheet

Download to Excel    Download to .csv

Job Code: HRHWP3
Job Title: Nurse III, Employee Wellness

| Job Title | Survey Source and Job | Survey Position Description Summaries |
|---|---|---|
| Nurse III, Employee Wellness | Wyatt Human Resources Report, 2005 1375 Occupational Nurse - RN | Manages, coordinates, and administers several of the following: Workers' Compensation, Disability (Short-Term and Long-Term), Drug & Alcohol Program, Executive Physical Examination Program, and Wellness Programs. May maintain OSHA log and employee medical record files; counsel with and advise employees regarding health inquiries; assist in the rehabilitation of disabled employees; conduct educational programs related to safety, health and risk prevention; and review and validate all pre-employment physical examination results. Serves as a liaison with insurance carriers, employees, and physicians. May serve on a safety committee. |
| Nurse III, Employee Wellness | ORC SIRS, 2005 U021-3 NURSE-EMPLOYEE HEALTH - Level 3 | Provides nursing services and first aid to employees or persons who become ill or injured at work facilities and industrial plants. Administers health management programs such as workers' compensation, long-term disability, and wellness programs. Maintains record of persons treated; prepares accident reports; provides health education information; dispenses standard drugs and medicines such as aspirin and cough or cold tablets; refers contagious diseases or serious injuries to company or employee's physician. Must be a registered nurse. May work with Toxicology/Hygiene to recognize environmental factors and/or stresses in or from the workplace that may cause sickness, impaired health, or discomfort among the workers. Tech: Senior (Career Level) - comprehensive understanding and wide application of principles, theories and concepts and general knowledge of other related disciplines. Provides technical solutions to a wide range of difficult problems. Works under only general direction while independently determining approaches to solutions. Failure to achieve results or erroneous decisions typically result in serious program delays and considerable expenditure of resources. Frequent inter-organizational and outside customer contacts while representing the organization in providing solutions to difficult technical issues, BS 5-8 years, MS 3-6 years, PHD 0-3 years. |
| Nurse III, Employee Wellness | Mercer Human Res Mgmt, 2005 780.896.350 Occupational Health Nurse | Occupational Health Nurse - Under general supervision, may perform pre-employment physicals and evaluate employee's suitability to perform work activities. Provides nursing care for occupational injuries and illnesses, including emergency care and referral, based upon nursing assessments, nursing diagnosis, and medical directives. Performs screening examinations such as vision screening, tonometry, EKG, venipuncture, audiometry, and spirometry. Refers abnormal or questionable findings to appropriate individuals for further evaluation. Assists with obtaining health and work history, interpreting results, and making appropriate referrals for positive findings. Participates in the implementation and administration of healthcare programs that enhance wellness through disease and accident prevention. Maintains a nursing recordkeeping system that meets legal requirements and assures confidentiality. |