

**American Red Cross**

# Employment Application

## General Information

165 BR

| Last Name | First | Middle Initial | Social Security No. |
|---|---|---|---|
| Davis | Jane | H | [redacted] |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 9202 Northedge Drive | Springfield | VA | 22153 |

| Home Phone | Work Phone | Other Phone |
|---|---|---|
| (703) 455-1198 | 202-303-6834 | 703-927-6787 - cell |

| Position Applied For (Title) | Department | Job Code | Salary Requirement | Date Available |
|---|---|---|---|---|
| Wellness Associate | Wellness | 165BR | 56,000  ☐ Hourly ☒ Annually | negotiable |

How did you learn of this vacancy (please list the specific employee, newspaper, web site, or other source)?
Wellness manager contacted me

Have you previously used any other names besides what is provided above?  ☐ No  ☒ Yes   If yes, please specify below:
Prior marriage. Greenberg

Are you over 18 years old?  ☐ No  ☒ Yes

Are you eligible for employment in the United States?  ☐ No  ☐ Yes
(If offered employment, you will be required to provide documentation to verify eligibility.)

## Red Cross Affiliation

Are you now or have you ever been employed by the American Red Cross?  ☒ No  ☐ Yes
If yes, please list the location, title, department, and dates below:

**Note:** If you are currently employed by the Red Cross you may choose the appropriate time to inform your supervisor of this application. Your supervisor, however, must be informed if you are invited for an interview. Please attach your most recent work performance appraisal.

Are you now or have you ever served as a Red Cross volunteer staff member?  ☐ No  ☒ Yes
If yes, please list location, title, department, and dates below:

Advisor, Fort Bragg Station, Fort Bragg, NC  9/2000-7/2002

## Education

| High School Name | City | State | Diploma/Equivalent? |
|---|---|---|---|
| Cuyahoga Falls High School | Cuyahoga Falls | OH | ☒ Yes  ☐ No |

| College and/or Technical School Name | City | State | Degree? |
|---|---|---|---|
| Augusta College (now called Augusta State Univ) | Augusta | GA | ☒ Yes  ☐ No |

| Major | Degree Earned | If degree not earned, years completed: |
|---|---|---|
| Nursing | ASN | ☐ 1  ☐ 2  ☐ 3  ☐ 4 |

| Other Training or Degrees School Name | City | State |
|---|---|---|
| University of Texas, San Antonio | San Antonio | TX |

| Major | Degree Earned |
|---|---|
| Health | |

## Professional Licenses

| Title | No. | State | Expiration Date |
|---|---|---|---|
| Registered Nurse | RN063210 | Georgia | 01/31/2005 |
| | | | |

## Record of Conviction

Have you ever been convicted of a crime other than a minor traffic offense (including during Military Service)?  ☒ No  ☐ Yes  If yes, explain:

*A record of a criminal conviction will not necessarily bar you from employment.*

**Equal Opportunity Employer**

**Employment History:** List current/last employer first, include U.S. military service.

| Employer Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Spherion | 2025 E Street NW | Washington | DC | 20006 |

| Telephone No | Your Title | Department |
|---|---|---|
| ( 202 ) 303-8141 | Staff Health Coordinator | Response Staff Deployment |

| Beginning Date | Ending Date | Final Salary | Supervisor's Name & Title |
|---|---|---|---|
| 5/5/2003 | | $51,000 per year | Brenda Goolsby, SPHR, Sr. Assoc, Response Stf. Deploy.. |

If you are still employed, may we contact your employer? ☒ Yes ☐ No

Summary of duties:
Established, maintained and administered staff health procedures/processes. Interfaced with health services staff at state and chapter levels to ensure appropriate health of the 27,000 DSHR members, identified ways to prevent disaster related staff illnesses or injuries, decrease organizational risk, developed appropriate guidance, identified health trends and provided preventive education.

Reason for leaving:
Offered the Wellness Position

| Employer Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Doctor's Hospital | 3651 Wheeler Road | Augusta | GA | 30909 |

| Telephone No. | Your Title | Department |
|---|---|---|
| ( 706 ) 351-3232 | RN | Obstetrics |

| Beginning Date | Ending Date | Final Salary | Supervisor's Name & Title |
|---|---|---|---|
| 9/1981 | 6/1986 | $10.00 per hour | |

Summary of duties:
Charge nurse in Obstetrical unit, charge nurse in newborn nursery, coordinator of Cradle Club.

Reason for leaving:
Husband in military and we moved.

| Employer Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Telephone No. | Your Title | Department |
|---|---|---|
| ( ) | | |

| Beginning Date | Ending Date | Final Salary | Supervisor's Name & Title |
|---|---|---|---|
| | | | |

Summary of duties:

Reason for leaving:

If you wish to describe additional work experience, attach the above information for each position on a separate piece of paper.

## Skills

List software in which you are proficient:
Word, Excel, Access, Power point, Publisher, Front Page, Web design, Adobe Photoshop.

List computer programming language in which you are proficient:
HTML.

| Second Languages (including Sign Language): | Fluency | |
|---|---|---|
| Language | Written | Spoken |
| German | ☐ Excellent ☐ Good ☒ Fair ☐ Poor | ☐ Excellent ☐ Good ☒ Fair ☐ Poor |
| | ☐ Excellent ☐ Good ☐ Fair ☐ Poor | ☐ Excellent ☐ Good ☐ Fair ☐ Poor |
| | ☐ Excellent ☐ Good ☐ Fair ☐ Poor | ☐ Excellent ☐ Good ☐ Fair ☐ Poor |

Please list any other skills relevant to the position for which you are applying:
Teaching, Certified Master Trainer for Army Family Team Building

Have you ever been discharged or asked to resign from a job? ☒ No ☐ Yes   If yes, explain:

I hereby certify that the facts set forth in this employment application are true and complete to the best of my knowledge. I understand that false statements of any kind or omission of facts called for on this application are a basis for dismissal regardless when they are discovered. I understand that any employment offered is for an indefinite duration, unless otherwise specified in writing, and is at-will, which means that either I or the American Red Cross may terminate my employment at any time with or without notice or cause. I further understand that neither the policies, rules, regulations of employment, application for employment, nor anything said during the interview process shall be deemed to constitute the terms of any implied employment contract.

Signature of Applicant: *Jane Helen Das*    Date: 11/03/2003