

**American Red Cross**

National Headquarters
2025 E Street, N.W.
Washington, DC 20006

November 12, 2003

Ms. Jane H. Davis
9202 Northedge Drive
Springfield, VA 22153

Dear Ms. Davis:

Welcome to the American Red Cross Staff! This letter confirms our offer of employment as Wellness Associate. Your starting salary will be $55,016.00 annually which equates to a bi-weekly rate of $2,116.00. Your position is classified as Exempt. Your direct supervisor will be Ken Thiel, and your work location will be 2025 E Street, N.E., Washington, DC.

This offer letter is neither a contract of employment nor a guarantee of continuing employment. Both you and the company have the right to end your employment at any time for any reason. In the course of normal business, the company may change pay, benefits plans, and employment policies and practices, which will apply to all staff as appropriate.

Your first day will be Monday, December 1, 2003 with benefits starting Thursday, January 1, 2004. You are eligible for 13 hours of paid time off (PTO) this calendar year (accumulating at 12.67 hours per month). You will be eligible for 152 hours of paid time off for the next full calendar year. During your first year of employment you are eligible to use PTO as it is accrued. Other employee benefits are described in the enclosed Benefits Summary for National Sector Personnel.

To assist in your orientation to the American Red Cross, you have been scheduled to participate in the Orientation Program on from 8:30 A.M. through 4:30 P.M. Please report to the Visitor Center at the American Red Cross National Headquarters, 2025 E Street, NW, Washington, DC 20006, for this program. You will receive detailed information regarding your benefit options during the orientation session.

Please refer to the enclosed checklist for the forms that you need to complete and the information that you need to bring with you on your first day of employment. Failure to complete your new hire paperwork in a timely manner could jeopardize your employment.

I am looking forward to working with you and having you on the Red Cross team. If you have questions, please do not hesitate to contact me at 202-303-4418.

Sincerely,

*Barbara J. Owsley*
Barbara J. Owsley
Staffing Associate
HR Staffing & Client Services

cc: Ken Thiel, Manager of Wellness Program
    Anna Shearer, Sr. Director of Employees Benefits & Retirement
    Andrea Longuillo, Client Manager Associate

I accept the appointment as Wellness Associate.

*Jane H. Davis* _____    *November 13, 2003*
Jane H. Davis                                  Date

165BK

*Together, we can save a life*