**FY2005 Merit Award Process**

Effective Date: October 1, 2004

| Field | Value |
|---|---|
| Name | Davis, Jane H. |
| Employee ID | 113955 |
| Department Sorting Group (Compensation Use Only) | 21000 |
| PDP Rating | Meets |
| Pay Change Type | Base Pay Change |
| Pre-MAP Salary | $55,016.00 |
| Post-MAP Salary | $57,096.00 |
| Lump Sum (if applicable) | $0.00 |
| Increase Percent | 3.75% |
| Increase Amount | $2,080.00 |
| Pre-MAP Acting Salary (if applicable) | $0.00 |
| Post-MAP Acting Salary (if applicable) | $0.00 |