📝 **Employment Application-2176BR:HRHWP3/Nurse III, Employee Wellness for Billack,**

**Please Read Carefully**

Thank you for your interest in the American Red Cross. In order to have your application processed, you must thoroughly answer all questions on the application form.

All information will be treated confidentially. Some of the fields below will be populated from your profile. If any of this information is incorrect, please edit the information on this form as well as in your profile.

American Red Cross, an Equal Opportunity Employer, considers all applicants for all positions without regard to race, color, religion, sex, age, national origin, disabled or veteran status, or other legally protected status.

You will be asked to submit a signed copy of this application at the time of interview.

| | |
|---|---|
| **First Name** | Diana |
| **Middle Initial** | M |
| **Last Name** | Billack |
| **Current Address (street address)** | 1490 Howe Ave. #A |
| **City** | Sacramento |
| **State** | CA |
| **Zip Code** | 95825 |
| **Home Phone** | 916-927-3770 |
| **Work Phone** | 916-927-3770 |
| **Other Phone (i.e., mobile)** | (916) 832-6906 |
| **Requisition Applied For** | 2176BR |
| **How did you hear about this position** | Web - American Red Cross Website |
| **If "Other" is selected please specify** | |
| **Salary Requirement** | 70,000.00 |
| **Availability?** | July 2005 |
| **If you have previously used any other names besides what is provided above, please specify** | |
| **Are you over 18 years old?** | Yes |
| **Are you eligible for employment in the U.S.? (If offered employment, you will be required to provide documentation to verify eligibility.)** | Yes |

$67-70

**Education**

| | |
|---|---|
| **High School Name, City and State** | Wilbur Cross High School<br>New Haven, Conn |
| **Diploma/Equivalent?** | Yes |
| **Name of College or Technical School** | California State University |
| **City & State** | Los Angeles, CA |
| **Major** | Nursing |
| **Degree Earned** | BSN |
| **If degree not earned, years completed?** | 4 |
| **Other training or degrees? School Name, City and State** | University of Hawaii at Manoa<br>Hawaii |
| **Degree or Certificate Earned?** | MPH |

**Professional Licenses**

| | |
|---|---|
| **Professional Licenses (indicate title, license no., State and Expiration Date)** | Registered Nurse- 402710<br>California<br>Expiration date 01/31/2006 |

**Record of Conviction**

| | |
|---|---|
| **Have you ever been convicted of a crime other than a minor traffic offense (including during military service)?** | No |
| **If yes, please explain.** | |

**Employment History**

| | |
|---|---|
| **Employer #1 (Most Recent)** | Maxim Health Care |
| **Full Address** | 2020 Hurley Way |
| **City** | Sacramento |
| **State** | CA |
| **Zip Code** | 95825 |
| **Telephone Number** | 916-614-9539 |
| **Your Title** | RN |
| **Department** | Med - Surg |
| **Beginning Date** | 20-Dec-2004 |
| **Ending Date** | 21-Jun-2005 |
| **Final Salary** | 34.00 per hour |

| | |
|---|---|
| **Supervisor's Name and Title** | Martin Carlson |
| **Summary of Duties** | Worked per diem primarily in Med-Surg and the Emergency Room at Sutter general Hospital. |
| **Reason for Leaving** | Still employed |
| **If you are still employed, may we contact your employer?** | Yes |
| **Employer #2** | California State Department of Health |
| **Full Address** | 5151 Capitol Way Sacramento , CA 95824 |
| **Telephone Number** | 916-552-8270 |
| **Your Title** | Nurse Consultant II |
| **Department** | Emergency Preparedness Office |
| **Beginning Date** | 24-Mar-2003 |
| **Ending Date** | 24-Mar-2004 |
| **Final Salary** | 52,000.00 |
| **Supervisor's Name and Title** | Dr. Richard Sun |
| **Summary of Duties** | AQs a Nurse Consultant I was responsible for the training and education of Californias public health workforce in the area of Bioterrorism preparedness. I worked under the Federal grant guidelined of the Center for Disease Contol and Prevention. I built coalitions to adress training needs and to incorporate existing training initiatives in the community and universities at large. I participated in national Bioterrorism State conference calls representing California. I lead two state wide teleconference calls regarding the advisement of training and education and to ensure that the local health departments are providing competency based training to their nursing and laboratory staff. I implemented the first state conference on training and education in Bioterrorism, and formed the first working group to adress strategies for implementing training across the state. I |

|  |  |
|---|---|
|  | oversaw a 150,000 contract for a state wide needs assessment developed by University California Los Angeles (UCLA). I was responsible for reviewing 58 loval health departments quarterly updates on the status of their training and education programs for Bioterrorism Preparedness capacity building. |
| **Reason for Leaving** | I resigned after one year to pursue other avenues in disaster preparedness. |
| **Employer #3** | USAF |
| **Full Address** | Hurlburt Field<br>Fort Walton Beach, FL. 32544 |
| **Telephone Number** | 850-884-1110 |
| **Your Title** | Public Health Officer |
| **Department** | Medical Flight |
| **Beginning Date** | 20-Jan-1999 |
| **Ending Date** | 20-Sep-2002 |
| **Final Salary** | 49,000.00 |
| **Supervisor's Name and Title** | Major Williams |
| **Summary of Duties** | As a Public Health Officer I was responsible for three programs ; Communicable Disease Prevention, Occupational Health and Injury Prevention and Food Safety. I was responsible for conducting trend analysis, conducting on-site inspections and training supervisors on AF compliance regulations. I presented public health issues to committees and to supervisors when necissary. i wrote official reports on findings from my inspections and developed base operational instructions in the area of public health treatment of communicable disease prevention. |
| **Reason for Leaving** | Completed a three year commission. |
| **Have you ever been discharged or asked to resign from a job?** | No |

**If yes, please explain**

Note: If you are a current employee of the American Red Cross, you must inform you supervisor of your application to this position prior to a scheduled interview. (see HRPPM Policy No. 105.00 - Recruitment and Hiring of Paid Staff)

**Are you now or have you ever been employed by the American Red Cross?** No

**If yes and not listed in above Employment History section, please indicate organizational unit, location, title, department and dates of employment.**

**Are you now or have you ever served as a Red Cross Volunteer?** Yes

**If yes, please indicate organizational unit, title, department and dates of service**

San Francisco California Chapter, Hawaii chapter, Fort Walton Beach Chapter, and Sacramento Siera Chapter. These dates spaned from 1989 to the present date. I have been sent out on two National disasters: Hurricane Andrew and most recently Hurricane Francis.

I hereby certify that the facts set forth in this employment application are true and complete to the best of my knowledge.

I understand that false statements of any kind or omission of facts called for on this application are a basis for dismissal regardless when they are discovered.

I understand that any employment offered is for an indefinite duration, unless otherwise specified in writing, and is at-will, which means that either I or the American Red Cross may terminate my employment at any time with or without notice or cause.

I further understand that neither the policies, rules, regulations of employment, application for employment, nor anything said during the interview process shall be deemed to constitute the terms of an implied employment contract.

**Signature** Diana Billack

**Date** June, 21, 2005

**Equal Opportunity Employer**

**Date added**    22-Jun-2005    dbillack@cwnet.com

