

**American Red Cross**

September 27, 2005

Diana Billack
1490 Howe Ave. #A
Sacramento, CA 95825

Dear Diana Billack:

Welcome to the American Red Cross Staff! This letter confirms our offer of employment in the position of Staff Health Associate, Operations, Staff Deployment, which is classified in the job family, Nurse III, Employee Wellness. Your starting salary will be $68,016.00 annually, which equates to a biweekly rate of $2,616.00. Your position is classified as Exempt. Your direct supervisor will be William Malfara, and your work location will be 2025 E Street, NW, Washington, DC.

This offer letter is neither a contract of employment nor a guarantee of continuing employment. Both you and the company have the right to end your employment at any time for any reason. In the course of normal business, the company may change pay, benefits plans, and employment policies and practices, which will apply to all staff as appropriate.

Your first day will be October 31, 2005, with benefits starting November 1, 2005. You are eligible for 25 hours of paid time off (PTO) this calendar year (accumulating at 12.67 hours per month). You will be eligible for 152 hours of paid time off for the next full calendar year. During your first year of employment you are eligible to use PTO as it is accrued. Other employee benefits are described in the enclosed Benefits Summary for National Sector Personnel.

To assist in your orientation to the American Red Cross, you have been scheduled to participate in the New Employee and Volunteer Orientation Program on October 31, 2005 in NEL2-077. The program will begin promptly at 8:00 a.m. Please report to the Visitor Center at the American Red Cross National Headquarters, 2025 E Street, NW, Washington, DC 20006.

Please sign the bottom of this Offer Letter and fax it to me at (202) 303-0019, within 5 business days. You will also need to complete the Employee Data Form, which will be sent to you electronically. Please refer to the enclosed checklist for the forms that you need to complete and the information that you need to bring with you on your first day of employment. Failure to complete your new hire paperwork in a timely manner could jeopardize your employment.

I am looking forward to working with you and having you on the Red Cross team. If you have questions, please do not hesitate to contact me at (202) 303-8102.

Sincerely,

*Shirley H. Walden*
Shirley H. Walden
Recruiting Associate
Staffing and HR Operations

cc: Nikki Sanderson
2176BR

I accept the appointment as Staff Health Associate, Operations, Staff Deployment

*Diana Billack*                    Sept 28, 05
Signature                           Date

**Together, we can save a life**