IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TONIA POWELL**
    Plaintiff,
    v.                          Case No. 1:06CV1173
                                      Judge Huvelle
**AMERICAN RED CROSS**
    Defendant.

<u>TONIA POWELL'S MOTION FOR LEAVE TO FILE
AND FOR ONE-DAY EXTENSION TO FILE
HER REPLY TO DEFENDANT'S OPPOSITION TO
MS. POWELL'S MOTION FOR SUMMARY JUDGMENT AS TO
LIABILITY FOR OVERTIME PAY</u>

Ms. Powell hereby respectfully requests leave to file her Reply to Defendant's Opposition to Her Motion for Summary Judgment, for the following reasons:

1. Replies in this case were set under the briefing schedule for March 29, 2007.

2. Ms. Powell readied her Reply for filing on March 29, 2007, however in the evening of March 29, the CM/ECF electronic filing system was not operational for counsel's password and log in code, despite numerous and repeated attempts, CM/ECF stating that the information was incorrect and not allowing filing. Counsel recorded the malfunction through two contemporaneous recorded calls to the ECF help line.

3. The following day, Ms. Powell notified the clerk's office by phone and in writing of the malfunction as required by Local Rule. Ms. Powell was informed by the clerk's office that at times the CM/ECF system is under repair or maintenance.

4. The Reply has been filed herewith

5. Local Rule 8 (g) provides that: the inability to complete

an electronic filing because of technical problems may constitute "cause" for an order enlarging time or "excusable neglect" for the failure to act within the specified time within the speciied time within the meaning of FRCP 6(b).  Counsel or parties encountering technical problems with CM/ECF filing shall immediately send written confirmation of that notification to the Office of the Clerk.

    6.   Pursuant to the Rule, Ms. Powell respectfully requests that leave and extension be granted for one day due to the above technical problem.  Counsel is now aware of the alternative of email filing if CM/ECF is not functioning and shall use same in the future.

    7.   Granting this motion is in the interest of justice to allow full and fair briefing of this matter.

    8.   Defendant, having been requested, states that it does not consent to the motion.

    WHEREFORE, PREMISES CONSIDERED, Ms. Powell respectfully requests that her Motion be granted.

                                  Respectfully submitted,

March 30, 2007
                                  /s/

_____
                                Brian C. Plitt, Attorney at Law
                                1239 C. St., SE, Ste. 4
                                Washington, D.C.  20003
                                (202) 546-5493
                                Attorney for Ms. Powell