IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TONIA POWELL**
    **Plaintiff,**
    v.                                    **Case No. 1:06CV1173**
                                                  **Judge Huvelle**
**AMERICAN RED CROSS**
    **Defendant.**

ORDER

Upon Consideration of Ms. Powell's Motion for Leave to File and for One-Day Extension to file her Reply to Defendant's Opposition to her Motion for Summary Judgment, and any Response, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion should be and hereby is GRANTED.

Ms. Powell is granted Leave to file her Reply through and including March 30, 2007.

                                                    _____
                                                    Ellen S. Huvelle
                                                    United States District Judge