UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONIA POWELL,<br><br>          Plaintiff,<br><br>    v.<br><br>AMERICAN RED CROSS,<br><br>          Defendant. | Civil Action No. 06-1173 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment [Dkt. #13] is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's motion for partial summary judgment as to liability [Dkt. #14] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                                  /s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

Date: June 13, 2007