# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Tonia Powell
_____
*Plaintiff*

vs.

Civil Action No. 06-1173  (ESH)

American Red Cross
_____
*Defendant*

## NOTICE OF APPEAL

Notice if hereby given this   13th   day of   July                    , 2007 , that

Tonia Powell

hereby appeals to the United States District Court of Appeals for the District of Columbia from

the judgment of this Court entered on the   13th              day of   June   2007          ,  in

favor of     American Red Cross

against said  Plaintiff.

_____
Signature of Attorney or Pro Se Litigant
Brian C. Plitt

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:
Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, DC  20005

**RECEIVED**

JUL 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT