# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7107**  **September Term 2007**

06cv01173

Filed On: March 21, 2008 [1107052]

Tonia Powell,

    Appellant

v.

American Red Cross,

    Appellee

## ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:   /s/
                              Nancy G. Dunn
                              Deputy Clerk

By: /s/ Deputy Clerk